# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 3/12/2019 |
| Case: 19−10747−shl | Form ID: 309E | Total: 62 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db         Jeffrey Lew Liddle       c/o Third Brevoort       11 5th Avenue       New York, NY 10003
ust        United States Trustee       Office of the United States Trustee       U.S. Federal Office Building       201 Varick
           Street, Room 1006       New York, NY 10014
smg        New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany,
           NY 12205−0300
smg        United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy
           Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg        Internal Revenue Service       PO Box 7346       Philadelphia, PA 19101−7346
smg        N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201−0551
smg        New York City Dept. Of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs − Devora
           Cohn       Brooklyn, NY 11201−3719
7494517    Aphrodite Cleaners       30 University Place       New York, NY 10003
7494556    Arnold Reiter, Esq.       Reiter Law Firm       75 Montebello Road       Suffern New York 10901
7494518    Audi Financial Services       P.O. Box 5205       Carol Stream, IL 60197−5205
7494519    Bank of America       P.O. Box 15019       Wilmington, DE 19886−5019
7494521    Bellringer Communications       830 County Rd 39       Southampton, NY 11968
7494522    Benjamin Motors, Inc.       1172 Willis Avenue       PO Box 149       Albertson, NY 11507−0149
7494524    Blaine H. Bortnick       266 West 12th Street       New York, NY 10014
7494523    Blank Rome LLP       Attn: Finance Department       One Logan Square       130 North 18th
           Street       Philadelphia, PA 19103−6998
7494526    Brooks Brothers       P.O. Box 9001006       Louisville, KY 40290−1006
7494551    Christine A. Palmieri       421 Stellar Avenue       Pelham, NY 10803
7494527    Citi Cards − Mastercard       PO Box 9001037       Louisville, KY 40290−1037
7494528    Corporate Habitat NY LLC       420 Madison Avenue       Suite 1001       New York, NY 10017
7494534    David I. Greenberger       69 West 9th Street       Apt. 5GH       New York, NY 10011
7494548    David M. Marek       228 Hamilton Avenue       Palo Alto, CA 94301
7494529    DiSalvo Contracting Co. Inc.       4214 Third Ave       Brooklyn, NY 11232
7494549    Diane C Nardone, Esq.       11 Fifth Avenue       New York, NY 10003
7494530    Discover Platinum Card       PO Box 6103       Carol Stream, IL 60197−6103
7494531    Doubles       783 5th Ave #414       New York, NY 10022
7494532    Dr. Irwin M. Siegel       161 Madison Avenue       5th Floor       New York, NY 10016
7494525    Ethan A. Brecher       270 Park Avenue S       Apt. 9−G       New York, NY 10010−6105
7494533    Excelsior P & H, Inc.       PO Box 491       1319 Speonk Riverhead Rd       Speonk, NY 11972−0491
7494536    H. R. Culver Plumbing Company, Inc.       Box 175       Westhampton, NY 11977
7494538    Hampton Pool Works, Inc.       P.O. Box 323       Westhampton Beach, NY 11978
7494539    Hann Financial Services       1 Centre Drive       Jamesburg, NJ 08831
7494542    Internal Revenue Service       Department of the Treasury       Philadelphia, PA 19255−0430
7494543    J. Evans Landscape Design & Maintenance       PO Box 767       Westhampton Beach, NY 11978
7494544    JGalle Landscape Artistry       158 West 10th Street, # 2       New York, NY 10014
7494520    James A. Batson       26 Old Oak Road       Darien, CT 06830
7494540    James R. Hubbard       2308 Environ Way       Chapel Hill, NC 27517
7494537    James W. Halter       310 East 65th Street       Apt. PHB       New York, NY 10065
7494545    Kramer Bros.       580 5th Avenue, #821       New York, NY 10036
7494541    Larry Hutcher, Esq.       Davidoff Hutcher & Citron LLP       605 Third Avenue       34th Floor       New York,
           NY 10158
7494546    Leslie DiRusso       13 West 9th Street, Apt 4       New York, NY 10011−8903
7494547    M&T Bank       PO Box 62182       Baltimore, MD 21264−2182
7494560    Marc A. Susswein       84 Edgewood Avenue       Larchmont, NY 10538
7494535    Michael E. Grenert       200 Riverside Blvd. #14E       New York, NY 10069
7494550    Optimum       PO Box 9256       Chelsea, MA 01250−9256
7494554    PSEG Long Island       PO Box 9050       Hicksville, NY 11802−9050
7494552    Plantscape Property Design Inc.       7 Otis Road       Islip Terrace, NY 11752
7494553    Potenzano Irrigation & Lighting, Inc.       174 West 4th Street, # 298       New York, NY 10014
7494555    Receiver of Taxes       Town of Southampton       116 Hampton Road       Southhampton, New York
           11968−4998
7494558    Sea Breeze Tennis, Inc.       9 Sue Lane       Riverhead, NY 11901
7494559    Smyth Nora, LLP       143 Main Street       Huntington, NY 11743
7494557    Suffern, New York 10901       SCWA       PO Box 1149       Newark, NJ 07101−1149
7494561    Swezey Fuel       51 Rider Avenue       Patchogue, NY 11772
7494562    The Wine and Food Society, Inc. New York       14 OBrien Court       Bedminster, NJ 07921
7494563    Time Warner Cable of NYC       PO Box 11820       Newark, NJ 07101−8120
7494564    Tom Covino       5 Quantuck Bay Lane       Westhampton Beach, NY 11978
7494565    Twin Forks Movers and Storage       South Fork Storage Corp.       PO Box 1889       Bridgehampton, NY
           11932
7494566    Verizon       P.O. Box 1100       Albany, NY 12250−0001
7494567    Vintage Wine Warehouse       Attn: Ronnie Seward       1630 Cody Ave       Ridgewood NY 11385
7494568    Weber & Grahn       216 E Montauk Hwy       Hampton Bays, NY 11946
7494571    Weigong Zhang       511 Lincoln Street       Savannah, GA 31401
7494569    White & Wolnerman, PLLC       950 Third Avenue, 11th Floor       New York, New York 10022
```

7494570     Winters Bros East End     P.O. Box 5279     New York, NY 10008–4279

TOTAL: 62