REITER LAW FIRM
75 Montebello Road
Suffern, New York 10901
(845) 357-2215
Arnold E. Reiter, Esq.

Attorney for Tara Liddle

UNITED STATATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:

                                                  Case No.: 19-10747 (shl)

JEFFREY L. LIDDLE,

                    Debtor.                  **NOTICE OF**
                                                  **APPEARANCE AND DEMAND**
                                                  **FOR NOTICES AND PAPERS**

------------------------------------------------------------------x

SIRS:

      PLEASE TAKE NOTICE THAT Tara Liddle hereby appears in the above-captioned bankruptcy case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned action be given and served upon the persons listed below at the following address and telephone number:

                    Arnold E. Reiter, Esq.
                    REITER LAW FIRM
                    75 Montebello Road
                    Suffern, New York 10901
                    Telephone: (845) 357-2215

      PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified. above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether

transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Tara Liddle: (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Tara Liddle is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Suffern, New York
March 28, 2019

REITER LAW FIRM

By: _____
Arnold E. Reiter, Esq.
*Attorney for Tara Liddle*
75 Montebello Road
Suffern, New York 10901
(845) 357-2215
(845) 738-4239
areiter@reiterlawfirm.com

TO:

David H. Wander, Esq.
Davidoff Hutcher & Citron, LLP
605 Third Avenue
New York, NY 10158
(212) 557-7200
(212) 286-1884 (fax)
dhw@dhclegal.com

Jeffrey K. Cymbler, Esq.
NY State Department Taxation & Finance
15 MetroTech Center
Brooklyn, NY 11201
(347) 390-8837
Jeffrey.Cymbler@tax.ny.gov

2

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500
(212) 668-2255 (fax)
USTPRegion02.NYECF@USDOJ.GOV


Randolph E. White, Esq.
White & Wolnerman, PLLC
950 Third Avenue, 11th Floor
New York, NY 10022
(212)308-0604
rwhite@wwlawgroup.com

Jeffrey Lew Liddle
Liddle & Robinson, L.L.P.
1177 Avenue of the Americas, 5th Floor
New York, NY 10036
(646) 452-7211
(646) 452-7001 (fax)
jliddle@liddlerobinson.com

3