UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In re:

JEFFREY L. LIDDLE,

                             Debtor.

-------------------------------------------------------- x

Case No.  19-10747 (shl)

### ORDER GRANTING DEBTOR'S *EX-PARTE* MOTION FOR AN ORDER SHORTENING NOTICE PERIOD FOR HEARING ON DEBTOR'S MOTION DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (II) SCHEDULING A FINAL HEARING AND (III) GRANTING RELATED RELIEF

Upon the *ex-parte* motion of Jeffrey Lew Liddle, (the "Debtor") as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for entry of an order (a) shortening the seven (7) day notice period for the Cash Collateral Motion, and (b) shortening the applicable response deadline (the "Motion"); and the Court having considered the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); ***and the Court already having twice held hearings, heard argument and made rulings regarding the Debtor's request for use of cash collateral for both his personal use and for the use of his law firm, and those rulings being law of the case; and the Court having previously scheduled a hearing in this case for April 11, 2019 to consider, inter alia, the Debtor's request for use of cash collateral;*** and the Court having determined that the relief granted herein is in the best interest of the Debtor's estate and its creditors; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; it is hereby ordered as follows:

1.      The Motion is **GRANTED** ***to the extent set forth herein***.

1.      The notice period under Rule 9006(d) is hereby shortened pursuant to Rules 4001(b)(2) and 9006(c)(1) as set forth herein.). ***The Debtor shall serve a copy of this Order and the underlying motion (to the extent not previously served) forthwith on all parties entitled to notice (and such service shall be by overnight mail and email (where known)).***

3.      The hearing to consider approval of the Cash Collateral Motion on both ***interim and final*** basis shall be held on **April 11, 2019 at 10:00 am (EST)** before the Honorable Sean H. Lane, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Hearing Date").

4.      Any objections to the Cash Collateral Motion shall be filed and served upon (a) the Chambers of the Honorable Sean H. Lane ("Chambers"), United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (b) proposed counsel to the Debtor, Torys LLP, 1114 Avenue of the Americas, 23rd Floor, New York, NY 10036; Attn: William F. Gray, Jr., Esq. and Alison D. Bauer, Esq. (wgray@torys.com and abauer@torys.com); (c) the Debtor, c/o Jeffrey L. Liddle, Liddle & Robinson, 1177 Avenue of the Americas, 5th Floor, New York, NY 10036; (d) counsel for Counsel Financial, Davidoff, Hutcher & Citron, LLP, 605 Third Avenue, New York, NY 1058, Attn: Larry Hutcher, Esq. and David J. Wander, Esq, (dhw@dhclegal.com); (e) Randolph White, White & Wolnerman, PLLC, 950 Third Avenue, 11th Floor, New York, NY 10022 (rwhite@wwlaw.group.com); (f) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Andrea B. Schwartz, Esq.) andrea.b.schwartz@usdoj.gov; and (g) all entities identified on the List of 20 largest Creditors

filed in this case with the Petition, and any other entities that have requested notice in this Chapter 11 case under Fed. R. Bankr. P. 2002, by no later than **4:00 p.m. (EST) on April 10, 2019**.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
          April 9, 2019                              ***/s/ Sean H. Lane***
                                                    HONORABLE SEAN H. LANE
                                                    UNITED STATES BANKRUPTCY JUDGE