UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 19-10747-shl |
|---|---|
| JEFFREY LEW LIDDLE, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that James Halter, Esq. hereby appears in this action on behalf of himself, Creditor James Halter, and demands the service of all papers in this action at the address stated below.

Dated: May 15, 2019
  New York, New York

_____
James Halter, Esq.
c/o RASCO KLOCK PEREZ & NIETO, LLC
555 Fifth Avenue, 17th Floor
New York, New York 10017
(305) 476-5141
jhalter@rascoklock.com