UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Jeffrey Lew Liddle _____
    Debtor

Case No. 19-10747 _____

Reporting Period: March 11, 2019 - March 31, 2019

Social Security # _____
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 5/15/19

Signature of Joint Debtor _____    Date _____

In re: Jeffrey Lew Liddle                      **Case No.  19-10747**

                    Debtor                    **Reporting Period: March 11, 2019 - March 31, 2019**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must

be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| Personal | $103 | $103 |
| L&R | 22,447 | 22,447 |
| **Total Cash - Beginning of Month** | $22,550 | $22,550 |
| | | |
| **Cash Receipts** | | |
| Personal | $425 | $425 |
| L&R Income | 25,023 | 25,023 |
| **Total Cash Receipts** | **$25,448** | **$25,448** |
| | | |
| **Cash Disbursements** | | |
| **Personal Disbursements** | | |
| Rent | - | - |
| Property Taxes | - | - |
| Insurance (Personal / Renter's / Auto) | - | - |
| Utilities | - | - |
| Cable / Internet / Phone / Cell | - | - |
| Food | - | - |
| Dining Out | - | - |
| Membership dues | - | - |
| Charitable Donations | - | - |
| Clothing | - | - |
| Personal Care | - | - |
| Credit Card Payments/Fees | - | - |
| Car Payments | - | - |
| Auto Insurance (included above) | - | - |
| Garage/Gasoline/Tolls | - | - |
| Medical Health Insurance | - | - |
| Out of Pocket Health Expenses | - | - |
| Travel/Vacation | - | - |
| Mass Transit | - | - |
| Child Care Expenses (Tuition/Rent) | - | - |
| Estimated Taxes (Federal/State/Local) | - | - |
| Other | (140) | (140) |
| **Personal Disbursements** | **(140)** | **(140)** |

In re: Jeffrey Lew Liddle               Case No.  19-10747
           Debtor             Reporting Period: March 11, 2019 - March 31, 2019

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **L&R Disbursements** | | |
| Rent | (9,848) | (9,848) |
| Attorney Payroll | - | - |
| Headhunter | - | - |
| JLL Draw | - | - |
| Staff Payroll | - | - |
| New Hire (Paralegal/Assistant) | - | - |
| Insurance | (11,971) | (11,971) |
| Malpractice Insurance | - | - |
| Utilities | - | - |
| Office Services (Solarus technologies) | - | - |
| Repairs/Maintenance | - | - |
| Other Operating Expenses | ($6,682) | (6,682) |
| Accounting Services | - | - |
| **L&R Disbursements** | **(28,501)** | **(28,501)** |
| **Total Ordinary Disbursements** | **(28,641)** | **(28,641)** |
| Reorganization Items | | |
| UST Fees | - | - |
| Bankruptcy Counsel | - | - |
| Accountants | - | - |
| Unsecured Creditors Professionals | - | - |
| Total Reorganization Items | - | - |
| **Total Disbursements (Ordinary + Reorg)** | **(28,641)** | **(28,641)** |
| **Net Cash Flow  (Total Receipts - Total Disbursements)** | **($3,193)** | **($3,193)** |
| **Beginning Bank Cash** | $22,550 | $22,550 |
| Net Cash Flow | (3,193) | (3,193) |
| **Ending Cash Balance** | **$19,357** | **$19,357** |

| In re: Jeffrey Lew Liddle | Case No.  19-10747 |
|---|---|
| Debtor | Reporting Period: March 11, 2019 - March 31, 2019 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must

be attached for each account.  [See  MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN)

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Total Disbursements** | $28,641 | $28,641 |
| Less: Transfers to Other Debtor In Possession Accounts | - | - |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | - | - |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | **$28,641** | **$28,641** |

4

| In re: Jeffrey Lew Liddle | Case No.  19-10747 |
|---|---|
| Debtor | Reporting Period: March 11, 2019 - March 31, 2019 |

## CASH RECEIPTS

| Description | Date | Amount | Category |
|---|---|---|---|
| **Personal Income** | | | |
| Wire from L&R | 3/15/2019 | $400 | Draw |
| Checking Opening Deposit | 3/27/2019 | 25 | Deposit |
| **Total Personal Income** | | $425 | |
| | | | |
| **L&R Income** | | | |
| Client Payment | 3/12/2019 | $6,144 | Cash Collection |
| Client Payment | 3/13/2019 | 250 | Deposit |
| Client Payment | 3/14/2019 | 1,000 | Deposit |
| Client Payment | 3/22/2019 | 175 | Deposit |
| Client Payment | 3/25/2019 | 2,058 | Cash Collection |
| Client Payment | 3/25/2019 | 5,396 | Deposit |
| Client Payment | 3/29/2019 | 10,000 | Cash Collection |
| **Total L&R Income** | | $25,023 | |
| | | | |
| **Total Cash Receipts** | | **$25,448** | |

In re **Jeffrey Lew Liddle**

**Debtor**

Case No. **19-10747**

Reporting Period: **March 11, 2019 - March 31, 2019**

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | $19,357 |
| | | | | |
| **BANK BALANCE** | | | | $19,357 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | 0 |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | 0 |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | | | | $19,357 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

**In re: Jeffrey Lew Liddle**                **Case No.  19-10747**
                  Debtor                     **Reporting Period: March 11, 2019 - March 31, 2019**

### Statement Regarding Bank Account Statements

The Debtor has attached the available bank account statements to the monthly operating report.  The Debtor-In-Possession account was opened at Wells Fargo on March 27, 2019 and funded with $25.

Copies of bank account statements related to Liddle & Robinson will be made available for inspection upon request by the United States Trustee's Office.

BY:

/s/ Jeffrey L. Liddle

Name: Jeffrey Lew Liddle

001/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201



000
CITIBANK, N. A.
**Account**
▅▅▅▅▅▅

JEFFREY L. LIDDLE ▅▅▅▅▅▅
NEW YORK NY ▅▅▅▅▅▅    10003-4342

**Statement Period
Mar 1 - Mar 31, 2019**

Page 1  of  4

---

## CITIBANK ACCOUNT AS OF MARCH 31, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$287.72** |
| **Savings** | **$74.89** |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

| **Checking** | **Balance** |
|---|---|
| Interest Checking | $287.72 |
| **Savings** | **Balance** |
| Preferred Money Market | $74.89 |
| **Total Checking and Savings at Citibank** | **$362.61** |

---

## CITIBANK ACCOUNT PACKAGE FEES

When determining your fees for this statement period, Citibank considered your combined average monthly balances during the prior month in all of your qualifying accounts that you asked us to combine. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements.

*The Monthly Service Fee and non-Citibank ATM fees are waived with $10,000 or more in combined average monthly balances from deposits, retirement accounts, and investments.

| Fees* | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Monthly Service Fee | $25.00 |

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

---

## CHECKING ACTIVITY

**Interest Checking**

3▅▅▅▅▅

| | |
|---|---|
| **Beginning Balance:** | $146.67 |
| **Ending Balance:** | $287.72 |

JEFFREY L. LIDDLE                          Account ▊▊▊▊▊▊                    Page 2 of 4                    001/R1/04F000
                                        Statement Period -  Mar 1 - Mar 31, 2019

| **CHECKING ACTIVITY** | | | **Continued** |
|---|---|---|---|

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/01 | Incoming Wire Transfer WIRE FROM LIDDLE   ROBINSON LLP | | 2,100.00 | |
| 03/01 | Citibank Global Transfer 03/01 05:26p<br>000526218840219910 190301CITIBANK ONLINE<br>ALEXA LIDDLE | 1,600.00 | | |
| 03/01 | Cash Withdrawal 07:18p #2192 Citibank ATM 1166 6TH AVE, NY, NY | 200.00 | | |
| 03/01 | ACH Electronic Debit   PENN MUTUAL     RETRY PYMT | 322.50 | | 124.17 |
| 03/04 | Debit PIN Purchase<br>MORTON WMS SCRLT 1031 1NEW YORK    NYUS05154 | 56.73 | | 67.44 |
| 03/05 | Other Decrease | 15.00 | | |
| 03/05 | Debit Card Purchase 03/01 08:35a #2192<br>TAXI SVC NEW YORK     NEW YORK     NY 19063<br>Misc Transportation | 8.76 | | 43.68 |
| 03/07 | Debit Card Purchase 03/04 09:19a #2192<br>TAXI SVC WOODSIDE     WOODSIDE     NY 19065<br>Misc Transportation | 15.96 | | 27.72 |
| 03/15 | Incoming Wire Transfer WIRE FROM LIDDLE   ROBINSON LLP | | 400.00 | 427.72 |
| 03/19 | Other Decrease | 15.00 | | 412.72 |
| 03/29 | Debit Card Purchase 03/27 12:23p #2192<br>WF NEW ACCT DEP #06788 NEW YORK    NY 19087<br>Specialty Retail stores | 25.00 | | |
| 03/29 | Cash Withdrawal 06:27p #2192 Citibank ATM 1166 6TH AVE, NY, NY | 100.00 | | 287.72 |
| | **Total Subtracted/Added** | **2,358.95** | **2,500.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| **Overdraft Protection** | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 03/31 | Insured Money Market | $74 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

| **SAVINGS ACTIVITY** |
|---|

**Preferred Money Market**

▊▊▊▊▊▊                                          **Beginning Balance:**        $74.89
                                                **Ending Balance:**           $74.89

| **CUSTOMER SERVICE INFORMATION** |
|---|

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:                    YOU CAN WRITE:

Checking                          888-248-4226                    Citibank Client Services
Savings / Money Market            (For Speech and Hearing          100 Citibank Drive
                                  Impaired Customers Only          San Antonio, TX 78245-9966
                                  TDD: 800-945-0258)

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

In re: Jeffrey Lew Liddle           Case No.  19-10747

         Debtor           Reporting Period: March 11, 2019 - March 31, 2019

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|-------|---------|------|--------|---------|
| **Personal Disbursements** | | | | |
| Citibank | Citi | 3/19/2019 | $15 | Bank charges |
| New Wells Fargo Account | WF | 3/29/2019 | 25 | Deposit to open new account |
| Withdrawal - J. Liddle | Citi | 3/29/2019 | 100 | Incidentals (Taxi / Meals / Other) |
| **Total Personal Disbursements** | | | **$140** | |
| | | | | |
| **L&R Disbursements** | | | | |
| Withdrawal - J. Liddle | Citi | 3/11/2019 | 2,000 | Court filing fee / Taxi / Meals |
| Cincinnati Financial | Citi | 3/11/2019 | 2,171 | Home and auto insurance (personal) |
| NYCDOT | Citi | 3/12/2019 | 23 | Taxi |
| NYCDOT | Citi | 3/12/2019 | 23 | Taxi |
| Little Italy Pizza | Citi | 3/12/2019 | 28 | Meals |
| FEDEX | Citi | 3/12/2019 | 33 | Client mailings |
| The Red Flame Dinner | Citi | 3/12/2019 | 35 | Meals |
| FEDEX | Citi | 3/12/2019 | 38 | Client mailings |
| Erie County | Citi | 3/12/2019 | 65 | Court fees |
| Erie County | Citi | 3/12/2019 | 65 | Court fees |
| Staples | Citi | 3/12/2019 | 162 | Office supplies |
| Cincinnati Financial | Citi | 3/12/2019 | 4,900 | Home and auto insurance (personal) |
| Cincinnati Financial | Citi | 3/12/2019 | 4,900 | Home and auto insurance (personal) |
| FEDEX | Citi | 3/15/2019 | 32 | Client mailings |
| FEDEX | Citi | 3/15/2019 | 38 | Client mailings |
| Transfer to Jeffrey Liddle | Citi | 3/15/2019 | 400 | Incidentals (Taxi / Meals / Other) |
| UBER | Citi | 3/18/2019 | 27 | Taxi |
| UBER | Citi | 3/18/2019 | 33 | Taxi |
| CHECK NO: 1452 | Citi | 3/18/2019 | 1,000 | Employee advance - Alex Rissmiller |
| CHECK NO: 1453 | Citi | 3/18/2019 | 1,000 | Employee advance - Craig Tarasoff |
| CHECK NO: 1454 | Citi | 3/18/2019 | 1,000 | Employee advance - Rose Reverendo |
| CHECK NO: 1449 | Citi | 3/18/2019 | 9,848 | Rent Payment |
| Dunhill Café & Grocer | Citi | 3/19/2019 | 10 | Meals |
| Dunhill Café & Grocer | Citi | 3/20/2019 | 31 | Meals |
| Dunhill Café & Grocer | Citi | 3/21/2019 | 10 | Meals |
| Freeconferencecall.com | Citi | 3/25/2019 | 9 | Conference calls |
| USPS | Citi | 3/25/2019 | 10 | Client mailings |
| Little Italy Pizza | Citi | 3/25/2019 | 29 | Meals |
| Withdrawal - J. Liddle | Citi | 3/25/2019 | 100 | Incidentals (Taxi / Meals / Other) |
| Little Italy Pizza | Citi | 3/26/2019 | 8 | Meals |
| Staples | Citi | 3/26/2019 | 100 | Office supplies |
| CHECK NO: 1451 | Citi | 3/27/2019 | 150 | Newark District Court Fees |
| FEDEX | Citi | 3/28/2019 | 33 | Client mailings |
| FEDEX | Citi | 3/28/2019 | 33 | Client mailings |
| FEDEX | Citi | 3/28/2019 | 33 | Client mailings |
| FEDEX | Citi | 3/28/2019 | 33 | Client mailings |
| NY County Clerk | Citi | 3/28/2019 | 35 | Court fees |
| FEDEX | Citi | 3/28/2019 | 37 | Client mailings |
| Staples | Citi | 3/29/2019 | 22 | Office supplies |
| **Total L&R Disbursements** | | | **$28,501** | |
| | | | | |
| **Total Disbursements for the Month** | | | **$28,641** | |

| In re: Jeffrey Lew Liddle | Case No. 19-10747 |
|---|---|
| Debtor | Reporting Period: March 11, 2019 - March 31, 2019 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | | Book Value on Petition Date |
|---|---:|---|---:|
| **ASSETS** | | | |
| **Schedule A: Real Property** | | | |
| Primary Residence | $ - | $ | - |
| Other Property (attach schedule) | 4,300,000 | | 4,300,000 |
| Total Real Property Assets | 4,300,000 | $ | 4,300,000 |
| | | | |
| **Schedule B: Personal Property** | | | |
| Cash on Hand | 500 | | 700 |
| Bank Accounts | 387 | | 700 |
| Security Deposits [1] | - | | - |
| Household Goods & Furnishings | 4,000 | | 4,000 |
| Books, Pictures, Art [2] | 109,500 | | 109,500 |
| Apparel | 3,500 | | 3,500 |
| Furs and Jewelry | 1,150 | | 1,150 |
| Sports Equipment | 1,000 | | 1,000 |
| Insurance Policies | - | | - |
| Annuities | - | | - |
| Education IRAs | - | | - |
| Retirement & Profit Sharing | 6,445 | | 6,445 |
| Stocks | - | | - |
| Partnerships & Joint Ventures | - | | - |
| Government & Corporate Bonds | - | | - |
| Accounts Receivable | - | | - |
| Alimony, maintenance, support or property settlements | - | | - |
| Other Liquidated Debts | - | | - |
| Equitable Interests in Schedule A property | - | | - |
| Contingent Interests | - | | - |
| Other Claims | - | | - |
| Patents & Copyrights | - | | - |
| Licenses & Franchises | - | | - |
| Customer Lists | - | | - |
| Autos, Trucks & Other Vehicles | - | | - |
| Boats & Motors | - | | - |
| Aircraft | - | | - |
| Office Equipment | 2,500 | | 2,500 |
| Machinery, supplies, equipment used for business | - | | - |
| Inventory | - | | - |
| Animals | - | | - |
| Crops | - | | - |
| Farming Equipment | - | | - |
| Farm Supplies | - | | - |
| Other Personal Property (attach schedule) | 129,000 | | 129,000 |
| Total Personal Property Assets | $ 257,982 | $ | 258,495 |
| | | | |
| **Total Assets [3]** | $ 4,557,982 | $ | 4,558,495 |

FORM MOR 3 BS
2/2008
PAGE 9 OF 14

In re: Jeffrey Lew Liddle
_____
Debtor

Case No.  19-10747
Reporting Period: March 11, 2019 - March 31, 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | | Book Value on Petition Date |
|---|---:|---|---:|
| **LIABILITIES** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| Federal Income Taxes (not deducted from wages) | - | $ | - |
| FICA/Medicare (not deducted from wages) | - | | - |
| State Taxes (not deducted from wages) | - | | - |
| Real Estate Taxes | - | | - |
| Other Taxes (attach schedule) | - | | - |
| Professional Fees | - | | - |
| Other Post-petition Liabilities (list creditors) | | | |
| Personal: | | | |
| South Fork Storage | 1,944 | | - |
| Long Island Wine Transporters & Storage | 300 | | - |
| VW Credit (Car Payment) | 963 | | - |
| Liddle & Robinson: | | | |
| Globe Storage & Moving | 7,903 | | - |
| Total Post-Petition Liabilities | $          11,110 | $ | - |
| | | | |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | |
| Secured Debt | $     2,921,271 | $ | 2,921,271 |
| Secured Debt - Disputed | 6,546,449 | | 6,546,449 |
| Priority Unsecured Debt | 252,874 | | 252,874 |
| Unsecured Debt [4] | 1,139,311 | | 1,139,311 |
| Unsecured Debt - Disputed [4] | 56,669,790 | | 56,669,790 |
| Total Liabilities Subject to Compromise | $   67,529,695 | $ | 67,529,695 |
| | | | |
| **Total Liabilities** | **$   67,540,805** | **$** | **67,529,695** |

**Notes**

[1] As of the petition date, there was no security deposit paid on the rental property.

[2] Jointly owned with wife. Debtor only assets worth $9,500.

[3] Excludes value attributable to Mr. Liddle's interest in Liddle & Robinson.  Law firm valuation is pending.

[4] Unsecured debt amounts adjusted to remove claims incorrectly listed on the Schedules of Assets and Liabilities.
    Amounts already reflected in Secured Debt.

In re: **Jeffrey Lew Liddle**                          Case No.  **19-10747**
                          Debtor                          **Reporting Period: March 11, 2019 - March 31, 2019**

## BALANCE SHEET - OTHER SCHEDULES

| Description | Amount | Comment |
|---|---|---|
| **Real Property** | | |
| 560 Main Street, Quiogue NY 11978 | $3,500,000 | Single-family home |
| 554 Main Street, Quiogue NY 11978 | 800,000 | Single-family home |
| **Total Real Property** | $4,300,000 | |
| | | |
| **Other Personal Property** | | |
| Wine [1] | $125,000 | Estimated value of wine cases |
| Bath Cabin [2] | 4,000 | Two bath cabins at Swordfish Beach Club |
| **Total Other Personal Property** | $129,000 | |

**Notes**

[1] Jointly owned with wife and daughter.

[2] Jointly owned with wife.

In re **Jeffrey Lew Liddle**  Case No. **19-10747**
Debtor  Reporting Period: **March 11, 2019 - March 31, 2019**

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | $0 | | | | | |
| Rent | - | | | | | |
| Secured Debt/Adequate Protection Payments | - | | | | | |
| Professional Fees | - | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| **Personal:** | | | | | | |
| South Fork Storage | 1,944 | | | | | |
| Long Island Wine Transporters & Storage | 300 | | | | | |
| VW Credit (Car Payment) | 963 | | | | | |
| **Total Personal** | **3,207** | | | | | |
| **Liddle & Robinson** | | | | | | |
| Globe Storage & Moving | 7,903 | | | | | |
| **Total L&R** | **7,903** | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | **$11,110** | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____
_____

In re **Jeffrey Lew Liddle**                                                                          Case No. **19-10747**

                Debtor                                                                    Reporting Period: **March 11, 2019 - March 31, 2019**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| **NONE** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Homeowners / Auto / Personal Property | The Cincinnati Insurance Companies | 2019 | $8,250.50 / Quarter |
| Firm Malpractice Insurance | AFCO | 2019 | $5,717.82 / Month |
| Firm Medical / Health Coverage | UnitedHealthcare Oxford | 2019 | $5,293.35 / Month |
| | | | |
| | | | |
| | | | |
| | | | |

In re **Jeffrey Lew Liddle**                                    Case No. **19-10747**
_____Debtor_____                                 Reporting Period: **March 11, 2019 - March 31, 2019**

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X | |
| 3  Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4  Is the Debtor delinquent in paying any insurance premium payment? | X | |
| 5  Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6  Are any post petition State or Federal income taxes past due? | | X |
| 7  Are any post petition real estate taxes past due? | | X |
| 8  Are any other post petition taxes past due? | | X |
| 9  Have any pre-petition taxes been paid during this reporting period? | | X |
| 10  Are any amounts owed to post petition creditors delinquent? | | X |
| 11  Have any post petition loans been  received by the Debtor from any party? | | X |
| 12  Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |