# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

In re:

JEFFREY LEW LIDDLE,

                        Debtor.

Case No. 19-10747 (shl)

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I caused to be served true copies of the within MONTHLY OPERATING REPORT [ECF No. 80] via first-class mail upon all creditors listed in Exhibit 1 and all of the following interested parties via first-class mail and e-mail:

Andrea B. Schwartz
Office of the United States Trustee (Region 2)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Email: andrea.b.schwartz@usdoj.gov
and USTPRegion02.NYECF@USDOJ.GOV

Counsel Financial II, LLC
c/o David H. Wander, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
Email: dhw@dhclegal.com

Diane Nardone, Esq.
Escrow Agent
11 Fifth Avenue
New York, NY 10003
Email: dcnardone@gmail.com

Arnold E. Reiter, Esq.
Attorney for Tara J. Liddle
Reiter Law Firm
75 Montebello Road
Suffern, New York 10901
Email: areiter@reiterlawfirm.com

B4992418.1

Randolph E. White
White & Wolnerman, PLLC
950 Third Avenue, 11th Floor
New York, New York 10022
Email: rwhite@wwlawgroup.com

Jeffrey K. Cymbler
NYS Department of Taxation & Finance
15 MetroTech Center
Brooklyn, NY 11201
Email: Jeffrey.Cymbler@tax.ny.gov

| | |
|---|---|
| Dated: May 16, 2019<br>New York, New York | FOLEY HOAG LLP<br><br>*/s/ Alison D. Bauer*<br>Alison D. Bauer<br>William F. Gray, Jr.<br>FOLEY HOAG LLP<br>1301 Avenue of the Americas<br>25th Floor<br>New York, NY 10019<br>Telephone: 646-927-5500<br>abauer@foleyhoag.com<br>wgray@foleyhoag.com<br><br>*Proposed Attorneys for Debtor* |

# EXHIBIT 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 19-10747-shl<br>Southern District of New York<br>Manhattan<br>Thu May 16 12:52:36 EDT 2019 | NYS Department of Taxation & Finance<br>15 MetroTech Center<br>Brooklyn, NY 11201-3818 | White & Wolnerman, PLLC<br>950 Third Avenue, 11th Floor<br>New York, NY 10022-2775 |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | 800 Third Avenue Associates LLC<br>10 East 40th Street, 46th Floor<br>New York, NY 10016-0301 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Andrea M. Paparella<br>150 West 28th Street, Ste. 1603<br>New York, NY 10001-6179 | Anthony Losquadro<br>4986 SouthEast Inkwood Way<br>Hobe Sound, FL 33455-7846 | Aphrodite Cleaners<br>30 University Place<br>New York, NY 10003-4530 |
| Arnold Reiter, Esq.<br>Attorney for Tara Liddle<br>75 Montebello Road<br>Suffern New York 10901-3746 | Audi Financial Services<br>P.O. Box 5205<br>Carol Stream, IL 60197-5205 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bellringer Communications<br>830 County Rd 39<br>Southampton, NY 11968-5226 | Benjamin Motors, Inc.<br>1172 Willis Avenue<br>PO Box 149<br>Albertson, NY 11507-0149 | Blaine H. Bortnick<br>266 West 12th Street<br>New York, NY 10014-1912 |
| Blank Rome LLP<br>Attn:  Finance Department<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-2768 | Brett Losquadro c/o South Shore Auto Works<br>19 The Green<br>Shirley, NY 11967-2908 | Brooks Brothers<br>P.O. Box 9001006<br>Louisville, KY 40290-1006 |
| Christine A. Palmieri<br>421 Stellar Avenue<br>Pelham, NY 10803-2124 | Citi Cards - Mastercard<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Corporate Habitat NY LLC<br>420 Madison Avenue<br>Suite 1001<br>New York, NY 10017-1188 |
| Counsel Financial Holdings LLC<br>6400 Main Street, Ste. 120<br>Williamsville, NY 14221-5858 | DAVIDOFF BUTCHER & CITRON LLP<br>Attorneys for Counsel Financial II, LLC<br>605 Third A venue<br>New York, NY 10158 | David I. Greenberger<br>69 West 9th Street<br>Apt. 5GH<br>New York, NY 10011-8977 |
| David M. Marek<br>228 Hamilton Avenue<br>Palo Alto, CA 94301-2583 | DeLage Landen Fin'l Services, Inc.<br>880 Fifth Avenue, Ste. 1401<br>New York, NY 10021-4951 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept. of Treasury - IRS<br>2 Metrotech Center<br>Brooklyn, NY 11201-3846 | DiSalvo Contracting Co. Inc.<br>4214 Third Ave<br>Brooklyn, NY 11232-3602 | Diane C Nardone, Esq.<br>11 Fifth Avenue<br>New York, NY 10003-4342 |

| | | |
|---|---|---|
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Platinum Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Doubles<br>783 5th Ave #414<br>New York, NY 10022-1012 |
| Dr. Areta Podhororecki/Zen Chernyk<br>44 St. Marks Place<br>New York, NY 10003-8118 | Dr. Erwin M. Siegel<br>161 Madison Ave, 5th Fl.<br>New York, NY 10016-5421 | Dr. Gerald Curatola, DDS<br>521 Park Avenue<br>New York, NY 10065-8140 |
| Dr. Irwin M. Siegel<br>161 Madison Avenue<br>5th Floor<br>New York, NY 10016-5421 | Dr. Yale Kroll<br>800 A Fifth Avenue, Ste. 502<br>New York, NY 10065 | Effat S. Emamian c/o Andrew Lavoott Blueston<br>233 Broadway, Ste 2702<br>New York, NY 10279-2702 |
| Eisner, LLP<br>152 West 57th Street, 48th Floor<br>New York, NY 10019-3310 | Ethan A. Brecher<br>270 Park Avenue S<br>Apt. 9-G<br>New York, NY 10010-6105 | Excelsior P & H, Inc.<br>PO Box 491<br>1319 Speonk Riverhead Rd<br>Speonk, NY 11972-0491 |
| Globe Storage & Moving Co. Inc.<br>665 Broadway, Ste. 301<br>New York, NY 10012-2351 | H. R. Culver Plumbing Company, Inc.<br>Box 175<br>Westhampton, NY 11977-0175 | Hampton Pool Works, Inc.<br>P.O. Box 323<br>Westhampton Beach, NY 11978-0323 |
| Hann Financial Services<br>1 Centre Drive<br>Jamesburg, NJ 08831-1564 | Hurricane Irrigation LLC<br>PO Box 1344<br>Westhampton Beach, NY 11978-7344 | Internal Revenue Service<br>Department of the Treasury<br>Philadelphia, PA 19255-0430 |
| J. Evans Landscape Design & Maintenance<br>PO Box 767<br>Westhampton Beach, NY 11978-0767 | JGalle Landscape Artistry<br>158 West 10th Street, # 2<br>New York, NY 10014-3128 | James A. Batson<br>26 Old Oak Road<br>Darien, CT 06820-3029 |
| James R. Hubbard<br>2308 Environ Way<br>Chapel Hill, NC 27517-4459 | James W. Halter<br>310 East 65th Street<br>Apt. PHB<br>New York, NY 10065-6731 | Jeffrey K. Cymbler, Esq.<br>NYS Department of Taxation and Finance<br>District Tax Attorney<br>15 MetroTech Center<br>Brooklyn, NY 11201-3818 |
| Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019-6708 | Kozeny & McCubbin, L.C. LLC.<br>Attorneys for VW Credit, Inc.<br>12400 Olive Blvd Suite #555<br>St. Louis, MO 63141-5460 | Kramer Bros.<br>580 5th Avenue, #821<br>New York, NY 10036-4725 |
| LIG Capital<br>6400 Main Street, Ste. 120<br>Williamsville, NY 14221-5858 | Larry Hutcher, Esq.<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>34th Floor<br>New York, NY 10158-3499 | Leslie DiRusso<br>13 West 9th Street, Apt 4<br>New York, NY 10011-8903 |

| | | |
|---|---|---|
| Long Island Wine Transporters & Storage<br>PO Box 70<br>East Moriches, NY 11940-0070 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Marc A. Susswein<br>84 Edgewood Avenue<br>Larchmont, NY 10538-2208 |
| Michael Barr<br>c/o Alan Heller<br>Garvey Schubert Barer, P.C.<br>100 Wall Street, 20th Floor<br>New York, NY 10005-3708 | Michael E. Grenert<br>200 Riverside Blvd. #14E<br>New York, NY 10069-0911 | NYS DEPT. OF LABOR<br>STATE OFFICE CAMPUS<br>BLDG #12, RM #256<br>ALBANY, NY 12240-0001 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Optimum<br>PO Box 9256<br>Chelsea, MA 02150-9256 | PSEG Long Island<br>PO Box 9050<br>Hicksville, NY 11802-9050 |
| PSEGLI<br>15 Park Drive,<br>Special Collections<br>Melville, NY 11747-3035 | Plantscape Property Design Inc.<br>7 Otis Road<br>Islip Terrace, NY 11752-1905 | Potenzano Irrigation & Lighting, Inc.<br>174 West 4th Street, # 298<br>New York, NY 10014-3817 |
| Quintus Von Bonin<br>131 Mercer Street, Apt 3A<br>New York, NY 10012-3887 | RASCO KLOCK PEREZ & NIETO, LLC<br>555 Fifth Avenue, 17th Floor<br>New York, New York 10017-9254 | REITER LAW FIRM<br>Attorneys for Tara Liddle<br>75 Montebello Road<br>Suffern, New York 10901-3746 |
| Receiver of Taxes<br>Town of Southampton<br>116 Hampton Road<br>Southhampton, New York 11968-4998 | Richard Kates & Carina Rao<br>47 Mercer Street, 5th Fl<br>New York, NY 10013-2689 | Sea Breeze Tennis, Inc.<br>9 Sue Lane<br>Riverhead, NY 11901-6605 |
| Smyth Nora, LLP<br>143 Main Street<br>Huntington, NY 11743-6986 | Suffern, New York 10901<br>SCWA<br>PO Box 1149<br>Newark, NJ 07101-1149 | Swezey Fuel<br>51 Rider Avenue<br>Patchogue, NY 11772-3953 |
| The Wine and Food Society, Inc. New York<br>14 OBrien Court<br>Bedminster, NJ 07921-2686 | Time Warner Cable of NYC<br>PO Box 11820<br>Newark, NJ 07101-8120 | Tom Covino<br>5 Quantuck Bay Lane<br>Westhampton Beach, NY 11978-1600 |
| Twin Forks Movers and Storage<br>South Fork Storage Corp.<br>PO Box 1889<br>Bridgehampton, NY 11932-1889 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 | VW Credit Leasing, Ltd<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Verizon<br>P.O. Box 1100<br>Albany, NY 12250-0001 | Vintage Wine Warehouse<br>Attn: Ronnie Seward<br>1630 Cody Ave<br>Ridgewood NY 11385-5734 | Weber & Grahn<br>216 E Montauk Hwy<br>Hampton Bays, NY 11946-1902 |

| | | |
|---|---|---|
| Weigong Zhang<br>511 Lincoln Street<br>Savannah, GA 31401-5647 | White & Wolnerman, PLLC<br>950 Third Avenue, 11th Floor<br>New York, New York 10022-2775 | Winters Bros East End<br>P.O. Box 5279<br>New York, NY 10008-5279 |
| ARNOLD E REITER<br>REITER LAW FIRM<br>75 Montebello Road<br>Suffern, NY 10901-3746 | Alison D. Bauer<br>Foley Hoag LLP<br>1301 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10019-6036 | Jeffrey Lew Liddle<br>Liddle & Robinson, L.L.P.<br>800 Third Avenue<br>8th Floor<br>New York, NY 10022-7769 |
| Jeffrey Lew Liddle<br>c/o Third Brevoort<br>11 5th Avenue<br>New York, NY 10003-4342 | William F. Gray<br>Foley Hoag LLP<br>1301 Avenue of hte Americas<br>Ste 25th Floor<br>New York, NY 10019-6036 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | M&T Bank<br>PO Box 62182<br>Baltimore, MD  21264-2182 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Counsel Financial II, LLC<br>c/o Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza Suite 1700<br>Buffalo | (u)Kasowitz Benson Torres LLP | (u)VW Credit, Inc. as servicer for VW Credit |
| (u)B4989241.1 | (d)NYS Department of Taxation & Finance<br>15 MetroTech Center<br>Brooklyn, NY 11201-3818 | (d)White & Wolnerman, PLLC<br>950 Third Avenue,<br>11th Floor<br>New York, NY 10022-2775 |
| (u)James Halter | (u)Tara Liddle | End of Label Matrix<br>Mailable recipients    97<br>Bypassed recipients     8<br>Total                 105 |