

**Reiter Law Firm** / Attorneys at Law
Suffern, NY / New York, NY / Scottsdale, AZ
*www.reiterlawfirm.com*

May 22, 2019

**Arnold E. Reiter, Esq.**
*areiter@reiterlawfirm.com*
*Admitted NY, NJ, DC, AZ*

**Amanda S. Ciccone, Esq.**
*Of Counsel*
*asciccone@gmail.com*
*Direct: (845) 596-7943*
*Admitted NY, NJ*
*Pending Admission CA*

*Reply to:* <u>Suffern, New York</u>

*VIA E-MAIL*

Honorable Sean H. Lane
United States Bankruptcy Judge Southern
District of New York One Bowling Green
Courtroom 701
New York, NY 10004-1408

Re: In re: Jeffrey Lew Liddle
    Case No. 19-10747 (shl)
    **Proposed Order on Consent**

Dear Judge Lane:

This office represents Tara Liddle, spouse of the Debtor and Debtor-In-Possession, Jeffrey L. Liddle, in the above-referenced case, and I write to follow up on the telephonic conference, on Thursday, May 16, 2019, with attorneys for the Debtor and for Counsel Financial II LLC ("CF2"), wherein it was agreed that Tara Liddle could obtain Ten Thousand Dollars ($10,000.00) (the "Funds") from the funds in the Debtor's DIP account, which are claimed by Tara Liddle. This will confirm that Tara Liddle hereby agrees that, in the event this Court determines that she does not own the Funds free and clear of any liens, claims or interests, she will repay such funds as soon as possible but not more than sixty (60) days from the date of such determination.

We respectfully request that the Court "So Order" this letter agreement so the Funds can be disbursed from the Debtor's DIP account quickly and in a cost-effective manner.

Thank you.

Respectfully,

Arnold E Reiter

75 Montebello Road         808 Columbus Avenue, Suite PH2B    P.O. Box 915              9227 E. Rusty Spur Place
Suffern, New York 10901    New York, New York 10025           Mahwah, New Jersey 07430  Scottsdale, Arizona 85255
T 845-357-2215  F 845-738-4239   T 212-666-3197              T 845-357-2215            T 480-998-7493



**SO ORDERED**

**Dated**: May 22, 2019

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

CONSENTS:

 */s/ David H. Wander*
David H. Wander
Davidoff Hutcher & Citron LLP
Attorney for Counsel Financial II, LLC


 */s/ William F. Gray, Jr.*
William F. Gray, Jr.
Foley Hoag LLP
Proposed Attorneys for Debtor and Debtor-In-Possession, Jeffrey Lew Liddle

75 Montebello Road
Suffern, New York 10901
T 845-357-2215   F 845-738-4239

808 Columbus Avenue, Suite PH2B
New York, New York 10025
T 212-666-3197

P.O. Box 915
Mahwah, New Jersey 07430
T 845-357-2215

9227 E. Rusty Spur Place
Scottsdale, Arizona 85255
T 480-998-7493