FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
Telephone: (646) 927-5500
Facsimile: (646) 927-5599
Alison D. Bauer
William F. Gray, Jr.

*Proposed Attorneys for Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x   Chapter 11

In re:

JEFFREY LEW LIDDLE,
                                                    Case No. 19-10747 (shl)

          Debtor.
-------------------------------------------------------- x

### NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
### THE HEARING ON JUNE 4, 2019 AT 10:00 A.M.

Time and Date of Hearing:   June 4, 2019 at 10:00 a.m. (EDT)

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, **Room 701**, One Bowling Green, New York, NY 10004-1408

    **PLEASE TAKE NOTICE** that an agenda with respect to all matters set for hearing on **June 4, 2019 at 10:00 a.m. (EDT)** is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004. Note that a PACER password is required to access documents on the Court's website.

1

B4997595.2

# AGENDA

A. **CASE CONFERENCE**

1. 341 Meeting of Creditors

2. Cash Collateral – Issues & Amended Budget

   Related Documents:

   i. Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Use Cash Collateral, (II) Scheduling A Final Hearing And (III) Granting Related Relief **[ECF No. 37]**

   ii. Debtor's Ex-Parte Motion for an Order Shortening Notice Period for Hearing on Debtor's Motion Under 11 U.S.C. §§ 105, 542 and 543 Directing Escrow Agent or Custodian to Turnover Property **[ECF No. 13]**

   iii. Motion Under 11 U.S.C. §§ 105, 542 and 543 for Turnover of Property by Escrow Agent or Custodian **[ECF No. 14]**

   iv. Order Granting Debtor's Ex-Parte Motion for an Order Shortening Notice Period for Hearing on Debtor's Motion Under 11 U.S.C. § 543 Directing Escrow Agent or Custodian to Turnover Property ("Turnover Motion") **ECF No. 16]**

   v. White & Wolnerman Statement in Support of Turnover Motion **[ECF Nos. 18 & 19]**

   vi. Response by Counsel Financial II LLC to Debtor's Motion (i) Under 11 U.S.C. §§ 105, 542 and 543 for Turnover of Property by Escrow Agent or Custodian; and (ii) Under 11 U.S.C. § 363 for Use of Cash Collateral  **[ECF Nos. 23 & 24]**

   vii. Order Signed On 4/1/2019, Granting Debtor's Motion For An Order Directing Custodian To Turnover Property And For An Interim Order Authorizing The Debtor To Pay Rent Expenses And Granting Related Relief **[ECF No. 27]**

   viii. Letter Motion to Allow Payment of Employee Wages filed by William F. Gray on behalf of Jeffrey Lew Liddle **[ECF No. 28]**

   ix. Order Signed On 4/2/2019, Granting Motion To Allow Payment Of Employee Wages **[ECF No. 29]**

B4997595.2

      x. Debtor's Ex-Parte Motion For An Order Shortening Notice Period For Hearing On Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Use Cash Collateral, (II) Scheduling A Final Hearing And (III) Granting Related Relief **[ECF No. 38]**

      xi. Letter to Hon. Sean Lane dated 4/9/19 from David H. Wander on behalf of Counsel Financial II, LLC **[ECF No. 40]**

      xii. Order Granting Debtor's Ex-Parte Motion For An Order Shortening Notice Period For Hearing On Debtor's Motion Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Use Cash Collateral, (II) Scheduling A Final Hearing And (III) Granting Related Relief **[ECF No. 42]**

      xiii. Objection by Counsel Financial II LLC to Debtor's Second Cash Collateral Motion **[ECF No. 47]**

      xiv. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief **[ECF No. 52]**

      xv. Memorandum of Law by Counsel Financial II LLC in Support of its Perfected Security Interest in and Lien on Cash Collateral **[ECF No. 74]**

      xvi. Debtor's Response and Memorandum of Law in Opposition to Counsel Financial II LLC's Claim of a Perfected Security Interest in and Lien on Certain Cash Collateral **[ECF No. 84]**

3. Update on Tara Liddle Adversary Proceeding No. 19-01147

4. Discovery regarding Rule 2004 motions

5. Request for Omnibus Hearing Dates for July and August 2019

**B. <u>CONTESTED MATTERS</u>**

1. Motion Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LLP and for Related Relief **[ECF No. 35]**

   a. <u>Related Documents:</u>

      i. Debtor's Ex-Parte Motion for an Order Shortening Notice Period for Hearing on Debtor's Motion Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LLP and for Related Relief **[ECF No. 39]**

      ii. Letter to Hon. Sean Lane dated 4/9/19 from David H. Wander on behalf of Counsel Financial II, LLC **[ECF No. 40]**

      iii. Order Granting Debtor's Ex-Parte Motion for an Order Shortening Notice Period for Hearing on Debtor's Motion Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LLP and for Related Relief **[ECF No. 41]**

      iv. Objection to Motion Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LLP and for Related Relief **[ECF No. 46]**

      v. Interim Order Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LP and for Related Relief **ECF No. 50]**

      vi. Second Interim Order Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LP and for Related Relief **[ECF No. 71]**

      vii. Proposed Third Interim Order Pursuant to Motion Pursuant to 11 U.S.C. § 105 to Extend the Automatic Stay Under 11 U.S.C. § 362 to Liddle & Robinson LLP and for Related Relief **[ECF No. 92]**

  b. <u>Status</u>: Going forward on an interim basis, with final hearing to be determined.

2. VW Credit, Inc's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) & (2) **[ECF No. 77]**

  a. <u>Status:</u> Debtor has requested an adjournment from VW Credit and received no request. Debtor requests adjournment until next omnibus hearing.

Dated: May 31, 2019
       New York, New York

FOLEY HOAG LLP

*/s/ Alison D. Bauer*

Alison D. Bauer
William F. Gray, Jr.
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel: 646.927.5500
Fax: 646.927.5599
abauer@foleyhoag.com
wgray@foleyhoag.com
*Proposed Attorneys for Debtor and Debtor-in-Possession*

4

B4997595.2