UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                               :
In re                                          : Chapter 11
                                               :
JEFFREY LEW LIDDLE,                : Case No.  19-10747 (SHL)
                                               : Adv. Pro. No. 19-01147 (SHL)
                         Debtor                  :
---------------------------------------------------------- x

**SCHEDULING ORDER (I) ESTABLISHING CERTAIN DISCOVERY, BRIEFING AND HEARING DATES AND (II) SCHEDULING NEXT OMNIBUS HEARING DATE**

Upon the status conference held on June 4, 2019 in the above-captioned case (the "Chapter 11 Case") of Jeffrey Lew Liddle, as debtor and debtor-in-possession (the "Debtor") and with respect to (1) (a) the *Motion of the Debtor for entry of an Order (I) Authorizing the Use of Cash Collateral,(II) Granting Adequate Protection To The Secured Parties, (Iii) Scheduling A Final Hearing And (IV) Granting Related Relief* (the "Cash Collateral Motion") (Doc. No. 37), *(b)* the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 (I) Authorizing The Debtors To Use Cash Collateral,(II) Granting Adequate Protection To The Secured Parties, (III) Scheduling A Final Hearing And (IV) Granting Related Relief* Doc. (No. 52) and (c) the claim by Counsel Financial II, LLC ("CF2") that it has a perfected security interest in the Cash Collateral (collectively, the "CF2 Cash Collateral Dispute") *(2)* the Adversary Proceeding captioned *Tara Liddle against Counsel Financial II LLC*, Adv. Proc. No. 19- 01147 (the "Tara Liddle Adv. Pro."), the parties have agreed and the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has determined that the following schedule shall govern:

1.       The Deposition of Tara Liddle will take place on **June 14, 2019 at 2:00 p.m. (Eastern Time)**.

2. The Deposition of Jeff Liddle will take place on **June 24, 2019 at 10:00 a.m. (Eastern Time).**

3. The hearing on the CF2 Cash Collateral Dispute shall take place on **June 24, 2019 at 3:00 p.m. (Eastern Time)**.

4. Counsel Financial II LLC's answer or motion responding to the Complaint in the Tara Liddle Adv. Pro. (Adv. Pro., Doc. 1) and its response papers in opposition to the *Motion for an Order (A) Directing the Turnover of Plaintiff Tara Liddle's Property (B) For Injunctive Relief, (C) For Entry of an Order Scheduling a Hearing and (D) for a TRO* (Adv. Pro., Doc 2) ("Plaintiff's Motion") shall be filed and served upon counsel to the Debtor, counsel to Tara Liddle and the Office of the United States Trustee on or before **July 12, 2019 at 11:59 p.m. (Eastern Time).**

5. The reply brief of Tara Liddle in the Tara Tara Liddle Adv. Pro. and the Plaintiff's Motion shall be filed and served upon the Debtor, counsel to Counsel Financial II LLC and the Office of the United States Trustee on or before **July 19, 2019 at 11:59 p.m. (Eastern Time).**

6. The next Omnibus Hearing Date in the Chapter 11 Case is **July 22, 2019 at 2:00 p.m. (Eastern Time)**.

7. The hearing on the Tara Liddle Adv. Pro shall take place on **August 8, 2019 at 11:00 a.m. (Eastern Time)**.

8. All hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

9. Within three (3) business days after entry of this Order, the Debtors shall serve, or cause to be served, by e-mail, first class mail or other appropriate method of service, copies of a notice of entry of this Order, together with a copy of this Order, to any party that has filed prior to

such date a request for notice with this Court, to the Office of the United States Trustee and to counsel for any statutory committee of unsecured creditors appointed pursuant to Section 1102 of the Bankruptcy Code (the "Creditors' Committee") and in the absence of a Creditor's Committee, to the Debtor's 20 largest unsecured creditors in the Chapter 11 Case.

10. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: June 13, 2019
       New York, New York

*/s/ Sean H. Lane*

HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE