Evan J. Zucker
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

*Attorneys for Blank Rome LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JEFFREY LEW LIDDLE, | : | Case No. 19-10747 (SHL) |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

***PLEASE TAKE NOTICE*** that Blank Rome LLP hereby enters its appearance, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), on behalf of Blank Rome LLP ("***Blank Rome***"). The undersigned attorneys hereby request, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and Bankruptcy Code sections 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned cases (the "***Cases***") and all related proceedings be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:[1]

[1] Blank Rome requests that the mailing and email addresses set forth below replace the following addresses currently reflected on the Debtor's service lists: Blank Rome LLP (Finance Dept.), One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-2757, dmbrown@blankrome.com.

Samuel H. Becker, Esq.
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Becker@BlankRome.com

Evan J. Zucker, Esq.
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Email: EZucker@BlankRome.com

***PLEASE TAKE FURTHER NOTICE*** that, pursuant to Bankruptcy Rule 2002, the undersigned counsel hereby requests copies of all papers including, without limitation, all motions, notices, applications, orders, reports, legal memoranda, exhibits and all other papers which are filed with the Court or served upon any party. All copies should be sent to the above-listed counsel by electronic mail and/or by mail to the addresses appearing above.

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or whether made by mail, email, hand delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the rights or interests of any party in the Cases.

***PLEASE TAKE FURTHER NOTICE*** that this request pursuant to Bankruptcy Rule 2002 shall not be deemed or construed to be a submission by Blank Rome to the jurisdiction or power of this Court or a waiver of any substantive or procedural rights of Blank Rome, including without limitation, to: (a) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (b) have final orders in non-core matters entered only after *de novo* review by the District Court; (c) a trial by jury in any proceeding so triable in the Cases or any case, controversy, or proceeding related to the Cases; (d) require that where any adversary proceeding is to be initiated against Blank Rome in these Cases or any related case or

where any proceeding is to be initiated by complaint against Blank Rome under applicable non-bankruptcy law, service shall be made on Blank Rome in accordance with applicable Bankruptcy Rules, Federal Rules of Civil Procedure and applicable non-bankruptcy law, and that service upon undersigned counsel is insufficient for such purposes; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Blank Rome is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Blank Rome expressly reserves.

**BLANK ROME LLP**

Dated: July 15, 2019

By: */s Evan J. Zucker*

Evan J. Zucker
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Email: EZucker@BlankRome.com

*Attorneys for Blank Rome LLP*