UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Jeffrey Lew Liddle**

**Debtor**

Case No. **19-10747**

Reporting Period: **July 1, 2019 - July 31, 2019**

Social Security # _____

(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 7/13/19

Signature of Joint Debtor _____    Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 15

In re: **Jeffrey Lew Liddle**                                        **Case No.  19-10747**
                              Debtor                              **Reporting Period: July 1, 2019 - July 31, 2019**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| Personal [(1)] | $2,136,371 | $103 |
| L&R | (136,115) | 22,447 |
| **Total Cash - Beginning of Month** | $2,000,256 | $22,550 |
| | | |
| | | |
| **Cash Receipts** | | |
| Personal | $3,701 | $2,244,259 |
| L&R Income | 110,016 | 330,042 |
| **Total Cash Receipts** | **$113,717** | **$2,574,300** |
| | | |
| **Cash Disbursements** | | |
| **Personal Disbursements** | | |
| Rent | (7,800) | (30,400) |
| Property Taxes | (38,587) | (46,586) |
| Insurance (Personal / Renter's / Auto / Other) | - | (8,573) |
| Utilities | (1,021) | (4,621) |
| Cable / Internet / Phone / Cell | (798) | (3,836) |
| Incidentals (Food / Taxi / Other) | (4,953) | (16,607) |
| Dining Out | (534) | (1,853) |
| Membership dues | (935) | (935) |
| Charitable Donations | - | - |
| Clothing / Garment Care | - | (1,634) |
| Personal Care | (55) | (81) |
| Credit Card Payments / Bank Fees | (155) | (252) |
| Car Payments | (2,888) | (4,814) |
| Auto Insurance (included above) | - | - |
| Garage/Gasoline/Tolls | (802) | (3,020) |
| Medical Health Insurance | - | - |
| Out of Pocket Health Expenses | - | - |
| Travel/Vacation | - | - |
| Mass Transit / Transportation | (35) | (217) |
| Child Care Expenses (Tuition/Rent) | (11,334) | (19,861) |
| Estimated Taxes (Federal/State/Local) | - | (437) |
| Other | (3,257) | (33,390) |
| **Personal Disbursements** | **(73,154)** | **(177,118)** |

In re: Jeffrey Lew Liddle

Debtor

Case No.  19-10747

Reporting Period: July 1, 2019 - July 31, 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must

be attached for each account.  [See  MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **L&R Disbursements** | | |
| Rent | (15,973) | (55,009) |
| Attorney Payroll | (24,281) | (46,082) |
| Headhunter | - | (40,000) |
| JLL Draw | - | (47,150) |
| Staff Payroll | (13,986) | (57,259) |
| New Hire (Paralegal/Assistant) | - | - |
| Insurance (Health / Life / Other) | (5,606) | (60,465) |
| Malpractice Insurance | - | (28,875) |
| Utilities | - | - |
| Office Services (Solarus technologies) | (2,722) | (6,722) |
| Repairs/Maintenance | - | - |
| Other Operating Expenses | ($19,540) | (119,134) |
| Accounting Services | (41,000) | (41,000) |
| **L&R Disbursements** | **(123,108)** | **(501,696)** |
| | | |
| **Total Ordinary Disbursements** | **(196,262)** | **(678,814)** |
| | | |
| Reorganization Items | | |
| UST Fees | (975) | (1,300) |
| Bankruptcy Counsel | - | - |
| Accountants | - | - |
| Unsecured Creditors Professionals | - | - |
| Total Reorganization Items | (975) | (1,300) |
| | | |
| **Total Disbursements (Ordinary + Reorg)** | **(197,237)** | **(680,114)** |
| | | |
| **Net Cash Flow  (Total Receipts - Total Disbursements)** | **($83,520)** | **$1,894,186** |
| | | |
| **Beginning Bank Cash** | $2,000,256 | $22,550 |
| Net Cash Flow | (83,520) | 1,894,186 |
| **Ending Cash Balance** | **$1,916,736** | **$1,916,736** |

| In re: Jeffrey Lew Liddle | Case No.  19-10747 |
|---|---|
| Debtor | Reporting Period: July 1, 2019 - July 31, 2019 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must

be attached for each account.  [See  MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN)

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Total Disbursements** [2] | $70,354 | $154,318 |
| Less: Transfers to Other Debtor In Possession Accounts | - | - |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | - | - |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | **$70,354** | **$154,318** |

**Notes:**

[1] Includes separate property of Tara Liddle with regards to her share of the sale proceeds - ~$1,090,604.

[2] Excludes $22,800 that was distributed to Tara Liddle from her share of the sale proceeds per consents.

**In re: Jeffrey Lew Liddle**  **Case No.  19-10747**
Debtor  **Reporting Period: July 1, 2019 - July 31, 2019**

## CASH RECEIPTS

| Description | Date | Amount | Category |
|---|---|---|---|
| **Personal Income** | | | |
| Social Security Payment | 7/24/2019 | $3,701 | Social Security Monthly Payment |
| | | | |
| **Total Personal Income** | | **$3,701** | |
| | | | |
| **L&R Income** | | | |
| Client Fee Payment | 7/8/2019 | 19,637 | Cash collections - Client Fee Payment |
| Client Fee Payment | 7/10/2019 | 50,000 | Cash collections - Client Fee Payment |
| Client Fee Payment | 7/17/2019 | 11,767 | Cash collections - Client Fee Payment |
| Client Fee Payment | 7/22/2019 | 21,862 | Cash collections - Client Fee Payment |
| Client Fee Payment | 7/30/2019 | 6,750 | Cash collections - Client Fee Payment |
| | | | |
| **Total L&R Income** | | **110,016** | |
| | | | |
| **Total Cash Receipts** | | **$113,717** | |

In re **Jeffrey Lew Liddle**                                Case No. **19-10747**
        Debtor                                Reporting Period: **July 1, 2019 - July 31, 2019**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
|  | # | # | # | # |
| **BALANCE PER BOOKS** |  |  |  | $1,916,736 |
|  |  |  |  |  |
| BANK BALANCE |  |  |  | $1,916,736 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  | 0 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : |  |  |  | 0 |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |  |
|  |  |  |  |  |
| **ADJUSTED BANK BALANCE** * |  |  |  | $1,916,736 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

**In re: Jeffrey Lew Liddle**     **Case No.  19-10747**

         Debtor            **Reporting Period: July 1, 2019 - July 31, 2019**

### Statement Regarding Bank Account Statements

The Debtor has attached the available bank account statements to the monthly operating report.  The Debtor-In-Possession account was opened at Wells Fargo on March 27, 2019.

Copies of bank account statements related to Liddle & Robinson will be made available for inspection upon request by the United States Trustee's Office.

      BY:

        /s/ Jeffrey L. Liddle

        Name: Jeffrey Lew Liddle

# Wells Fargo Combined Statement of Accounts



July 31, 2019 ■ Page 1 of 8

JEFFREY L LIDDLE
DEBTOR IN POSSESSION
CH11 CASE #19-10747 (SNY)
██████████████
██████████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
        P.O. Box 6995
        Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

---

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Opportunity Checking<sup>SM</sup> | 2 | | 1,895,854.13 | 1,768,399.72 |
| Wells Fargo Opportunity Checking<sup>SM</sup> | 5 | ██████████ | 25,442.96 | 19,560.57 |
| **Total deposit accounts** | | | **$1,921,297.09** | **$1,787,960.29** |

(348)
Sheet Seq = 0105681
Sheet 00001 of  00004

July 31, 2019  ■  Page 2 of 8



---

# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $1,895,854.13 |
| Deposits/Additions | 63,720.33 |
| Withdrawals/Subtractions | - 191,174.74 |
| **Ending balance on 7/31** | **$1,768,399.72** |

Account number:  ▮▮▮▮▮▮

**JEFFREY L LIDDLE**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-10747 (SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/1 | 147 | Check | | 245.00 | |
| 7/1 | 151 | Check | | 300.00 | 1,895,309.13 |
| 7/2 | 163 | Check | | 42.04 | |
| 7/2 | 159 | Check | | 1,600.00 | |
| 7/2 | 146 | Check | | 200.00 | |
| 7/2 | 156 | Check | | 2,721.88 | |
| 7/2 | 154 | Check | | 7,902.53 | |
| 7/2 | 15 | Check | | 2,500.00 | 1,880,342.68 |
| 7/3 | | Wire Trans Svc Charge - Sequence: 190703095982 Srf# Trn#190703095982 Rfb# | | 30.00 | |
| 7/3 | | WT Fed#09990 Jpmorgan Chase Ban /Ftr/Bnf=Paychex, Inc. Srf# Trn#190703095982 Rfb# | | 18,025.84 | |
| 7/3 | 158 | Check | | 7,800.00 | |
| 7/3 | 160 | Check | | 5,605.75 | |
| 7/3 | 148 | Check | | 470.00 | 1,848,411.09 |
| 7/5 | 149 | Check | | 8,214.25 | 1,840,196.84 |
| 7/8 | | Edeposit IN Branch/Store 07/08/19 12:52:50 Pm 1156 Avenue of The Americas New York NY | 19,636.75 | | |
| 7/8 | | Purchase authorized on 07/04 Olish Farms Eastport NY S389185540804932 Card 3420 | | 124.48 | 1,859,709.11 |
| 7/9 | | Purchase authorized on 07/08 AT&T*Bill Payment WWW.ATT.Com TX S469189656261962 Card 3420 | | 266.96 | 1,859,442.15 |
| 7/10 | 164 | Cashed Check | | 130.00 | |
| 7/10 | 165 | Cashed Check | | 843.00 | |
| 7/10 | 157 | Check | | 1,050.00 | 1,857,419.15 |
| 7/11 | 170 | Check | | 15,973.21 | 1,841,445.94 |
| 7/12 | | Wire Trans Svc Charge - Sequence: 190712057348 Srf# Trn#190712057348 Rfb# | | 30.00 | |
| 7/12 | | Wire Trans Svc Charge - Sequence: 190712056412 Srf# Trn#190712056412 Rfb# | | 30.00 | |
| 7/12 | | WT Fed#05278 Citibank, N.A. /Ftr/Bnf=The Benefit Practice Srf# Trn#190712057348 Rfb# | | 34,000.00 | |
| 7/12 | | ▮▮▮▮▮▮▮▮▮▮▮▮# | | 6,160.00 | |
| 7/12 | 163 | Check | | 2,888.34 | 1,798,337.60 |
| 7/15 | | Purchase authorized on 07/12 Parnells Restauran New York NY S309194031904124 Card 3420 | | 137.70 | |
| 7/15 | 331619 | Check | | 560.00 | |
| 7/15 | 162 | Check | | 325.35 | 1,797,314.55 |

July 31, 2019 ■ Page 3 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/16 | | Wire Trans Svc Charge - Sequence: 190716135361 Srf# Trn#190716135361 Rfb# | | 30.00 | |
| 7/16 | | Purchase authorized on 07/15 Peking Duck House New York NY S309196649153234 Card 3420 | | 66.87 | |
| 7/16 | | WT Seq135361 Richard J Lynne CPA PC /Bnf= Srf# Trn#190716135361 Rfb# | | 7,000.00 | 1,790,217.68 |
| 7/17 | | Edeposit IN Branch/Store 07/17/19 12:20:42 Pm 1156 Avenue of The Americas New York NY | 11,767.33 | | 1,801,985.01 |
| 7/18 | | Wire Trans Svc Charge - Sequence: 190718095002 Srf# Trn#190718095002 Rfb# | | 30.00 | |
| 7/18 | | WT Fed#00098 Jpmorgan Chase Ban /Ftr/Bnf=Paychex, Inc. Srf# Trn#190718095002 Rfb# | | 20,241.43 | |
| 7/18 | 1727 | Check | | 56.52 | |
| 7/18 | 141 | Check | | 38,586.66 | 1,743,070.40 |
| 7/19 | | Wire Trans Svc Charge - Sequence: 190719155366 Srf# Trn#190719155366 Rfb# | | 30.00 | |
| 7/19 | | WT Fed#06755 Citibank, N.A. /Ftr/Bnf=Foley Hoag LLP Srf# Trn#190719155366 Rfb# | | 1,717.00 | |
| 7/19 | 173 | Check | | 126.28 | 1,741,197.12 |
| 7/22 | | Edeposit IN Branch/Store 07/22/19 03:00:30 Pm 1156 Avenue of The Americas New York NY | 21,862.25 | | |
| 7/22 | | Purchase authorized on 07/19 Au Cheval Nyc New York NY S389200666103689 Card 3420 | | 72.16 | |
| 7/22 | | Purchase authorized on 07/19 Rosa Mexicano - Fe New York NY S469201010178609 Card 3420 | | 87.10 | |
| 7/22 | | Non-WF ATM Withdrawal authorized on 07/20 994 1St Ave New York NY 00589201505464435 ATM ID NY2501 Card 3420 | | 203.00 | |
| 7/22 | | ATM Access Fee Reimbursement | 3.00 | | |
| 7/22 | | Purchase authorized on 07/21 Freeconferencecall 877-216-7555 CA S589202262648804 Card 3420 | | 23.42 | 1,762,676.69 |
| 7/23 | 174 | Check | | 215.20 | |
| 7/23 | ^171 | AT&T Services Checkpaymt 072319 00171 992043347530194 | | 435.06 | 1,762,026.43 |
| 7/25 | | WT Fed#01945 Citibank NA Nybd C /Org=Jeffrey L. Liddle Srf# G0192063207101 Trn#190725094483 Rfb# | 3,701.00 | | |
| 7/25 | | Wire Trans Svc Charge - Sequence: 190725094483 Srf# G0192063207101 Trn#190725094483 Rfb# | | 15.00 | |
| 7/25 | 168 | Check | | 48.00 | |
| 7/25 | 169 | Check | | 65.00 | 1,765,599.43 |
| 7/26 | 166 | Check | | 59.00 | 1,765,540.43 |
| 7/29 | 177 | Check | | 270.00 | |
| 7/29 | 175 | Check | | 649.72 | |
| 7/29 | 167 | Check | | 95.99 | 1,764,524.72 |
| 7/30 | | ██████████████████ 0 | 6,750.00 | | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 190730084816 Srf# Trn#190730084816 Rfb# | | 30.00 | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 190730085225 Srf# Trn#190730085225 Rfb# | | 30.00 | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 190730141148 Srf# 5581900211Es Trn#190730141148 Rfb# Ppl of 19/07/30 | | 15.00 | |

Sheet Seq = 0105682
Sheet 00002 of  00004

July 31, 2019 ■ Page 4 of 8



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/30 | | WT Fed#08609 Citibank N.A. /Ftr/Bnf=Jeffrey Liddle Srf# Trn#190730084816 Rfb# | | 1,400.00 | |
| 7/30 | | WT Fed#08620 Citibank N.A. /Ftr/Bnf=Tara Liddle Srf# Trn#190730085225 Rfb# | | 1,400.00 | 1,768,399.72 |
| **Ending balance on 7/31** | | | | | **1,768,399.72** |
| **Totals** | | | **$63,720.33** | **$191,174.74** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

^  **Converted check:** Check converted to an electronic format by your payee or designated representative.  Checks converted to electronic format cannot be returned, copied or imaged.

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 15 | 7/2 | 2,500.00 | 158 | 7/3 | 7,800.00 | 168 | 7/25 | 48.00 |
| 141 * | 7/18 | 38,586.66 | 159 | 7/2 | 1,600.00 | 169 | 7/25 | 65.00 |
| 146 * | 7/2 | 200.00 | 160 | 7/3 | 5,605.75 | 170 | 7/11 | 15,973.21 |
| 147 | 7/1 | 245.00 | 162 * | 7/15 | 325.35 | 171 | 7/23 | 435.06 |
| 148 | 7/3 | 470.00 | 163 | 7/2 | 42.04 | 173 * | 7/19 | 126.28 |
| 149 | 7/5 | 8,214.25 | 163 | 7/12 | 2,888.34 | 174 | 7/23 | 215.20 |
| 151 * | 7/1 | 300.00 | 164 | 7/10 | 130.00 | 175 | 7/29 | 649.72 |
| 154 * | 7/2 | 7,902.53 | 165 | 7/10 | 843.00 | 177 * | 7/29 | 270.00 |
| 156 * | 7/2 | 2,721.88 | 166 | 7/26 | 59.00 | 1727 * | 7/18 | 56.52 |
| 157 | 7/10 | 1,050.00 | 167 | 7/29 | 95.99 | 331619 * | 7/15 | 560.00 |

*  Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2019 - 07/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $1,500.00 | $1,741,197.12 ☑ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 7 ☐ |

JL/JL

---



## IMPORTANT ACCOUNT INFORMATION

---

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**



We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to three (3) per business day. We will not assess an overdraft or Non-Sufficient Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account     .

# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $25,442.96 |
| Deposits/Additions | 3.00 |
| Withdrawals/Subtractions | - 5,885.39 |
| **Ending balance on 7/31** | **$19,560.57** |

Account number: ███████

**JEFFREY L LIDDLE**
**DEBTOR IN POSSESSION**
**CH11 CASE 19-10747(SNY)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Purchase authorized on 06/29 7-Eleven Manorville NY P0000000677458552 Card 9425 | | 30.97 | |
| 7/1 | | Purchase authorized on 06/29 Simchick Meats New York NY S309180713843360 Card 9425 | | 98.00 | |
| 7/1 | | ATM Withdrawal authorized on 07/01 1156 Ave of The Americas New York NY 0005064 ATM ID 0013W Card 9425 | | 300.00 | 25,013.99 |
| 7/3 | | ATM Withdrawal authorized on 07/03 1156 Ave of The Americas New York NY 0000163 ATM ID 0012P Card 9425 | | 300.00 | 24,713.99 |
| 7/5 | | Purchase authorized on 07/03 Mylife.Com 888-704 888-704-1900 CA S389184660608845 Card 9425 | | 41.85 | |
| 7/5 | | Purchase authorized on 07/03 Mylife.Com 888-704 888-704-1900 CA S389184660780794 Card 9425 | | 1.00 | |
| 7/5 | | Purchase authorized on 07/03 Ethosgallery51St New York NY S589185031700638 Card 9425 | | 153.51 | |
| 7/5 | | Purchase authorized on 07/05 Speedway 07895 Quogue NY P00469186644355086 Card 9425 | | 41.96 | |
| 7/5 | | Non-WF ATM Withdrawal authorized on 07/05 115 Montauk Highway Westhampton B NY 00389186654212921 ATM ID Tw04A968 Card 9425 | | 303.00 | |
| 7/5 | | ATM Access Fee Reimbursement | 3.00 | | 24,175.67 |
| 7/9 | | ATM Withdrawal authorized on 07/09 1156 Ave of The Americas New York NY 0001382 ATM ID 0012P Card 9425 | | 300.00 | 23,875.67 |
| 7/10 | | ATM Withdrawal authorized on 07/10 1156 Ave of The Americas New York NY 0001714 ATM ID 0012P Card 9425 | | 300.00 | 23,575.67 |
| 7/15 | | Purchase authorized on 07/11 Mylife.Com 888-704 888-704-1900 CA S309192462371202 Card 9425 | | 19.95 | |
| 7/15 | | Purchase authorized on 07/13 Midtown Catch New York NY S389194533594365 Card 9425 | | 34.50 | |
| 7/15 | | Purchase authorized on 07/13 Simchick Meats New York NY S589194538333057 Card 9425 | | 60.20 | |

**WELLS FARGO**

---

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 7/15 | | Purchase authorized on 07/13 Ideal Cheese Shop. New York NY S589194550792163 Card 9425 | | 113.86 | |
| 7/15 | | Purchase authorized on 07/13 Morton Wms Sclrlt 1031 1St New York NY P0058919457852919 Card 9425 | | 70.00 | |
| 7/15 | | ATM Withdrawal authorized on 07/15 1156 Ave of The Americas New York NY 0008963 ATM ID 0013W Card 9425 | | 300.00 | 22,977.16 |
| 7/17 | | ATM Withdrawal authorized on 07/17 1156 Ave of The Americas New York NY 0003780 ATM ID 0012P Card 9425 | | 300.00 | 22,677.16 |
| 7/22 | | Purchase authorized on 07/20 Midtown Catch New York NY S309201500794770 Card 9425 | | 58.00 | |
| 7/22 | | Purchase authorized on 07/20 Simchick Meats New York NY S469201525923334 Card 9425 | | 87.50 | |
| 7/22 | | Purchase authorized on 07/20 Ideal Cheese Shop. New York NY S589201530766584 Card 9425 | | 71.45 | |
| 7/22 | | ATM Withdrawal authorized on 07/22 1156 Ave of The Americas New York NY 0005127 ATM ID 0012P Card 9425 | | 300.00 | 22,160.21 |
| 7/25 | | ATM Withdrawal authorized on 07/25 1156 Ave of The Americas New York NY 0001707 ATM ID 0013W Card 9425 | | 300.00 | 21,860.21 |
| 7/26 | | ATM Withdrawal authorized on 07/26 1156 Ave of The Americas New York NY 0006367 ATM ID 0012P Card 9425 | | 300.00 | 21,560.21 |
| 7/29 | | Purchase authorized on 07/27 Duane Reade Sto 931 1St A New York NY P0038920855229424281 Card 9425 | | 54.65 | |
| 7/29 | | Purchase authorized on 07/27 Ideal Cheese Shop. New York NY S309208560937860 Card 9425 | | 104.00 | |
| 7/29 | | Purchase authorized on 07/27 Simchick Meats New York NY S389208578204160 Card 9425 | | 96.00 | |
| 7/29 | | Purchase authorized on 07/27 D Agostino #27 New York NY S589208588934882 Card 9425 | | 85.91 | |
| 7/29 | 101 | Check | | 934.80 | 20,284.85 |
| 7/30 | | Purchase authorized on 07/29 Nyctaxi9F29 Long Island C NY S589210591595784 Card 9425 | | 35.35 | |
| 7/30 | | ATM Withdrawal authorized on 07/30 1156 Ave of The Americas New York NY 0007455 ATM ID 0012P Card 9425 | | 300.00 | 19,949.50 |
| 7/31 | | Purchase authorized on 07/29 Antinori Restauran New York NY S389210619366134 Card 9425 | | 88.93 | |
| 7/31 | | ATM Withdrawal authorized on 07/31 1156 Ave of The Americas New York NY 0007755 ATM ID 0012P Card 9425 | | 300.00 | 19,560.57 |
| **Ending balance on 7/31** | | | | | **19,560.57** |
| **Totals** | | | **$3.00** | **$5,885.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 101 | 7/29 | 934.80 |

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2019 - 07/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |

001/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
███████████

JEFFREY L. LIDDLE
NEW YORK NY           ███████████    10003-4342

**Statement Period**
**Jul 1 - Jul 31, 2019**

Page 1 of 4

## CITIBANK ACCOUNT AS OF JULY 31, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,763.60** |
| **Savings** | **$0.00** |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

| **Checking** | **Balance** |
|---|---|
| Interest Checking | $1,763.60 |
| **Savings** | **Balance** |
| Preferred Money Market | $0.00 |
| **Total Checking and Savings at Citibank** | **$1,763.60** |

## CITIBANK ACCOUNT PACKAGE FEES

When determining your fees for this statement period, Citibank considered your combined average monthly balances during the prior month in all of your qualifying accounts that you asked us to combine. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements.

*The Monthly Service Fee and non-Citibank ATM fees are waived with $10,000 or more in combined average monthly balances from deposits, retirement accounts, and investments.

| Fees* | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Monthly Service Fee | $25.00 |

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

**Interest Checking**

███████

| | |
|---|---|
| **Beginning Balance:** | $1,946.43 |
| **Ending Balance:** | $1,763.60 |

JEFFREY L. LIDDLE                     Account [REDACTED]                     Page 2 of 4          001/R1/04F000
                                     Statement Period -  Jul 1 - Jul 31, 2019

## CHECKING ACTIVITY                                                                          Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/01 | Monthly Service Fee | 25.00 | | 1,921.43 |
| 07/22 | Citibank Global Transfer 07/22 05:24p | 1,400.00 | | 521.43 |
| | 000526218840271991? 190722CITIBANK ONLINE | | | |
| | TARA LIDDLE | | | |
| 07/23 | Debit Card Purchase 07/20 03:30p #2192 | 54.43 | | |
| | 1ST AVE VINTNER     NEW YORK      NY 19203 | | | |
| | Food & Beverages | | | |
| 07/23 | Debit Card Purchase 07/20 03:27p #2192 | 63.41 | | 403.59 |
| | D AGOSTINO #27      NEW YORK      NY 19203 | | | |
| | Food & Beverages | | | |
| 07/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR JEFF L LIDDLE | | 3,701.00 | 4,104.59 |
| 07/25 | Fee for Domestic Funds Transfer | 25.00 | | |
| 07/25 | Outgoing Domestic Funds Transfer | 3,701.00 | | 378.59 |
| | CBOL WIRE TO Jeffrey L Liddle, DIP #690033161 | | | |
| 07/30 | Incoming Wire Transfer WIRE FROM JEFFREY L LIDDLE | | 1,400.00 | 1,778.59 |
| 07/31 | Incoming Wire Transfer Fee INCOMING WIRE    FEE | 15.00 | | |
| 07/31 | Interest for 31 days, Annual Percentage Yield Earned 0.01% | | 0.01 | 1,763.60 |
| | **Total Subtracted/Added** | **5,283.84** | **5,101.01** | |

*All transaction times and dates reflected are based on Eastern Time.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 07/31 | Insured Money Market | $0 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

## SAVINGS ACTIVITY

### Preferred Money Market

[REDACTED]                                       **Beginning Balance:**          $0.00
                                                 **Ending Balance:**             $0.00

*The balance in your Money Market Account is zero. Please note that if you maintain a zero balance for 90 consecutive days, we will consider the account inactive and will close it. We appreciate your business and we hope you will keep your account open. To do so, simply make a deposit.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226 | Citibank Client Services |
| Savings / Money Market | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-945-0258) | |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

In re: Jeffrey Lew Liddle                              Case No.  19-10747
_____                              Reporting Period: July 1, 2019 - July 31, 2019
                    Debtor

### DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|-------|---------|------|--------|---------|
| **Personal Disbursements** | | | | |
| 7 Eleven Purchase | WF DIP | 7/1/2019 | $31 | Groceries |
| Simchick Meats | WF DIP | 7/1/2019 | 98 | Groceries |
| Withdrawal - J. Liddle | WF DIP | 7/1/2019 | 300 | Incidentals |
| Bank Charges | Citi | 7/1/2019 | 25 | Monthly Service Fee |
| Check #159 - Rent Payment | WF DIP | 7/2/2019 | 1,600 | Daughter's rent payment |
| Check #146 - EZPass | WF DIP | 7/2/2019 | 200 | Tolls |
| Check #158 - Personal Rent | WF DIP | 7/3/2019 | 7,800 | Rent payment |
| Check #148 - Utilities | WF DIP | 7/3/2019 | 470 | Payment for son's utilities |
| Withdrawal - J. Liddle | WF DIP | 7/3/2019 | 300 | Incidentals |
| Mylife.com | WF DIP | 7/5/2019 | 42 | Background check |
| Mylife.com | WF DIP | 7/5/2019 | 1 | Background check |
| Ethos Gallery | WF DIP | 7/5/2019 | 154 | Dining |
| Speedway | WF DIP | 7/5/2019 | 42 | Gas |
| Withdrawal - J. Liddle | WF DIP | 7/5/2019 | 300 | Incidentals |
| Check #149 - College Tuition | WF DIP | 7/8/2019 | 8,214 | Tuition payment for son's college |
| Olish Farms | WF DIP | 7/8/2019 | 124 | Groceries |
| AT&T | WF DIP | 7/9/2019 | 267 | Bill payment - phone |
| Withdrawal - J. Liddle | WF DIP | 7/9/2019 | 300 | Incidentals |
| Check #165 - PSEG | WF DIP | 7/10/2019 | 130 | Utilities |
| Check #164 - PSEG | WF DIP | 7/10/2019 | 843 | Utilities |
| Check #157 - Rent Payment | WF DIP | 7/10/2019 | 1,050 | Son's rent payment |
| Withdrawal - J. Liddle | WF DIP | 7/10/2019 | 300 | Incidentals |
| Check #163 - VW Credit | WF DIP | 7/12/2019 | 2,888 | Car lease payment |
| Parnells Restaurant | WF DIP | 7/15/2019 | 138 | Dining |
| Check #150 - Garage | WF DIP | 7/15/2019 | 560 | Monthly parking |
| Check #162 - UST Quarterly Fees | WF DIP | 7/15/2019 | 325 | Quarterly Fee payment |
| Mylife.com | WF DIP | 7/15/2019 | 20 | Background check |
| Midtown Catch NY | WF DIP | 7/15/2019 | 35 | Groceries |
| Simchick Meats | WF DIP | 7/15/2019 | 60 | Groceries |
| Ideal Cheese | WF DIP | 7/15/2019 | 114 | Groceries |
| Morton | WF DIP | 7/15/2019 | 70 | Groceries |
| Withdrawal - J. Liddle | WF DIP | 7/15/2019 | 300 | Incidentals |
| Peking Duck | WF DIP | 7/16/2019 | 67 | Dining |
| Withdrawal - J. Liddle | WF DIP | 7/17/2019 | 300 | Incidentals |
| Check #141 - Property Taxes | WF DIP | 7/18/2019 | 38,587 | Property taxes - Hamptons home |
| Rosa Mexicano | WF DIP | 7/22/2019 | 87 | Dining |
| Withdrawal - J. Liddle | WF DIP | 7/22/2019 | 200 | Incidentals |
| Midtown Catch | WF DIP | 7/22/2019 | 58 | Groceries |
| Simchick Meats | WF DIP | 7/22/2019 | 88 | Groceries |
| Ideal Cheese | WF DIP | 7/22/2019 | 71 | Groceries |
| Withdrawal - J. Liddle | WF DIP | 7/22/2019 | 300 | Incidentals |
| Tara Liddle | Citi | 7/22/2019 | 1,400 | Transfer to Tara Liddle |
| D'Agostino | Citi | 7/23/2019 | 63 | Groceries |
| First Avenue Vintner | Citi | 7/23/2019 | 54 | Entertainment |
| Check #171 - AT&T | WF DIP | 7/25/2019 | 435 | Bill payment - phone |
| Check #168 - Sanitation Service | WF DIP | 7/25/2019 | 48 | Utilities - Hamptons home |
| Check #169 - NYC Dept. of Finance | WF DIP | 7/25/2019 | 65 | Parking ticket |
| Bank Charges | WF DIP | 7/25/2019 | 15 | Wire Fee |
| Withdrawal - J. Liddle | WF DIP | 7/25/2019 | 300 | Incidentals |
| Bank Charges | Citi | 7/25/2019 | 25 | Wire Fee |
| Check #166 | WF DIP | 7/26/2019 | 59 | Son's parking ticket (Savannah) |
| Withdrawal - J. Liddle | WF DIP | 7/26/2019 | 300 | Incidentals |
| Check #177 | WF DIP | 7/29/2019 | 270 | Sprinkler maintenance - Hamptons home |
| Check #175 - UST Quarterly Fee | WF DIP | 7/29/2019 | 650 | Quarterly Fee payment - balance due |
| Check #167 - Amsher Collections | WF DIP | 7/29/2019 | 96 | Bill payment - cable (DirectTV) |
| Duane Reade | WF DIP | 7/29/2019 | 55 | Personal care items |
| Ideal Cheese | WF DIP | 7/29/2019 | 104 | Groceries |
| Simchick Meats | WF DIP | 7/29/2019 | 96 | Groceries |
| D'Agostino | WF DIP | 7/29/2019 | 86 | Groceries |
| Check #101 - Wine & Food Society | WF DIP | 7/29/2019 | 935 | Membership Dues |
| Bank Charges | WF DIP | 7/30/2019 | 15 | Wire Fee |

In re: Jeffrey Lew Liddle                          Case No.  19-10747
               Debtor                  Reporting Period: July 1, 2019 - July 31, 2019

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|---|---|---|---|---|
| Tara Liddle | WF DIP | 7/30/2019 | 1,400 | Transfer to Tara Liddle |
| Bank Charges | WF DIP | 7/30/2019 | 30 | Wire Fee |
| Bank Charges | WF DIP | 7/30/2019 | 30 | Wire Fee |
| NYC Taxi | WF DIP | 7/30/2019 | 35 | Taxi |
| Withdrawal - J. Liddle | WF DIP | 7/30/2019 | 300 | Incidentals |
| Citibank | WF DIP | 7/30/2019 | - | $1,400 transferred to Citibank from Wells account |
| Antinori Restaurant | WF DIP | 7/31/2019 | 89 | Dining |
| Withdrawal - J. Liddle | WF DIP | 7/31/2019 | 300 | Incidentals |
| Bank Charges | Citi | 7/31/2019 | 15 | Wire Fee |
| **Total Personal Disbursements** | | | **74,129** | |
| | | | | |
| **L&R Disbursements** | | | | |
| Check #147 - NYC Bar | WF DIP | 7/1/2019 | $245 | Attorney Bar dues |
| Check #151 - FedBarCouncil | WF DIP | 7/1/2019 | 300 | Dues |
| Check #163 - Reimbursement | WF DIP | 7/2/2019 | 42 | Employee reimbursement for expenses |
| Check #156 - Solarus | WF DIP | 7/2/2019 | 2,722 | IT Provider |
| Check #154 - Globe Storage | WF DIP | 7/2/2019 | 7,903 | Monthly storage |
| Check #155 - CNA Surety | WF DIP | 7/2/2019 | 2,500 | Firm profit sharing plan insurance |
| Bank Charges | WF DIP | 7/3/2019 | 30 | Wire Fee |
| Payroll | WF DIP | 7/3/2019 | 18,026 | Attorney and Staff payroll |
| Check #160 - Oxford Health | WF DIP | 7/3/2019 | 5,606 | Health Insurance |
| Check #170 - Rent Payment | WF DIP | 7/11/2019 | 15,973 | Office Rent |
| Bank Charges | WF DIP | 7/12/2019 | 30 | Wire Fee |
| Bank Charges | WF DIP | 7/12/2019 | 30 | Wire Fee |
| Benefit Practice Group | WF DIP | 7/12/2019 | 34,000 | Professional services (profit sharing plans) |
| Client Expense | WF DIP | 7/12/2019 | 6,160 | Attorney Fees |
| Bank Charges | WF DIP | 7/16/2019 | 30 | Wire Fee |
| Richard Lynne CPA | WF DIP | 7/16/2019 | 7,000 | Professional services (profit sharing plans) |
| Bank Charges | WF DIP | 7/18/2019 | 30 | Wire Fee |
| Payroll | WF DIP | 7/18/2019 | 20,241 | Attorney and Staff payroll |
| Check #1727 - Reimbursement | WF DIP | 7/18/2019 | 57 | Employee reimbursement for client expenses |
| Bank Charges | WF DIP | 7/19/2019 | 30 | Wire Fee |
| Foley Hoag | WF DIP | 7/19/2019 | 1,717 | Filing Fee for Liddle & Robinson |
| Check # 173 - Reimbursement | WF DIP | 7/19/2019 | 126 | Employee reimbursement for Office Supplies |
| FreeConference | WF DIP | 7/22/2019 | 23 | Conference Call Provider |
| Au Cheval | WF DIP | 7/22/2019 | 72 | Business Lunch |
| Check #174 - PACER | WF DIP | 7/23/2019 | 215 | Court document retrieval service |
| **Total L&R Disbursements** | | | **$123,108** | |
| | | | | |
| **Total Disbursements for the Month** | | | **$197,237** | |

| In re: Jeffrey Lew Liddle | Case No.  19-10747 |
|---|---|
| Debtor | Reporting Period: July 1, 2019 - July 31, 2019 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | Book Value on Petition Date |
|---|---|---|
| **ASSETS** | | |
| **Schedule A: Real Property** | | |
| Primary Residence | $            - | $            - |
| | | |
| Other Property (attach schedule) | 4,300,000 | 4,300,000 |
| Total Real Property Assets | $  4,300,000 | $  4,300,000 |
| | | |
| **Schedule B: Personal Property** | | |
| Cash on Hand | 500 | 700 |
| Bank Accounts [1] | 2,066,919 | 700 |
| Security Deposits | 973 | - |
| Household Goods & Furnishings | 4,000 | 4,000 |
| Books, Pictures, Art [2] | 109,500 | 109,500 |
| Apparel | 3,500 | 3,500 |
| Furs and Jewelry | 1,150 | 1,150 |
| Sports Equipment | 1,000 | 1,000 |
| Insurance Policies | - | - |
| Annuities | - | - |
| Education IRAs | - | - |
| Retirement & Profit Sharing | 6,445 | 6,445 |
| Stocks | - | - |
| Partnerships & Joint Ventures | - | - |
| Government & Corporate Bonds | - | - |
| Accounts Receivable | - | - |
| Alimony, maintenance, support or property settlements | - | - |
| Other Liquidated Debts | - | - |
| Equitable Interests in Schedule A property | - | - |
| Contingent Interests | - | - |
| Other Claims | - | - |
| Patents & Copyrights | - | - |
| Licenses & Franchises | - | - |
| Customer Lists | - | - |
| Autos, Trucks & Other Vehicles | - | - |
| Boats & Motors | - | - |
| Aircraft | - | - |
| Office Equipment | 2,500 | 2,500 |
| Machinery, supplies, equipment used for business | - | - |
| Inventory | - | - |
| Animals | - | - |
| Crops | - | - |
| Farming Equipment | - | - |
| Farm Supplies | - | - |
| Other Personal Property (attach schedule) | 129,000 | 129,000 |
| Total Personal Property Assets | $  2,325,487 | $  258,495 |
| | | |
| **Total Assets [3]** | $  6,625,487 | $  4,558,495 |

In re: Jeffrey Lew Liddle              Case No.  19-10747
          Debtor               **Reporting Period: July 1, 2019 - July 31, 2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | | Book Value on Petition Date |
|---|---|---|---|
| **LIABILITIES** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| Federal Income Taxes (not deducted from wages) | $ | - | $ - |
| FICA/Medicare (not deducted from wages) | | - | - |
| State Taxes (not deducted from wages) | | - | - |
| Real Estate Taxes | | - | - |
| Other Taxes (attach schedule) | | - | - |
| Professional Fees | | 679,270 | - |
| Other Post-petition Liabilities (list creditors) | | - | - |
| Personal: | | | |
|    South Fork Storage | | 3,889 | - |
|    Long Island Wine Transporters & Storage | | 1,800 | - |
|    VW Credit (Car Payment) | | 963 | - |
| Liddle & Robinson: | | | |
|    Globe Storage & Moving | | 15,805 | - |
|    Iron Mountain | | 16,244 | |
| Total Post-Petition Liabilities | $ | 717,970 | $ - |
| | | | |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | |
| Secured Debt | $ | 2,921,271 | $ 2,921,271 |
| Secured Debt - Disputed | | 6,546,449 | 6,546,449 |
| Priority Unsecured Debt | | 252,874 | 252,874 |
| Unsecured Debt [(4)] | | 1,139,311 | 1,139,311 |
| Unsecured Debt - Disputed [(4)] | | 56,669,790 | 56,669,790 |
| Total Liabilities Subject to Compromise | $ | 67,529,695 | $ 67,529,695 |
| | | | |
| **Total Liabilities** | $ | **68,247,665** | $ **67,529,695** |

**Notes**

[(1)] Includes separate property of Tara Liddle with regards to her share of the sale proceeds - ~$1,090,604.

[(2)] Jointly owned with Tara Liddle.  Debtor only assets worth $9,500.

[(3)] Excludes value attributable to Mr. Liddle's interest in Liddle & Robinson.  Law firm valuation is pending.

[(4)] Unsecured debt amounts adjusted to remove claims incorrectly listed on the Schedules of Assets and Liabilities.
   Amounts already reflected in Secured Debt.

In re: Jeffrey Lew Liddle                     Case No.  19-10747
_____                       Reporting Period: July 1, 2019 - July 31, 2019
                Debtor

## BALANCE SHEET - OTHER SCHEDULES

| Description | Amount | Comment |
|---|---|---|
| **Real Property** | | |
| 560 Main Street, Quiogue NY 11978 | $3,500,000 | Single-family home |
| 554 Main Street, Quiogue NY 11978 | 800,000 | Single-family home |
| **Total Real Property** | $4,300,000 | |
| | | |
| **Other Personal Property** | | |
| Wine [1] | $125,000 | Estimated value of wine cases |
| Bath Cabin [2] | 4,000 | Two bath cabins at Swordfish Beach Club |
| **Total Other Personal Property** | $129,000 | |

## Notes

[1] Jointly owned with Tara Liddle and Mr. Liddle's daughter.

[2] Jointly owned with Tara Liddle.

FORM MOR 3 Other Schedule
2/2008
PAGE 12 OF 15

In re **Jeffrey Lew Liddle**
_____
    Debtor

Case No. **19-10747**
Reporting Period: **July 1, 2019 - July 31, 2019**

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | $0 |  |  |  |  |  |
| Rent | - |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments | - |  |  |  |  |  |
| Professional Fees | 679,270 |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
| **Personal:** |  |  |  |  |  |  |
| South Fork Storage | 1,944 | 1,944 |  |  |  |  |
| Long Island Wine Transporters & Storage | 300 | 300 | 300 | 300 | 600 |  |
| VW Credit (Car Payment) | 963 |  |  |  |  |  |
| Real Estate Taxes | - |  |  |  |  |  |
| **Total Personal** | **3,207** | **2,244** | **300** | **300** | **600** |  |
|  |  |  |  |  |  |  |
| **Liddle & Robinson** |  |  |  |  |  |  |
| Globe Storage & Moving | 7,903 | 7,903 |  |  |  |  |
| Iron Mountain | 2,707 | 2,707 | 2,707 | 2,707 | 5,415 |  |
| **Total L&R** | **10,610** | **10,610** | **2,707** | **2,707** | **5,415** |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** | **693,087** | **12,854** | **3,007** | **3,007** | **6,015** |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Delay due to timing and invoice reconciliation.

FORM MOR-4 (INDV)
2/2008
PAGE 13 OF 15

In re **Jeffrey Lew Liddle**                                  Case No. **19-10747**

       **Debtor**                                        Reporting Period: **July 1, 2019 - July 31, 2019**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Homeowners / Auto / Personal Property | The Cincinnati Insurance Companies | 2019 | $8,250.50 / Quarter |
| Firm Malpractice Insurance | AFCO | 2019 | $5,717.82 / Month |
| Firm Medical / Health Coverage | UnitedHealthcare Oxford | 2019 | $5,293.35 / Month |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FORM MOR-5 (INDV)
2/2008
PAGE 14 OF 15

In re **Jeffrey Lew Liddle**                                    Case No. **19-10747**
      **Debtor**                              Reporting Period: **July 1, 2019 - July 31, 2019**

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | X | |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | X | |
| 11 | Have any post petition loans been  received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |