William F. Gray, Jr.
Alison D. Bauer
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, New York 10019
Tel: (646) 927-5500
Fax: (646) 927-5599

Meredith S. Parkinson
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 832-1000
Fax: (617) 832-7000

*Attorneys for Jeffrey Lew Liddle*
*and Proposed Attorneys for Liddle & Robinson, L.L.P.,*
*each a Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 |
| JEFFREY LEW LIDDLE, *et al.*,[1] | : Case No. 19-10747 (SHL) |
| Debtors | : (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING ON SECOND DAY MOTIONS AND OMNIBUS HEARING

Time and Date of Hearing:   August 19, 2019 at 2:00 p.m. (EDT)

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, **Room 701,** One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE** that an agenda with respect to all matters set for hearing on **August 19, 2019 at 2:00 p.m.** (**EDT**) is set forth below. Copies of each pleading identified

---

[1] The Debtors in these chapter 11 cases include Liddle & Robinson, L.L.P. and Jeffrey L. Liddle. The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5027997.4

below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004. Note that a PACER password is required to access documents on the Court's website.

# AGENDA

**I.   CONTESTED MATTERS**

A.   Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 5]**

  1.   Related Documents

     (i)   Objection to Motion by Debtor to (i) Extend Deadline to File Schedules, (ii) Use Cash Collateral, (iii) Retain Professionals, and (iv) Implement Procedures for Interim Compensation (related document(s)5, 10, 8, 4, 9, 7, 3, 6) **[19-12346 ECF No. 25]**

     (ii)  Interim Order (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 30]**

     (iii) E-mail from David H. Wander on behalf of Counsel Financial to the Court on August 15, 2019 regarding discovery.

     (iv)  Proposed Second Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-10747 ECF No. 158]**

  2.   **Status**: Going forward on an interim basis with respect to Liddle & Robinson, LLP.

B.   Motion of Debtor for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[19-12346 ECF No. 8]**

  1.   Related Documents

     (i)   Objection to Motion by Debtor to (i) Extend Deadline to File Schedules, (ii) Use Cash Collateral, (iii) Retain Professionals, and (iv) Implement Procedures for Interim Compensation (related document(s)5, 10, 8, 4, 9, 7, 3, 6) **[19-12346 ECF No. 25]**

  2.   **Status**: Going forward with respect to Liddle & Robinson, LLP.

**UNCONTESTED MATTERS**

    C.    Debtor's Motion for Final Order Pursuant to Bankruptcy Code Sections 105(a), 345, 464, 364 and 503(b)(1) Authorizing: (I) Continued Maintenance of Existing Bank Accounts and (II) Continued Use of Existing Business Forms **[19-12346 ECF No. 6]**

        1.    Related Documents

            (i)    Interim Order Pursuant to Bankruptcy Code Sections 105(A), 345, 363, 364 and 503(B)(1) Authorizing: (I) Continued Maintenance of Existing Bank Accounts and (II) Continued Use of Existing Business Forms **[19-12346 ECF No. 31]**

        2.    **Status**: Going forward on a final basis with respect to Liddle & Robinson, LLP.

    D.    Motion of Debtor for Final Order Authorizing, But Not Directing, the Debtor to Pay Prepetition Wages, Compensation, and Employee Benefits **[19-12346 ECF No. 10]**

        1.    Related Documents

            (i)    Interim Order Pursuant to Bankruptcy Code Sections 105, 363, 503, 1107(A) and 1108 Authorizing, But Not Directing, the Debtor to Pay Prepetition Wages, Compensation, and Employee Benefits **[19-12346 ECF No. 32]**

        2.    **Status**: Going forward with respect to Liddle & Robinson, LLP.

    E.    Notice of Hearing on Amended Joint Motion for an Order under 11 U.S.C. § 105 and 2002(M), 9007 and 9014 of the Federal Rules of Bankruptcy Procedure Establishing Certain Notice, Case Management and Administrative Procedures **[19-10747 ECF 143 and 19-12346 ECF No. 24]**

        1.    Related Documents

            (i)    Notice of Presentment of Debtor for an Order under 11 U.S.C. § 105 and 2002(M), 9007 and 9014 of the Federal Rules of Bankruptcy Procedure Establishing Certain Notice, Case Management and Administrative Procedures and Opportunity for a Hearing **[19-10747 ECF No. 109]**

            (ii)    Motion to Authorize Presentment with 14 Days' Notice for an Order under 11 U.S.C. § 105 and 2002(M), 9007 and 9014 of the Federal Rules of Bankruptcy Procedure Establishing Certain Notice, Case

                            Management and Administrative Procedures **[19-10747 ECF No. 110]**

        (iii)    Limited Objection by Counsel Financial II LLC, LIG Capital LLC and Counsel Financial Holdings LLC to Debtor's Motion and Proposed Order Establishing Certain Notice, Case Management and Administrative Procedures **[19-10747 ECF No. 120]**

        (iv)    Revised Proposed Order Establishing Certain Notice, Case Management and Administrative Procedures **[19-10747 ECF No. 122-1]**

    2.    **Status**: Going forward with respect to both Debtors in the jointly administered cases.

F.    Notice of Hearing on Motion of Debtor for an Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[19-10747 ECF No. 126]**

    1.    **Status**: Going forward with respect to Jeffrey Lew Liddle.

G.    Application of Liddle & Robinson, LLP for Entry of an Order Authorizing the Employment and Retention of EisnerAmper LLP as Accounting to Liddle & Robinson, LLP Effective *Nunc Pro Tunc* to the Petition Date **[19-10747 ECF No. 153]**

    1.    **Status**: Going forward with respect to Liddle & Robinson, LLP.

## II.    ADJOURNED ITEMS

A.    VW Credit, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) & (2) **[19-10747 ECF No. 77]**

    1.    **Status**: Motion has been adjourned by consent of all parties until September 19, 2019.

B.    Motion by M&T Bank for Relief from Stay re: 560 Main Street, Southampton Town, NY 11978 **[19-10747 ECF No. 107]**

    1.    Related Documents:

        (i)    Memorandum of Law in Support of Motion for Relief from Stay re: 560 Main Street, Southampton Town, NY 11978 **[19-10747 ECF No. 108]**

    2.    **Status**: Motion has been adjourned by consent of all parties until September 19, 2019.

    C.    Objection to Homestead Exception **[19-10747 ECF No. 118]**

        1.    <u>Related Documents</u>:

            (i)    Notice of Hearing to Consider Objection to Debtor's Claim of Exempt Property **[19-10747 ECF No. 119]**

        2.    **<u>Status</u>**: Motion has been adjourned by consent of all parties until September 19, 2019.

    D.    Application of Debtor Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(A) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Foley Hoag LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 13]**

        1.    **<u>Status</u>**: Application has been adjourned until September 19, 2019.

Dated: New York, New York  
       August 15, 2019

                                      FOLEY HOAG LLP

                                      By: */s/ William F. Gray, Jr.*

                                      William F. Gray, Jr.  
                                      Alison D. Bauer  
                                      1301 Avenue of the Americas  
                                      25th Floor  
                                      New York, New York 10019  
                                      Tel: (646) 927-5500  
                                      Fax: (646) 927-5599

                                      Meredith S. Parkinson  
                                      155 Seaport Boulevard  
                                      Boston, Massachusetts 02210  
                                      Tel: (617) 832-1000  
                                      Fax: (617) 832-7000

                                      *Attorneys for Jeffrey Lew Liddle*  
                                      *and Proposed Attorneys for Liddle &*  
                                      *Robinson, L.L.P.,*  
                                      *each a Debtor and Debtor in Possession*

B5027997.4