| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>605 Third Avenue<br>New York, New York 10158<br>(212) 557-7200<br>David H. Wander, Esq.<br>dhw@dhclegal.com<br>*Attorneys for Counsel Financial II LLC* | **Objection Deadline:**<br>September 11, 2019 at 11:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                         Chapter 11

JEFFREY LEW LIDDLE,                 Case No. 19-10747-shl

                    Debtor.
------------------------------------------------------X

### OBJECTION BY COUNSEL FINANCIAL II LLC TO DEBTOR'S PROPOSED ORDER DENYING COUNSEL FINANCIAL II LLC'S CLAIM OF A PERFECTRED SECURITY INTEREST IN AND LIEN ON CERTAIN CASH COLLATERAL AND GRANTING RELATED RELIEF [DOC 171]

TO THE HONORABLE SEAN H. LANE,
UNITED STATES BANKRUPTCY JUDGE:

Counsel Financial II LLC ("CF2"), by its attorneys, Davidoff Hutcher & Citron LLP, submits the following objection to the Debtor's proposed order denying Counsel Financial II LLC's claim of a perfected security interest in and lien on certain cash collateral and granting related relief [Doc 171] and represents and states:

1. CF2 objects to paragraphs 3, 4, and 6 of the proposed order as inappropriate for inclusion in such order, especially paragraph 4.

2. Counsel for CF2 will discuss paragraphs 3 and 6 with counsel for the Debtor, in an effort to resolve the issues raised, and counsel for CF2 will discuss the issue raised by paragraph 4 with counsel for Tara Liddle. However, these matters should all be treated in separate orders.

665196v.1

Dated: New York, New York
       September 11, 2019

                         DAVIDOFF HUTCHER & CITRON LLP

                         By: /s/ David H. Wander
                              David H. Wander
                         605 Third Avenue
                         New York, New York 10158
                         (212) 557-7200
                         dhw@dhclegal.com
                         *Attorneys for Counsel Financial II LLC*