DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10022
(212) 557-7200
David H. Wander, Esq.
dhw@dhclegal.com

*Attorneys for Counsel Financial II, LLC, LIG Capital LLC,
and Counsel Financial Holdings LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:                                                    Chapter 11

JEFFREY LEW LIDDLE,                          Case No. 19-10747-shl

                         Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION AND ORDER EXTENDING DEADLINE FOR COUNSEL
FINANCIAL II, LLC, LIG CAPITAL LLC, AND COUNSEL FINANCIAL
HOLDINGS LLC TO FILE COMPLAINT AGAINST DEBTOR
<u>OBJECTING TO DISCHARGEABILITY OF DEBT</u>**

**WHEREAS**, on March 11, 2019, the debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and

**WHEREAS,** the deadline for Counsel Financial II LLC, LIG Capital LLC and/or Counsel Financial Holdings LLC (collectively the "<u>Creditors</u>") to file a complaint against the debtor objecting to the dischargeability of debt is presently September 16, 2019 (the "<u>Complaint Deadline</u>"), pursuant to a prior Stipulation and Order executed by the parties on August 16, 2019 and approved by the Court on August 22, 2019 (Doc 163); and

**WHEREAS**, the Debtor has agreed to the Creditors' request for an additional thirty (30) day extension of the Complaint Deadline;

665608v.1

**NOW, THEN, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, which stipulation when "so ordered" by the U.S. Bankruptcy Court shall constitute an order of the Court as follows:

1. The Complaint Deadline for the Creditors is extended for an additional thirty (30) days to October 16, 2019.

Dated: New York, New York
　　　　September 16, 2019　　　　DAVIDOFF HUTCHER & CITRON LLP

　　　　　　　　　　　　　　　　By: /s/ David H. Wander
　　　　　　　　　　　　　　　　　　David H. Wander, Esq.
　　　　　　　　　　　　　　　　605 Third Avenue
　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　(212) 557-7200
　　　　　　　　　　　　　　　　dhw@dhclegal.com
　　　　　　　　　　　　　　　　*Attorneys for Counsel Financial II, LLC, LIG Capital LLC,*
　　　　　　　　　　　　　　　　*and Counsel Financial Holdings LLC*


Dated: New York, New York
　　　　September 16, 2019　　　　FOLEY HOAG, LLP

　　　　　　　　　　　　　　　　By: /s/ William Gray
　　　　　　　　　　　　　　　　　　William Gray, Esq.
　　　　　　　　　　　　　　　　1301 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　*Attorneys for Debtor and Debtor in Possession*

THIS STIPULATION IS "SO ORDERED"
THIS ____ DAY OF SEPTEMBER, 2019

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE