Alison D. Bauer
William F. Gray, Jr.
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel: (646) 927-5500
Fax: (646) 927-5599

*Attorneys for Debtor and Debtor
in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

In re:

JEFFREY LEW LIDDLE,

                             Debtor.

------------------------------------------------------ x

Chapter 11

Case No. 19-10747 (shl)

Jointly Administered with Case No. 19-12346 (shl)


### NOTICE OF SCHEDULING OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following additional omnibus hearing dates (the "Omnibus Hearings") in the above-captioned case:

**OCTOBER 24, 2019 AT 10:00 A.M. (EASTERN TIME)**

**NOVEMBER 26, 2019 AT 2:00 P.M. (EASTERN TIME)**

**PLEASE TAKE FURTHER NOTICE** that all Omnibus Hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

| | |
|---|---|
| Dated: September 20, 2019<br>New York, New York | FOLEY HOAG LLP<br><br>*/s/ Alison D. Bauer*<br>Alison D. Bauer<br>William F. Gray, Jr.<br>1301 Avenue of the Americas, 25th Floor<br>New York, New York 10019<br>Tel: 646.927.5500<br>Fax: 646.927.5599<br>abauer@foleyhoag.com<br>wgray@foleyhoag.com<br><br>*Attorneys for Debtor and Debtor-in-Possession* |