William F. Gray, Jr.
Alison D. Bauer
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (646) 927-5500
Facsimile: (646) 927-5599

*Attorneys for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 19-10747 (SHL) |
| JEFFREY LEW LIDDLE, | |
| | (Jointly Administered with Case No. 19-12346) |
| Debtor | |

**SUPPLEMENTAL DECLARATION OF WILLIAM F. GRAY, JR.
ON BEHALF OF FOLEY HOAG LLP PURSUANT TO
11 U.S.C. §§ 327, 329, AND 504 AND FED. R. BANKR. P. 2014(a) AND 2016**

William F. Gray, Jr. makes this declaration under 28 U.S.C. § 1746:

1. I am a partner at the firm of Foley Hoag LLP ("**Foley Hoag**" or the "**Firm**"), an international law firm with an office at 1301 Avenue of the Americas, New York, New York, 10019 and offices in Boston, Massachusetts, Washington, D.C., and Paris, France.

2. I am an attorney licensed to practice law in the State of New York and am admitted to practice before this Court.

3. I submit this declaration to supplement the disclosures in the *Declaration and Disclosure Statement of William F. Gray, Jr. On Behalf of Torys LLP Pursuant to 11 U.S.C. §§ 327, 329, and 504 and Fed. R. Bankr. P. 2014(a) and 2016* [Docket No. 63 in Case No. 19-10747], the *Declaration and Disclosure Statement of William F. Gray, Jr. On Behalf of Foley Hoag LL Pursuant to 11 U.S.C. §§ 327, 329, and 504 and Fed. R. Bankr. P. 2014(a) and 2016* [Docket No.

91 in Case No. 19-10747], and the *Declaration and Disclosure Statement of William F. Gray, Jr. On Behalf of Foley Hoag LL Pursuant to 11 U.S.C. §§ 327, 329, and 504 and Fed. R. Bankr. P. 2014(a) and 2016* [Docket No. 13 in Case No. 19-12346] (collectively, the "**Gray Declarations**"), in support of Foley Hoag's retention as counsel to Jeffrey L. Liddle and Liddle & Robinson LLP, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"). Foley Hoag's application for retention in the Liddle & Robinson, LLP chapter 11 case is *sub judice*.

4. Since filing the Gray Declarations, Foley Hoag has been engaged by SL Green Realty Corp. ("**SL Green**") in a non-litigation matter unrelated to the Debtors, their estates, or these chapter 11 cases. SL Green is not a creditor in these cases, but is a majority shareholder of 800 Third Avenue Associates LLC, a former landlord of Liddle & Robinson LLP and an unsecured creditor of both Debtors.

5. Foley Hoag's representation of SL Green is wholly unrelated to the Debtors in this matter and thus, does not impair the Firm's disinterestedness. Foley Hoag does not believe that either a potential or actual conflict of interest exists with respect to its representation of the Debtors and any of the current or past representations described herein.

6. In the event and to the extent that the Debtors are involved in litigation that would pose either an actual or perceived conflict of interest, or question the veracity or tenacity of Foley Hoag's work on the matter, the Debtors will utilize conflict counsel in regard to such litigation and Foley Hoag will not be involved in any such litigation.

7. Foley Hoag will continue to conduct due diligence and will file additional supplemental declarations to the extent necessary.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 9th day of October, 2019

                                                    */s/ William F. Gray, Jr.*
                                                William F. Gray, Jr.
                                                Partner, Foley Hoag LLP