UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Jeffrey Lew Liddle                             Case No. 19-10747
       Debtor                          Reporting Period: September 1, 2019 - September 30, 2019

                                       Social Security # _____
                                                (last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____       Date 10/15/19

Signature of Joint Debtor _____   Date _____

In re: **Jeffrey Lew Liddle**                                      **Case No.  19-10747**

Debtor                                      **Reporting Period: September 1, 2019 - September 30, 2019**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| Personal [1] | $2,007,566 | $103 |
| L&R | (279,897) | 22,447 |
| **Total Cash - Beginning of Month** | $1,727,670 | $22,550 |
| | | |
| | | |
| **Cash Receipts** | | |
| Personal | $3,701 | $2,251,661 |
| L&R Income | 14,005 | 356,309 |
| **Total Cash Receipts** | **$17,706** | **$2,607,970** |
| | | |
| **Cash Disbursements** | | |
| **Personal Disbursements** | | |
| Rent | (7,800) | (46,000) |
| Property Taxes | - | (46,586) |
| Insurance (Personal / Renter's / Auto / Other) | - | (18,971) |
| Utilities | (1,128) | (5,893) |
| Cable / Internet / Phone / Cell | (299) | (4,885) |
| Incidentals (Food / Taxi / Other) | (4,446) | (24,083) |
| Dining Out | (1,040) | (3,100) |
| Membership dues | - | (935) |
| Charitable Donations | - | - |
| Clothing / Garment Care | - | (2,862) |
| Personal Care | - | (81) |
| Credit Card Payments / Bank Fees | (60) | (426) |
| Car Payments | (963) | (5,777) |
| Auto Insurance (included above) | - | - |
| Garage/Gasoline/Tolls | (960) | (4,960) |
| Medical Health Insurance | - | - |
| Out of Pocket Health Expenses | (1,299) | (1,304) |
| Travel/Vacation | - | - |
| Mass Transit / Transportation | (99) | (403) |
| Child Care Expenses (Tuition/Rent) | (1,600) | (24,861) |
| Estimated Taxes (Federal/State/Local) | - | (437) |
| Other | (1,041,622) | (1,108,945) |
| **Personal Disbursements** | **(1,061,315)** | **(1,300,511)** |

In re: Jeffrey Lew Liddle | Case No.  19-10747
--- | ---
Debtor | Reporting Period: September 1, 2019 - September 30, 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must

be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
| --- | ---: | ---: |
| **L&R Disbursements** | | |
| Rent | - | (80,072) |
| Attorney Payroll | (26,058) | (98,279) |
| Headhunter | - | (72,500) |
| JLL Draw | - | (47,150) |
| Staff Payroll | (13,862) | (85,024) |
| New Hire (Paralegal/Assistant) | - | - |
| Insurance (Health / Life / Other) | (22,005) | (82,471) |
| Malpractice Insurance | (5,850) | (46,468) |
| Utilities | - | - |
| Office Services (Solarus technologies) | (2,000) | (10,722) |
| Repairs/Maintenance | - | - |
| Other Operating Expenses | (13,895) | (144,633) |
| Accounting Services | - | (61,000) |
| **L&R Disbursements** | **(83,671)** | **(728,319)** |
| | | |
| **Total Ordinary Disbursements** | **(1,144,986)** | **(2,028,830)** |
| | | |
| Reorganization Items | | |
| UST Fees | - | (1,300) |
| Bankruptcy Counsel | - | - |
| Accountants | - | - |
| Unsecured Creditors Professionals | - | - |
| Total Reorganization Items | - | (1,300) |
| | | |
| **Total Disbursements (Ordinary + Reorg)** | **(1,144,986)** | **(2,030,130)** |
| | | |
| **Net Cash Flow  (Total Receipts - Total Disbursements)** | **($1,127,280)** | **$577,840** |
| | | |
| **Beginning Bank Cash** | $1,727,670 | $22,550 |
| Net Cash Flow | (1,127,280) | 577,840 |
| **Ending Cash Balance** | **$600,390** | **$600,390** |

In re: Jeffrey Lew Liddle

Case No.  19-10747

Debtor

Reporting Period: September 1, 2019 - September 30, 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN)

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Total Disbursements** [2] | $23,511 | $209,907 |
| Less: Transfers to Other Debtor In Possession Accounts | - | - |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | - | - |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | **$23,511** | **$209,907** |

**Notes:**

[1]  Includes separate property of Tara Liddle with regards to her share of the sale proceeds - ~$1,037,804.

[2]  Excludes funds distributed to Tara Liddle (~$1.1M) from her share of the sale proceeds per Court order.

<u>In re: Jeffrey Lew Liddle</u>           **Case No.  19-10747**
       Debtor                     **Reporting Period: September 1, 2019 - September 30, 2019**

## CASH RECEIPTS

| Description | Date | Amount | Category |
|---|---|---|---|
| **Personal Income** | | | |
| Social Security Payment | 9/25/2019 | $3,701 | Social Security Monthly Payment |
| **Total Personal Income** | | **$3,701** | |
| **L&R Income** | | | |
| Client Fee Payment | 9/3/2019 | 3,313 | Cash collections - Client Fee Payment |
| Client Fee Payment | 9/4/2019 | 8,400 | Cash collections - Client Fee Payment |
| Client Fee Payment | 9/5/2019 | 500 | Cash collections - Client Fee Payment |
| Client Fee Payment | 9/17/2019 | 1,793 | Cash collections - Client Fee Payment |
| **Total L&R Income** | | **$14,005** | |
| **Total Cash Receipts** | | **$17,706** | |

In re **Jeffrey Lew Liddle**                                    Case No. **19-10747**
      **Debtor**                    Reporting Period: **September 1, 2019 - September 30, 2019**

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | $600,390 |
| | | | | |
| **BANK BALANCE** | | | | $600,390 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | 0 |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | 0 |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | | | | $600,390 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

**In re: Jeffrey Lew Liddle**

Debtor

**Case No.  19-10747**

**Reporting Period: September 1, 2019 - September 30, 2019**

### Statement Regarding Bank Account Statements

The Debtor has attached the available bank account statements to the monthly operating report.  The Debtor-In-Possession account was opened at Wells Fargo on March 27, 2019.

Copies of bank account statements related to Liddle & Robinson will be made available for inspection upon request by the United States Trustee's Office.

BY:

/s/ Jeffrey L. Liddle

Name: Jeffrey Lew Liddle

001/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
████████████

JEFFREY L. LIDDLE
NEW YORK NY ████████    10003-4342

**Statement Period**
**Sep 1 - Sep 30, 2019**

Page 1 of 4

## CITIBANK ACCOUNT AS OF SEPTEMBER 30, 2019

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$7,181.71** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Starting November, we will be enhancing our domestic and international wire service including the ability to conduct wire transfers on Citi Mobile. As part of our enhancement to your Citibank Online experience, you may be required to re-enter Payee information for previously saved wire models.  Wire processing times are also changing. Wires are generally sent the same business day if processed before 5:00 PM ET for international transfers and 5:45 PM ET for domestic transfers. International paper checks will no longer be available.  Additional details will be provided in the upcoming months.

## CITIBANK ACCOUNT PACKAGE FEES

When determining your fees for this statement period, Citibank considered your combined average monthly balances during the prior month in all of your qualifying accounts that you asked us to combine. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements.

*The Monthly Service Fee and non-Citibank ATM fees are waived with $10,000 or more in combined average monthly balances from deposits, retirement accounts, and investments.

| Fees* | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Monthly Service Fee | $25.00 |

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Interest Checking

████████

| | |
|---|---|
| **Beginning Balance:** | $3,210.62 |
| **Ending Balance:** | $7,181.71 |

JEFFREY L. LIDDLE

Account ████████          Page 2 of 4
Statement Period - Sep 1 - Sep 30, 2019

001/R1/04F000

## CHECKING ACTIVITY                                                       Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|------------------:|-------------:|--------:|
| 09/03 | Monthly Service Fee | 25.00 | | |
| 09/03 | ACH Electronic Debit MTATB ONLINE ACH ACH TRAN 2P-422693434 | 400.00 | | 2,785.62 |
| 09/04 | Debit Card Purchase 08/31 11:36a #2192 | 1,944.39 | | 841.23 |
| | SOUTH FORKS STORAGE CO 631-7257700  NY 19245 | | | |
| | Misc Transportation | | | |
| 09/16 | Incoming Wire Transfer ████████ | | 1,331.25 | 2,172.48 |
| 09/17 | Incoming Wire Transfer Fee INCOMING WIRE   FEE | 15.00 | | 2,157.48 |
| 09/20 | Deposit 01:10p Teller | | 1,331.28 | 3,485.69 |
| 09/20 | Debit Card Purchase 09/18 09:18a #2192 | 3.07 | | 3,485.69 |
| | CORBY CHEMISTS     NEW YORK   NY 19262 | | | |
| | Food & Beverages | | | |
| 09/25 | ACH Electronic Credit XXSOCIAL SECURITY FOR JEFF L LIDDLE | | 3,701.00 | 7,186.69 |
| 09/26 | Debit Card Purchase 09/24 03:55p #2192 | 5.00 | | 7,181.69 |
| | CORBY CHEMISTS     NEW YORK   NY 19268 | | | |
| | Food & Beverages | | | |
| 09/30 | Interest for 30 days, Annual Percentage Yield Earned 0.01% | | 0.02 | 7,181.71 |
| | **Total Subtracted/Added** | **2,392.46** | **6,363.55** | |

*All transaction times and dates reflected are based on Eastern Time.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of any individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|------|-------------|-----------------|-------------------|---------------------|
| 10/02/19 | CHECK # 243 | | $2,500.00 | $444,185.25 |
| 10/02/19 | CHECK # 251 | | $1,039.73 | |
| 10/02/19 | CHECK # 248 | | $1,008.00 | |
| 10/02/19 | CHECK # 250 | | $914.54 | |
| 10/02/19 | CHECK # 246 | | $336.42 | |
| 10/02/19 | CHECK # 247 | | $243.01 | |
| 10/02/19 | CHECK # 245 | | $227.54 | |
| 10/02/19 | CHECK # 249 | | $153.91 | |
| 10/02/19 | CHECK # 244 | | $150.38 | |
| 10/02/19 | CHECK # 257 | | $3,000.00 | |
| 10/01/19 | CHECK # 230 | | $14,053.69 | $453,758.78 |
| 10/01/19 | CHECK # 242 | | $104.32 | |
| 10/01/19 | CHECK # 256 | | $28.81 | |
| 09/30/19 | CHECK # 227 | | $791.07 | $467,945.60 |
| 09/30/19 | PURCHASE AUTHORIZED ON 09/26 NYCTAXI4P26 LONG ISLAND C NY S389269831589475 CARD 3420 | | $61.60 | |
| 09/30/19 | PURCHASE AUTHORIZED ON 09/26 TRINITY PLACE NEW YORK NY S589269636799372 CARD 3420 | | $89.68 | |
| 09/27/19 | WT FED#01719 CITIBANK N.A. /FTR/BNF=TARA LIDDLE SRF# TRN#190927092275 RFB# | | $1,037,803.88 | $468,887.95 |
| 09/27/19 | ATM ACCESS FEE REIMBURSEMENT | $3.00 | | |
| 09/27/19 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/26 994 1ST AVE NEW YORK NY 00469270041428430 ATM ID NY2503 CARD 3420 | | $303.00 | |
| 09/27/19 | PURCHASE AUTHORIZED ON 09/26 TAXI SVC Long Isla 715-2220600 NY S469269466169332 CARD 3420 | | $32.25 | |
| 09/27/19 | PURCHASE AUTHORIZED ON 09/25 TRINITY PLACE NEW YORK NY S469268624889786 CARD 3420 | | $87.50 | |
| 09/27/19 | PURCHASE AUTHORIZED ON 09/25 TAXI SVC KEW GARDE LONG ISLAND C NY S389268470632460 CARD 3420 | | $30.38 | |
| 09/27/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190927092275 SRF# TRN#190927092275 RFB# | | $30.00 | |
| 09/26/19 | CHECK # 228 | | $5,849.69 | $1,507,171.96 |
| 09/26/19 | PURCHASE AUTHORIZED ON 09/24 NYCTAXI6G79 LONG ISLAND C NY S309267858246765 CARD 3420 | | $47.15 | |
| 09/25/19 | PURCHASE AUTHORIZED ON 09/24 TRINITY PLACE NEW YORK NY S589267617235149 CARD 3420 | | $94.59 | $1,513,068.80 |
| 09/25/19 | PURCHASE AUTHORIZED ON 09/24 NYCTAXI2V92 LONG ISLAND C NY S389267474146856 CARD 3420 | | $32.25 | |
| 09/24/19 | PURCHASE AUTHORIZED ON 09/22 MTA*METROCARD MACH NEW YORK NY S309265397495552 CARD 3420 | | $40.00 | $1,513,195.64 |
| 09/23/19 | CHECK # 226 | | $1,800.00 | $1,513,235.64 |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/21 FREECONFERENCECALL 877-216-7555 CA S309264262157950 CARD 3420 | | $6.19 | |
| **Totals** | | **$302,014.03** | **$1,468,951.98** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|------|-------------|------------------|--------------------|----------------------|
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 BLUMBERG EXCELSIOR 212-4315000 NY S589263697913592 CARD 3420 | | $9.00 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 BLUMBERG EXCELSIOR 212-4315000 NY S389263677369482 CARD 3420 | | $9.00 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 BLUMBERG EXCELSIOR 212-4315000 NY S469263671320680 CARD 3420 | | $9.00 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 BLUMBERG EXCELSIOR 212-4315000 NY S469263636275386 CARD 3420 | | $9.00 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 BLUMBERG EXCELSIOR 212-4315000 NY S589263605864309 CARD 3420 | | $9.00 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 BLUMBERG EXCELSIOR 212-4315000 NY S469263590601464 CARD 3420 | | $9.00 | |
| 09/20/19 | WT FED#08700 JPMORGAN CHASE BAN /FTR/BNF=PAYCHEX, INC. SRF# TRN#190920083716 RFB# | | $19,960.11 | $1,515,095.83 |
| 09/20/19 | PURCHASE AUTHORIZED ON 09/18 BLUMBERG EXCELSIOR 212-4315000 NY S389261640998692 CARD 3420 | | $9.00 | |
| 09/20/19 | PURCHASE AUTHORIZED ON 09/18 BLUMBERG EXCELSIOR 212-4315000 NY S389261616098320 CARD 3420 | | $9.00 | |
| 09/20/19 | PURCHASE AUTHORIZED ON 09/18 BLUMBERG EXCELSIOR 212-4315000 NY S469261592816677 CARD 3420 | | $9.00 | |
| 09/20/19 | PURCHASE AUTHORIZED ON 09/18 BLUMBERG EXCELSIOR 212-4315000 NY S309261583742514 CARD 3420 | | $9.00 | |
| 09/20/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190920083716 SRF# TRN#190920083716 RFB# | | $30.00 | |
| 09/19/19 | PURCHASE AUTHORIZED ON 09/17 DELTA AIR 006745 ROSELAND NJ S469260731233316 CARD 3420 | | $281.30 | $1,535,121.94 |
| 09/18/19 | PURCHASE AUTHORIZED ON 09/16 TRINITY PLACE NEW YORK NY S309259614553577 CARD 3420 | | $84.95 | $1,535,403.24 |
| 09/16/19 | CHECK # 223 | | $962.78 | $1,535,488.19 |
| 09/16/19 | PURCHASE AUTHORIZED ON 09/13 COUNTY CLERK NY EF 646-3865950 NY S389256796803043 CARD 3420 | | $65.00 | |
| 09/12/19 | CHECK # 210 | | $560.00 | $1,536,515.97 |
| 09/12/19 | CHECK # 220 | | $541.19 | |
| 09/12/19 | DEPOSITED OR CASHED CHECK # 213 | | $208.33 | |
| 09/11/19 | CHECK # 221 | | $7,902.53 | $1,537,825.49 |
| 09/11/19 | CHECK # 205 | | $30.00 | |
| 09/10/19 | CHECK # 215 | | $5,605.75 | $1,545,758.02 |
| 09/10/19 | CHECK # 217 | | $2,000.00 | |
| 09/10/19 | CHECK # 209 | | $34.74 | |
| **Totals** | | **$302,014.03** | **$1,468,951.98** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 09/10/19 | CHECK # 208 | | $32.39 | |
| 09/09/19 | CHECK # 204 | | $7,800.00 | $1,553,430.90 |
| 09/09/19 | CHECK # 207 | | $930.11 | |
| 09/09/19 | CHECK # 211 | | $43.39 | |
| 09/09/19 | CHECK # 216 | | $16,399.69 | |
| 09/09/19 | Check # 203 (Converted ACH) AT&T Services CHECKPAYMT 090719 00203 992503500400222 # 203 | | $27.07 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/07 21 CLUB NEW YORK NY S589251056295450 CARD 3420 | | $373.12 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/07 MTA*METROCARD MACHINE NEW YORK NY P00469250398925369 CARD 3420 | | $23.00 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/06 AT&T*BILL PAYMENT WWW.ATT.COM TX S389249844543853 CARD 3420 | | $271.86 | |
| 09/06/19 | CHECK # 222 | | $1,600.00 | $1,579,299.14 |
| 09/06/19 | CHECK # 219 | | $537.43 | |
| 09/06/19 | CHECK # 218 | | $108.98 | |
| 09/06/19 | CHECK # 206 | | $130.40 | |
| 09/05/19 | CHECK # 214 | | $239.00 | $1,581,675.95 |
| 09/05/19 | WT FED#06668 JPMORGAN CHASE BAN /FTR/BNF=PAYCHEX OF NEWYORK SRF# TRN#190905068158 RFB# | | $19,960.11 | |
| 09/05/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190905068158 SRF# TRN#190905068158 RFB# | | $30.00 | |
| 09/05/19 | eDeposit in Branch/Store 09/05/19 04:59:53 PM 1156 AVENUE OF THE AMERICAS NEW YORK NY | $500.00 | | |
| 09/04/19 | eDeposit in Branch/Store 09/04/19 09:29:21 AM 1156 AVENUE OF THE AMERICAS NEW YORK NY | $8,400.00 | | $1,601,405.06 |
| 09/03/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190903110371 SRF# S06924648A0401 TRN#190903110371 RFB# | | $15.00 | $1,593,005.06 |
| 09/03/19 | ███████████████ TRN#190903110371 RFB# | $3,312.50 | | |
| 08/30/19 | CHECK # 202 | | $11,850.58 | $1,589,707.56 |
| 08/29/19 | ████████████#190829066915 RFB# | | $10,397.50 | $1,601,558.14 |
| 08/29/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190829066915 SRF# TRN#190829066915 RFB# | | $30.00 | |
| 08/29/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190829066782 SRF# 4160300241ES TRN#190829066782 RFB# PVB OF 19/08/29 | | $15.00 | |
| 08/29/19 | ████████████████ TRN#190829066782 RFB# PVB OF 19/08/29 | $1,425.00 | | |
| 08/28/19 | WIRE TRANS SVC CHARGE - SEQUENCE: 190828145452 SRF# G0192403036301 TRN#190828145452 RFB# | | $15.00 | $1,610,575.64 |
| **Totals** | | **$302,014.03** | **$1,468,951.98** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|------|-------------|------------------|--------------------|--------------------|
| 10/07/19 | PURCHASE AUTHORIZED ON 10/03 SUNOCO 0368295201 CHERRY HILL NJ S469276574496319 CARD 9425 | | $40.61 | |
| 10/07/19 | PURCHASE AUTHORIZED ON 10/03 MYLIFE.COM 888-704 888-704-1900 CA S589276482638076 CARD 9425 | | $41.85 | |
| 10/04/19 | ATM ACCESS FEE REIMBURSEMENT | $3.00 | | $10,974.84 |
| 10/04/19 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 10/04 *JERMANTOWN DU FAIRFAX VA 00389277622722236 ATM ID IVAD0138 CARD 9425 | | $203.00 | |
| 10/03/19 | ATM ACCESS FEE REIMBURSEMENT | $3.00 | | $11,174.84 |
| 10/03/19 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 10/03 994 1ST AVE NEW YORK NY 00309276496500608 ATM ID NY2502 CARD 9425 | | $203.00 | |
| 09/30/19 | PURCHASE AUTHORIZED ON 09/29 D AGOSTINO #27 NEW YORK NY S309272648224713 CARD 9425 | | $102.62 | $11,374.84 |
| 09/30/19 | ATM ACCESS FEE REIMBURSEMENT | $3.00 | | |
| 09/30/19 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/29 994 1ST AVE NEW YORK NY 00589272640492429 ATM ID NY2502 CARD 9425 | | $303.00 | |
| 09/30/19 | PURCHASE AUTHORIZED ON 09/27 BOBBY VANS GRILL & NEW YORK NY S469270796430659 CARD 9425 | | $175.00 | |
| 09/24/19 | PURCHASE AUTHORIZED ON 09/23 NYCTAXI1A60 LONG ISLAND C NY S589266475841665 CARD 9425 | | $36.00 | $11,952.46 |
| 09/23/19 | ATM WITHDRAWAL AUTHORIZED ON 09/23 1156 AVE OF THE AMERICAS NEW YORK NY 0002825 ATM ID 0012P CARD 9425 | | $300.00 | $11,988.46 |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/22 D AGOSTINO #27 NEW YORK NY S589265752779562 CARD 9425 | | $34.40 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/21 SIMCHICK MEATS NEW YORK NY S469264585137896 CARD 9425 | | $90.80 | |
| 09/23/19 | PURCHASE AUTHORIZED ON 09/20 D AGOSTINO #27 NEW YORK NY S589263838175582 CARD 9425 | | $110.92 | |
| 09/20/19 | ATM WITHDRAWAL AUTHORIZED ON 09/20 1156 AVE OF THE AMERICAS NEW YORK NY 0007786 ATM ID 0013W CARD 9425 | | $300.00 | $12,524.58 |
| 09/19/19 | PURCHASE AUTHORIZED ON 09/18 AFGHAN KEBAB NEW YORK NY S309262061428532 CARD 9425 | | $111.90 | $12,824.58 |
| 09/19/19 | PURCHASE AUTHORIZED ON 09/17 GRAND CENTRAL OYST NEW YORK NY S589261005281934 CARD 9425 | | $261.55 | |
| 09/18/19 | ATM WITHDRAWAL AUTHORIZED ON 09/18 1156 AVE OF THE AMERICAS NEW YORK NY 0001552 ATM ID 0012P CARD 9425 | | $300.00 | $13,198.03 |
| 09/16/19 | PURCHASE AUTHORIZED ON 09/15 D AGOSTINO #27 NEW YORK NY S389258784373086 CARD 9425 | | $114.33 | $13,498.03 |
| 09/13/19 | ATM WITHDRAWAL AUTHORIZED ON 09/13 1156 AVE OF THE AMERICAS NEW YORK NY 0005920 ATM ID 0013W CARD 9425 | | $300.00 | $13,612.36 |
| 09/13/19 | ATM ACCESS FEE REIMBURSEMENT | $3.00 | | |
| 09/13/19 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/13 994 1ST AVE NEW YORK NY 00389256500635500 ATM ID NY2503 CARD 9425 | | $303.00 | |
| **Totals** | | **$18.00** | **$13,389.55** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 09/13/19 | PURCHASE AUTHORIZED ON 09/11 MYLIFE.COM 888-704 888-704-1900 CA S589254466346177 CARD 9425 | | $19.95 | |
| 09/09/19 | ATM WITHDRAWAL AUTHORIZED ON 09/09 1156 AVE OF THE AMERICAS NEW YORK NY 0004401 ATM ID 0013W CARD 9425 | | $300.00 | $14,232.31 |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/08 7-ELEVEN CENTER MORICH NY P0000000483545847 CARD 9425 | | $34.47 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/07 D AGOSTINO #27 NEW YORK NY S589250656298454 CARD 9425 | | $96.00 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/07 IDEAL CHEESE SHOP. NEW YORK NY S389250606900523 CARD 9425 | | $91.55 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/07 SIMCHICK MEATS NEW YORK NY S389250596638514 CARD 9425 | | $130.25 | |
| 09/05/19 | ATM WITHDRAWAL AUTHORIZED ON 09/05 1156 AVE OF THE AMERICAS NEW YORK NY 0003447 ATM ID 0013W CARD 9425 | | $300.00 | $14,884.58 |
| 09/04/19 | ATM WITHDRAWAL AUTHORIZED ON 09/04 1156 AVE OF THE AMERICAS NEW YORK NY 0007723 ATM ID 0012P CARD 9425 | | $300.00 | $15,184.58 |
| 09/03/19 | ATM WITHDRAWAL AUTHORIZED ON 09/03 1156 AVE OF THE AMERICAS NEW YORK NY 0002810 ATM ID 0013W CARD 9425 | | $300.00 | $15,484.58 |
| 09/03/19 | PURCHASE AUTHORIZED ON 09/01 7-ELEVEN MANORVILLE NY P0000000981579383 CARD 9425 | | $40.95 | |
| 09/03/19 | ATM ACCESS FEE REIMBURSEMENT | $3.00 | | |
| 09/03/19 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/01 115 MONTAUK HIGHWAY WESTHAMPTON B NY 00589244685699890 ATM ID TW04A968 CARD 9425 | | $303.00 | |
| 09/03/19 | PURCHASE AUTHORIZED ON 08/31 LS *WESTHAMPTON FI WESTHAMPTON B NY S389243559777511 CARD 9425 | | $118.40 | |
| 08/29/19 | ATM WITHDRAWAL AUTHORIZED ON 08/29 1156 AVE OF THE AMERICAS NEW YORK NY 0001559 ATM ID 0013W CARD 9425 | | $300.00 | $16,243.93 |
| 08/28/19 | ATM WITHDRAWAL AUTHORIZED ON 08/28 1156 AVE OF THE AMERICAS NEW YORK NY 0001270 ATM ID 0013W CARD 9425 | | $300.00 | $16,543.93 |
| 08/26/19 | PURCHASE AUTHORIZED ON 08/25 D AGOSTINO #27 NEW YORK NY S389237779857432 CARD 9425 | | $104.35 | $16,843.93 |
| 08/26/19 | ATM WITHDRAWAL AUTHORIZED ON 08/24 1156 AVE OF THE AMERICAS NEW YORK NY 0005000 ATM ID 0012P CARD 9425 | | $300.00 | |
| 08/23/19 | ATM WITHDRAWAL AUTHORIZED ON 08/23 1156 AVE OF THE AMERICAS NEW YORK NY 0000052 ATM ID 0013W CARD 9425 | | $300.00 | $17,248.28 |
| 08/20/19 | ATM WITHDRAWAL AUTHORIZED ON 08/20 1156 AVE OF THE AMERICAS NEW YORK NY 0009264 ATM ID 0013W CARD 9425 | | $300.00 | $17,548.28 |
| 08/20/19 | PURCHASE AUTHORIZED ON 08/18 CURB NYC 718-2220600 NY S469230651287246 CARD 9425 | | $20.38 | |
| 08/20/19 | PURCHASE AUTHORIZED ON 08/18 BOAT BASIN PARTNER NEW YORK NY S309230628812980 CARD 9425 | | $207.46 | |
| **Totals** | | **$18.00** | **$13,389.55** | |

In re: Jeffrey Lew Liddle
_____
                Debtor

Case No. 19-10747
Reporting Period: September 1, 2019 - September 30, 2019

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|---|---|---|---|---|
| **Personal Disbursements** | | | | |
| Westhampton Fl | WF DIP | 9/3/2019 | $118 | Dining |
| Withdrawal - J. Liddle | WF DIP | 9/3/2019 | 300 | Incidentals |
| Bank Charges | Citi | 9/3/2019 | 25 | Monthly Service Fee |
| Ezpass | Citi | 9/3/2019 | 400 | Ezpass Payment |
| South Forks Storage | Citi | 9/3/2019 | 1,944 | Monthly storage |
| 7-Eleven | WF DIP | 9/3/2019 | 41 | Groceries |
| Withdrawal - J. Liddle | WF DIP | 9/4/2019 | 300 | Incidentals |
| Withdrawal - J. Liddle | WF DIP | 9/4/2019 | 300 | Incidentals |
| Withdrawal - J. Liddle | WF DIP | 9/5/2019 | 300 | Incidentals |
| Check # 206 - PSEG | WF DIP | 9/6/2019 | 130 | Utilities for Hamptons home (554 Main) |
| Check # 222 - Rent Payment | WF DIP | 9/6/2019 | 1,600 | Daughter's rent payment |
| Simchick Meats | WF DIP | 9/9/2019 | 130 | Groceries |
| Ideal Cheese | WF DIP | 9/9/2019 | 92 | Groceries |
| D'Agostino | WF DIP | 9/9/2019 | 96 | Groceries |
| 7-Eleven | WF DIP | 9/9/2019 | 34 | Groceries |
| Withdrawal - J. Liddle | WF DIP | 9/9/2019 | 300 | Incidentals |
| AT&T | WF DIP | 9/9/2019 | 272 | Phone bill |
| MetroCard | WF DIP | 9/9/2019 | 23 | Transportation - Subway |
| 21 Club | WF DIP | 9/9/2019 | 373 | Dining |
| AT&T | WF DIP | 9/9/2019 | 27 | Phone bill |
| Check # 211 | WF DIP | 9/9/2019 | 43 | Son's 2016 federal tax payment |
| Check # 207 - PSEG | WF DIP | 9/9/2019 | 930 | Utilities for Hamptons home (560 Main) |
| Check # 204 - Rent Payment | WF DIP | 9/9/2019 | 7,800 | Personal rent |
| Check # 208 - Suffolk County Water | WF DIP | 9/10/2019 | 32 | Utilities for Hamptons home (554 Main) |
| Check # 209 - Suffolk County Water | WF DIP | 9/10/2019 | 35 | Utilities for Hamptons home (560 Main) |
| Check # 205 | WF DIP | 9/11/2019 | 30 | Ticket violation fee |
| Check # 210 - Sutton Parking | WF DIP | 9/12/2019 | 560 | Monthly parking |
| Mylife.com | WF DIP | 9/13/2019 | 20 | Credit check |
| Withdrawal - J. Liddle | WF DIP | 9/13/2019 | 300 | Incidentals |
| Withdrawal - J. Liddle | WF DIP | 9/13/2019 | 300 | Incidentals |
| D'Agostino | WF DIP | 9/16/2019 | 114 | Groceries |
| Check # 223 - VW Credit | WF DIP | 9/16/2019 | 963 | Car lease payment |
| Bank Charges | Citi | 9/17/2019 | 15 | Wire fee |
| Personal Doctor | Citi | 9/17/2019 | 500 | Out-of-pocket costs |
| Withdrawal - J. Liddle | WF DIP | 9/18/2019 | 300 | Incidentals |
| Grand Central | WF DIP | 9/19/2019 | 262 | Dining |
| Afghan Kebab | WF DIP | 9/19/2019 | 112 | Dining |
| Corby Chemists | Citi | 9/20/2019 | 3 | Personal care |
| Withdrawal - J. Liddle | WF DIP | 9/20/2019 | 300 | Incidentals |
| D'Agostino | WF DIP | 9/23/2019 | 111 | Groceries |
| Simchick Meats | WF DIP | 9/23/2019 | 91 | Groceries |
| D'Agostino | WF DIP | 9/23/2019 | 34 | Groceries |
| Withdrawal - J. Liddle | WF DIP | 9/23/2019 | 300 | Incidentals |
| Check # 226 - Long Island storage | WF DIP | 9/23/2019 | 1,800 | Catch-up payments |
| NYC Taxi | WF DIP | 9/24/2019 | 36 | Taxi |
| MetroCard | WF DIP | 9/24/2019 | 40 | Transportation - Subway |
| Corby Chemists | Citi | 9/26/2019 | 5 | Personal care |
| Withdrawal - J. Liddle | WF DIP | 9/27/2019 | 300 | Incidentals |
| Tara Liddle | WF DIP | 9/27/2019 | 1,037,804 | Transfer to Tara Liddle |
| Bobby Vans | WF DIP | 9/30/2019 | 175 | Dining |
| Withdrawal - J. Liddle | WF DIP | 9/30/2019 | 300 | Incidentals |
| D'Agostino | WF DIP | 9/30/2019 | 103 | Groceries |
| Check # 227 - Personal Doctor | WF DIP | 9/30/2019 | 791 | Out-of-pocket costs |
| **Total Personal Disbursements** | | | **$1,061,315** | |

In re: Jeffrey Lew Liddle
               Debtor

Case No.  19-10747
Reporting Period: September 1, 2019 - September 30, 2019

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|---|---|---|---|---|
| **L&R Disbursements** | | | | |
| Bank Charges | WF DIP | 9/3/2019 | $15 | Wire Fee |
| Payroll | WF DIP | 9/5/2019 | 19,960 | Payroll |
| Bank Charges | WF DIP | 9/5/2019 | 30 | Wire Fee |
| Check #214 - Employee Reimbursement | WF DIP | 9/5/2019 | 239 | Reimbursement of court fees paid |
| Check # 218 - Employee Reimbursement | WF DIP | 9/6/2019 | 109 | Reimbursement for FedEx shipments |
| Check # 219 - Employee Reimbursement | WF DIP | 9/6/2019 | 537 | Reimbursement for office supplies |
| Check # 216 - Principal Life Insurance | WF DIP | 9/9/2019 | 16,400 | J. Liddle life insurance payment |
| Check # 217 - Solarus | WF DIP | 9/10/2019 | 2,000 | IT provider |
| Check # 215 - Oxford Health | WF DIP | 9/10/2019 | 5,606 | Medical insurance |
| Check # 221 - Globe Storage | WF DIP | 9/11/2019 | 7,903 | Monthly storage fee |
| Check # 213 - Client Expense | WF DIP | 9/12/2019 | 208 | Legal Fees |
| Check # 220 - Paychex | WF DIP | 9/12/2019 | 541 | Account maintenance fee |
| Client Expense | Citi | 9/13/2019 | 750 | Settlement payment |
| NY County Clerk | WF DIP | 9/16/2019 | 65 | Court fees |
| Trinity Place Deli | WF DIP | 9/18/2019 | 85 | Client meeting - working lunch |
| Delta Airlines | WF DIP | 9/19/2019 | 281 | Client matter |
| Bank Charges | WF DIP | 9/20/2019 | 30 | Wire Fee |
| Blumber Exc | WF DIP | 9/20/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/20/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/20/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/20/2019 | 9 | Online legal form |
| Payroll | WF DIP | 9/20/2019 | 19,960 | Payroll |
| Blumber Exc | WF DIP | 9/23/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/23/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/23/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/23/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/23/2019 | 9 | Online legal form |
| Blumber Exc | WF DIP | 9/23/2019 | 9 | Online legal form |
| FreeConference | WF DIP | 9/23/2019 | 6 | Online legal form |
| NYC Taxi | WF DIP | 9/25/2019 | 32 | Taxi |
| Trinity Place Deli | WF DIP | 9/25/2019 | 95 | Client meeting - working lunch |
| Client Refund | Citi | 9/25/2019 | 2,500 | Refund of retainer |
| NYC Taxi | WF DIP | 9/26/2019 | 47 | Taxi |
| Check #228 - AFCO | WF DIP | 9/26/2019 | 5,850 | Malpractice insurance |
| Bank Charges | WF DIP | 9/27/2019 | 30 | Wire Fee |
| NYC Taxi | WF DIP | 9/27/2019 | 30 | Taxi |
| Trinity Place Deli | WF DIP | 9/27/2019 | 88 | Client meeting - working lunch |
| NYC Taxi | WF DIP | 9/27/2019 | 32 | Taxi |
| Trinity Place Deli | WF DIP | 9/30/2019 | 90 | Client meeting - working lunch |
| NYC Taxi | WF DIP | 9/30/2019 | 62 | Taxi |
| **Total L&R Disbursements** | | | **$83,671** | |
| **Total Disbursements for the Month** | | | **$1,144,986** | |

**Notes:**

[1] Excludes transactions related to tennis group contributions. Tennis group members have contributed $7,988 for membership dues.

$3,000 was paid to Roosevelt Island Racquet Club on behalf of members.

In re: **Jeffrey Lew Liddle**                                    Case No.  **19-10747**
Debtor                                                **Reporting Period: September 1, 2019 - September 30, 2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | Book Value on Petition Date |
|---|---|---|
| **ASSETS** | | |
| **Schedule A: Real Property** | | |
| Primary Residence | $                - | $                - |
| Other Property (attach schedule) | 4,300,000 | 4,300,000 |
| Total Real Property Assets | $        4,300,000 | $        4,300,000 |
| | | |
| **Schedule B: Personal Property** | | |
| Cash on Hand | 500 | 700 |
| Bank Accounts [1] | 586,385 | 700 |
| Security Deposits | 973 | - |
| Household Goods & Furnishings | 4,000 | 4,000 |
| Books, Pictures, Art [2] | 109,500 | 109,500 |
| Apparel | 3,500 | 3,500 |
| Furs and Jewelry | 1,150 | 1,150 |
| Sports Equipment | 1,000 | 1,000 |
| Insurance Policies | - | - |
| Annuities | - | - |
| Education IRAs | - | - |
| Retirement & Profit Sharing | 6,445 | 6,445 |
| Stocks | - | - |
| Partnerships & Joint Ventures | - | - |
| Government & Corporate Bonds | - | - |
| Accounts Receivable | - | - |
| Alimony, maintenance, support or property settlements | - | - |
| Other Liquidated Debts | - | - |
| Equitable Interests in Schedule A property | - | - |
| Contingent Interests | - | - |
| Other Claims | - | - |
| Patents & Copyrights | - | - |
| Licenses & Franchises | - | - |
| Customer Lists | - | - |
| Autos, Trucks & Other Vehicles | - | - |
| Boats & Motors | - | - |
| Aircraft | - | - |
| Office Equipment | 2,500 | 2,500 |
| Machinery, supplies, equipment used for business | - | - |
| Inventory | - | - |
| Animals | - | - |
| Crops | - | - |
| Farming Equipment | - | - |
| Farm Supplies | - | - |
| Other Personal Property (attach schedule) | 129,000 | 129,000 |
| Total Personal Property Assets | $        844,953 | $        258,495 |
| | | |
| **Total Assets [3]** | **$        5,144,953** | **$        4,558,495** |

In re: **Jeffrey Lew Liddle**

Debtor

**Case No.  19-10747**

**Reporting Period: September 1, 2019 - September 30, 2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | Book Value on Petition Date |
|---|---|---|
| **LIABILITIES** | | |
| **Liabilities Not Subject to Compromise** | | |
| Federal Income Taxes (not deducted from wages) | $           - | $           - |
| FICA/Medicare (not deducted from wages) | - | - |
| State Taxes (not deducted from wages) | - | - |
| Real Estate Taxes | - | - |
| Other Taxes (attach schedule) | - | - |
| Professional Fees | $774,970 | - |
| Other Post-petition Liabilities (list creditors) | - | - |
| Personal: | | |
| South Fork Storage | 1,944 | - |
| Long Island Wine Transporters & Storage | 300 | - |
| VW Credit (Car Payment) | 963 | - |
| Liddle & Robinson: | | |
| Globe Storage & Moving | 7,903 | - |
| Iron Mountain | 8,122 | - |
| Total Post-Petition Liabilities | $       794,202 | $           - |
| | | |
| **Liabilities Subject to Compromise (Pre-Petition)** | | |
| Secured Debt | $    2,921,271 | $    2,921,271 |
| Secured Debt - Disputed | 6,546,449 | 6,546,449 |
| Priority Unsecured Debt | 252,874 | 252,874 |
| Unsecured Debt [4] | 1,139,311 | 1,139,311 |
| Unsecured Debt - Disputed [4] | 56,669,790 | 56,669,790 |
| Total Liabilities Subject to Compromise | $   67,529,695 | $   67,529,695 |
| | | |
| **Total Liabilities** | **$   68,323,896** | **$   67,529,695** |

**Notes**

[1] Excludes funds distributed to Tara Liddle (~$1.1M) from her share of the sale proceeds per Court order.

[2] Jointly owned with Tara Liddle.  Debtor only assets worth $9,500.

[3] Excludes value attributable to Mr. Liddle's interest in Liddle & Robinson.  Law firm valuation is pending.

[4] Unsecured debt amounts adjusted to remove claims incorrectly listed on the Schedules of Assets and Liabilities.
Amounts already reflected in Secured Debt.

In re: Jeffrey Lew Liddle

Case No.  19-10747

Debtor

Reporting Period: September 1, 2019 - September 30, 2019

## BALANCE SHEET - OTHER SCHEDULES

| Description | Amount | Comment |
|---|---|---|
| **Real Property** | | |
| 560 Main Street, Quiogue NY 11978 | $3,500,000 | Single-family home |
| 554 Main Street, Quiogue NY 11978 | 800,000 | Single-family home |
| **Total Real Property** | $4,300,000 | |
| | | |
| **Other Personal Property** | | |
| Wine [1] | $125,000 | Estimated value of wine cases |
| Bath Cabin [2] | 4,000 | Two bath cabins at Swordfish Beach Club |
| **Total Other Personal Property** | $129,000 | |

**Notes**

[1] Jointly owned with Tara Liddle and Mr. Liddle's daughter.

[2] Jointly owned with Tara Liddle.

In re **Jeffrey Lew Liddle**

Case No. **19-10747**

Debtor

Reporting Period: **September 1, 2019 - September 30, 2019**

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | $0 |  |  |  |  |  |
| Rent | - |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments | - |  |  |  |  |  |
| Professional Fees | 774,970 |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
| **Personal:** |  |  |  |  |  |  |
| South Fork Storage | 1,944 |  |  |  |  |  |
| Long Island Wine Transporters & Storage | 300 |  |  |  |  |  |
| VW Credit (Car Payment) | 963 |  |  |  |  |  |
| Real Estate Taxes | - |  |  |  |  |  |
| **Total Personal** | **3,207** | - | - |  |  |  |
|  |  |  |  |  |  |  |
| **Liddle & Robinson** |  |  |  |  |  |  |
| Globe Storage & Moving | 7,903 |  |  |  |  |  |
| Iron Mountain | 2,707 | 2,707 | 2,707 |  |  |  |
| **Total L&R** | **10,610** | **2,707** | **2,707** |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** | **788,787** | **2,707** | **2,707** | - | - |  |

*Number of Days Past Due* appears above the 0-30, 31-60, 61-90, Over 91 columns.

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Delay due to timing and invoice reconciliation.

In re **Jeffrey Lew Liddle**

**Debtor**

Case No. **19-10747**

Reporting Period:  **September 1, 2019 - September 30, 20**

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Homeowners / Auto / Personal Property | The Cincinnati Insurance Companies | 2019 | $8,250.50 / Quarter |
| Firm Malpractice Insurance | AFCO | 2019 | $5,849.69 / Month |
| Firm Medical / Health Coverage | UnitedHealthcare Oxford | 2019 | $5,605.75 / Month |
| | | | |
| | | | |
| | | | |
| | | | |

In re **Jeffrey Lew Liddle**                                    Case No. **19-10747**
_____                    Reporting Period:  **September 1, 2019 - September 30, 2019**
Debtor

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3. Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6. Are any post petition State or Federal income taxes past due? | | X |
| 7. Are any post petition real estate taxes past due? | | X |
| 8. Are any other post petition taxes past due? | | X |
| 9. Have any pre-petition taxes been paid during this reporting period? | | X |
| 10. Are any amounts owed to post petition creditors delinquent? | | X |
| 11. Have any post petition loans been  received by the Debtor from any party? | | X |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |