Michael Licker
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: 617.832.1197
Fax: 617.832.7000
mlicker@foleyhoag.com

*Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :  Chapter 11
In re                                                         :
                                                              :  Case No. 19-10747(SHL)
JEFFREY LEW LIDDLE,                                           :
                                                              :  (Jointly Administered with Case No. 19-
            Debtor                                            :  12346)
------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PROCESS

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) and section 1109(b) of title 11 of the United States Code, the undersigned hereby appears on behalf of the Debtor Jeffrey Lew Liddle and requests that all notices given in this case, and all papers served or filed, be given to and served upon the following:

> Michael Licker
> Foley Hoag LLP
> Seaport West
> 155 Seaport Boulevard
> Boston, Massachusetts 02210
> Tel: 617.832.1197
> Fax: 617.832.7000
> mlicker@foleyhoag.com

B5054847.1

**PLEASE TAKE FURTHER NOTICE** the Notice of Appearance request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the rights, remedies and claims of the Debtor against other entities or any objection that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein. This Notice of Appearance shall not be deemed or construed to be a waiver by the Debtor (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Debtor, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Debtor expressly reserve. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

| | |
|---|---|
| Dated: October 21, 2019<br>New York, New York | Respectfully submitted,<br><br>*/s/ Michael Licker* |

B5054847.1

FOLEY HOAG LLP
Michael Licker
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: 617.832.1197
Fax: 617.832.7000
mlicker@foleyhoag.com
*Attorneys for Debtor and Debtor in Possession*

B5054847.1