DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10022
(212) 557-7200
David H. Wander, Esq.
dhw@dhclegal.com

*Attorneys for Counsel Financial II, LLC, LIG Capital LLC,
and Counsel Financial Holdings LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY LEW LIDDLE, | Case No. 19-10747-shl |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION AND ORDER EXTENDING DEADLINE FOR COUNSEL FINANCIAL II, LLC, LIG CAPITAL LLC, AND COUNSEL FINANCIAL HOLDINGS LLC TO FILE COMPLAINT AGAINST DEBTOR OBJECTING TO DISCHARGEABILITY OF DEBT**

**WHEREAS**, on March 11, 2019, the debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and

**WHEREAS,** the deadline for Counsel Financial II LLC, LIG Capital LLC and/or Counsel Financial Holdings LLC (collectively the "Creditors") to file a complaint against the debtor objecting to the dischargeability of debt is presently November 15, 2019 (the "Complaint Deadline"), pursuant to a prior Stipulation and Order entered by the Court on October 21, 2019 (Doc 204); and

**WHEREAS**, the Debtor has agreed to the Creditors' request for an additional thirty (30) day extension of the Complaint Deadline;

671906v.1

**NOW, THEN, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, which stipulation when "so ordered" by the U.S. Bankruptcy Court shall constitute an order of the Court as follows:

1. The Complaint Deadline for the Creditors is extended for an additional thirty (30) days to December 15, 2019.

Dated:  New York, New York
      November 15, 2019	DAVIDOFF HUTCHER & CITRON LLP

By: /s/ David H. Wander
    David H. Wander, Esq.
605 Third Avenue
New York, New York 10022
(212) 557-7200
dhw@dhclegal.com
*Attorneys for Counsel Financial II, LLC, LIG Capital LLC, and Counsel Financial Holdings LLC*

Dated:  New York, New York
      November 15, 2019	FOLEY HOAG, LLP

By: /s/ William Gray
    William Gray, Esq.
1301 Avenue of the Americas
New York, New York 10019
*Attorneys for Debtor and Debtor in Possession*

THIS STIPULATION IS "SO ORDERED"
THIS ____ DAY OF NOVEMBER, 2019

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE