Alison D. Bauer  
William F. Gray, Jr.  
FOLEY HOAG LLP  
1301 Avenue of the Americas  
25th Floor  
New York, New York 10019  
Tel: (646) 927-5500  
Fax: (646) 927-5599  

Michael Licker  
Meredith Parkinson  
FOLEY HOAG LLP  
Seaport West  
155 Seaport Boulevard  
Boston, Massachusetts 02210  
Tel: (617) 832-1000  
Fax: (617) 832-7000  

*Attorneys for Jeffrey Lew Liddle Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

---------------------------------------------------------- x  
                                                           :  Chapter 11  
In re                                            :  
                                                           :  Case No. 19-10747 (SHL)  
JEFFREY LEW LIDDLE,                   :  
                                                           :  Jointly Administered with 19-12346 (SHL)  
                Debtor                             :  
---------------------------------------------------------- x  

**NOTICE OF MONTHLY STATEMENT OF FOLEY HOAG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM <u>SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019</u>**

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Services to: | Debtor and Debtor in Possession |
| Date of Retention: | July 23, 2019, *nunc pro tunc* to April 27, 2019 [Docket No. 139] |
| Period for Which Compensation and Expense Reimbursement is Sought: | September 1, 2019 through September 30, 2019 |
| Amount of Compensation Requested: | $ 32,671.00 |
| Less 20% Holdback: | $ 6,534.20 |
| Net of Holdback: | $ 26,136.80 |
| Amount of Expense Reimbursement Requested: | $ 1,430.39 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $ 27,567.19 |

B5067963.1

In accordance with the *Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 4, 2019 [Docket No. 166] (the "Interim Compensation Order"), Foley Hoag LLP ("Foley Hoag") hereby submits this monthly statement (the "Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from September 1, 2019 through September 30, 2019 (the "Monthly Period"). By this Monthly Statement, Foley Hoag seeks payment in the amount of $27,567.19, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a summary of Foley Hoag professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Foley Hoag's current billing rates, (d) amount of fees earned by each Foley Hoag professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Foley Hoag timekeepers during the Monthly Period is approximately $463.78.

2. Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Monthly Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Period

4. Attached hereto as **Exhibit D** are itemized time records of Foley Hoag professionals for the Monthly Period and summary materials related thereto.

B5067963.1

5.  Attached hereto as **Exhibit E** is an itemized record of all expenses for the Monthly Period.

6.  Attached hereto as **Exhibit F** is a record showing the history of previous fee statements (with amounts paid).

## NOTICE AND OBJECTION PROCEDURES

7.  Notice of this Monthly Statement shall be given by hand or overnight delivery upon (a) the Debtor, Jeffrey Lew Liddle c/o Liddle & Robinson, L.L.P. 1177 Avenue of the Americas, 5th Floor, New York, New York 10036, (b) William K. Harrington, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn.: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) (collectively, the "Notice Parties"), and (c) creditors who have made an appearance in the Debtor's chapter 11 case.

8.  Objections to this Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon counsel to the Debtor and Debtor in Possession, Foley Hoag, LLP, 1301 Avenue of the Americas, 25th Floor, New York, New York 10019, Attn.: William F. Gray, Jr. (wgray@foleyhoag.com) and Alison Bauer (abauer@foleyhoag.com) no later than December 2, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.  If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Foley Hoag 80% of the fees and 100% of the expenses identified in this Monthly Statement.

B5067963.1

10. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
November 22, 2019

FOLEY HOAG LLP

By: */s/ Alison D. Bauer*
Alison D. Bauer
William F. Gray, Jr.
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
Tel: (646) 927-5500
Fax: (646) 927-5599

Meredith Parkinson
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
Tel: (617) 832-1000
Fax: (617) 832-7000

*Attorneys for Jeffrey Lew Liddle*
*Debtor and Debtor-in-Possession*

B5067963.1

**Exhibit A**

**FOLEY HOAG LLP**
**Fee Summary for the Period**
**September 1, 2019 through September 30, 2019**

| Employee | Year of Admission | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Bauer, Alison D. | 1996 | 2019 | $900.00 | 6.3 | $5,670.00 |
| Gray Jr., William F. | 1981 | 2019 | $925.00 | 4.7 | $4,347.50 |
| Licker, Michael | 2010 | 2019 | $715.00 | 0.3 | $214.50 |
| *Partner Totals:* | | | | 11.3 | $10,232.00 |
| **Associates** | | | | | |
| Fullmer, James S. | 2016 | 2019 | $505.00 | 23.4 | $11,817.00 |
| Parkinson, Meredith S. | 2011 | 2019 | $595.00 | 0.5 | $297.50 |
| Teoh, Jin-Wen | 2018 | 201 | | 6.5 | $3,055.00 |
| *Associate Totals:* | | | | 30.4 | $15,169.50 |
| **Paralegals** | | | | | |
| Kelly, Rachel | | 2019 | $335.00 | 12.7 | $4,254.50 |
| Nigro, Carla A. | | 2019 | $335.00 | 12.8 | $4,288.00 |
| *Paralegal Totals:* | | | | 25.5 | $8,542.50 |
| | | | **Total** | 63.4 | $32,671.00 |
| | | | **Less Discount Applied** | | ($3,267.10) |
| | | | **Total Fees** | | $29,403.90 |

B5067963.1

**Foley Hoag LLP**
**Hours Worked by Task Code and Timekeeper on 36173.00002**
**Invoice 4009953**

| Employee | | Hours Billed | Amount |
|---|---|---:|---:|
| **B100.B110 Case Administration** | | | |
| 3152 | Bauer, Alison D. | 1.1 | $891.00 |
| 2653 | Fullmer, James S. | 10.0 | $4,545.00 |
| 3153 | Gray Jr., William F. | 1.4 | $1,165.50 |
| 3218 | Kelly, Rachel | 10.3 | $3,105.45 |
| 1065 | Nigro, Carla A. | 0.2 | $60.30 |
| 3116 | Parkinson, Meredith S. | 0.5 | $267.75 |
| 3232 | Teoh, Jiun-Wen Bob | 5.1 | $2,157.30 |
| **B100.B110 Case Administration Total:** | | **28.6** | **$12,192.30** |
| **B100.B140 Relief from Stay/Adequate Protection Proceedings** | | | |
| 3152 | Bauer, Alison D. | 0.2 | $162.00 |
| **B100.B140 Relief from Stay/Adequate Protection Proceedings Total:** | | **0.2** | **$162.00** |
| **B100.B150 Meetings of and Communications with Creditors** | | | |
| 3152 | Bauer, Alison D. | 0.2 | $162.00 |
| **B100.B150 Meetings of and Communications with Creditors Total:** | | **0.2** | **$162.00** |
| **B100.B160 Fee/Employment Applications** | | | |
| 3152 | Bauer, Alison D. | 0.7 | $567.00 |
| 3218 | Kelly, Rachel | 10.9 | $3,286.35 |
| **B100.B160 Fee/Employment Applications Total:** | | **11.6** | **$3,853.35** |
| **B100.B185 Assumption/Rejection of Leases and Contracts** | | | |
| 2653 | Fullmer, James S. | 4.3 | $1,954.35 |
| **B100.B185 Assumption/Rejection of Leases and Contracts Total:** | | **4.3** | **$1,954.35** |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions)** | | | |
| 3152 | Bauer, Alison D. | 0.9 | $729.00 |
| 2653 | Fullmer, James S. | 3.3 | $1,499.85 |
| 3153 | Gray Jr., William F. | 0.8 | $666.00 |
| 3218 | Kelly, Rachel | 0.3 | $90.45 |
| 2187 | Licker, Michael | 0.3 | $193.05 |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions) Total:** | | **5.6** | **$3,178.35** |
| **B200.B230 Finance/Cash Collateral** | | | |
| 3152 | Bauer, Alison D. | 3.2 | $2,592.00 |
| 2653 | Fullmer, James S. | 5.8 | $2,636.10 |
| 3153 | Gray Jr., William F. | 2.5 | $2,081.25 |
| **B200.B230 Finance/Cash Collateral Total:** | | **11.5** | **$7,309.35** |
| **B200.B240 Tax Issues** | | | |
| 3232 | Teoh, Jiun-Wen Bob | 1.4 | $592.20 |
| **B200.B240 Tax Issues Total:** | | **1.4** | **$592.20** |
| **Grand Total:** | | **63.4** | **$29,403.90** |

## Exhibit B

## FOLEY HOAG LLP

### Fee Summary for the Period
### September 1, 2019 through September 30, 2019

*By Project Category*

| Project Category | Hours Engaged | Total Value |
|---|---|---|
| Assumption/Rejection of Leases and Contracts | 4.3 | $1,954.35 |
| Case Administration | 28.6 | $12,192.30 |
| Fee/Employment Applications | 11.6 | $3,853.35 |
| Finance/Cash Collateral | 11.5 | $7,309.35 |
| Meetings of and Communications with Creditors | 0.2 | $162.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 5.6 | $3,178.35 |
| Relief from Stay/Adequate Protection Proceedings | 0.2 | $162.00 |
| Tax Issues | 1.4 | $592.20 |
| **Total** | **63.4** | **$29,403.90** |

B5067963.1

## Exhibit C

### FOLEY HOAG LLP

**Expense Summary for the Period
September 1, 2019 through September 30, 2019**

| Expense Category | Costs Billed |
|---|---:|
| Express Delivery (FEDEX) | $155.16 |
| Filing & Recording Fees | $200.00 |
| In-House B&W Printing - Outsourced | $22.32 |
| In-House Photocopying | $0.12 |
| Outside Professional Fees | $176.80 |
| Stenographic Transcripts | $828.65 |
| Tabs | $10.00 |
| Taxi Fare | $37.34 |
| **Total** | **$1,430.39** |

B5067963.1

# Exhibit D

# FOLEY HOAG LLP

## Detailed Time Records September 1, 2019 through September 30, 2019

B5067963.1

| | | | |
|---|---|---|---|
| 36173.00002 | Jeffrey Lew Liddle<br>Chapter 11 Case | | Invoice #  4009953<br>October 21, 2019<br>Page 2 |

This Invoice is for the Period Ending: September 30, 2019

**Professional Services Rendered:**

| Date | Timekeeper | Task | Activity | Narrative | Hours |
|---|---|---|---|---|---|
| 09/03/19 | A. Bauer | B230 | | Communications on cash collateral and budget. | 0.1 |
| 09/03/19 | A. Bauer | B140 | | Follow up on M&T and VW motions. | 0.2 |
| 09/03/19 | J. Fullmer | B110 | | Call with W. Gray regarding state court proceedings. | 0.2 |
| 09/03/19 | J. Fullmer | B110 | | Attention to state court proceedings. | 0.3 |
| 09/04/19 | A. Bauer | B110 | | Review of orders and follow up on open issues with internal team. | 0.4 |
| 09/04/19 | A. Bauer | B230 | | Attenton to budget inquiries and review of approved transfers and emails to and from Reiter and A. Akininrade re same. | 0.3 |
| 09/04/19 | J. Fullmer | B110 | | Attention to state court proceedings. | 0.9 |
| 09/04/19 | J. Fullmer | B185 | | Attention to lease and contract issues. | 0.3 |
| 09/04/19 | J. Fullmer | B110 | | Call with W. Gray, B. Teoh, and R. Kelly regarding state court proceedings. | 0.6 |
| 09/04/19 | R. Kelly | B110 | | Meet with W. Gray, J. Fullmer, and B. Teoh re perfecting appeal, research procedure for filing stipulation to extend time, draft stipulation and circulate. | 2.2 |
| 09/05/19 | J. Fullmer | B110 | | Call with B. Teoh regarding state court proceedings. | 0.1 |
| 09/05/19 | J. Fullmer | B110 | | Attention to schedules and statements. | 0.3 |
| 09/06/19 | A. Bauer | B230 | | Revisions to draft of order (.4); call with Fullmer (.3); review opinion (.3). | 1.0 |
| 09/06/19 | J. Fullmer | B110 | | Attention to schedules and statements. | 0.5 |

| | | | | |
|---|---|---|---|---:|
| 36173.00002 | Jeffrey Lew Liddle<br>Chapter 11 Case | | | Invoice #  4009953<br>October 21, 2019<br>Page 3 |

This Invoice is for the Period Ending: September 30, 2019

| | | | | |
|---|---|---|---|---:|
| 09/06/19 | J. Fullmer | B190 | Draft proposed order regarding lien issue. | 1.8 |
| 09/06/19 | J. Fullmer | B190 | Calls with A. Bauer regarding proposed order. | 0.5 |
| 09/06/19 | R. Kelly | B110 | Retrieve and circulate Memo of Decision re claim of security interest; organize motion to lift stay exhibits | 0.5 |
| 09/08/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.4 |
| 09/09/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.1 |
| 09/10/19 | R. Kelly | B110 | Organize and separate case files per A. Bauer. | 1.0 |
| 09/11/19 | A. Bauer | B150 | Call with Randy White re court opinion. | 0.2 |
| 09/11/19 | W. Gray Jr. | B110 | Review Homestead papers with James Fullmer. | 0.5 |
| 09/11/19 | J. Fullmer | B185 | Attention to lease matter. | 0.1 |
| 09/11/19 | R. Kelly | B160 | Review billing entries for Fee Application (2.0), emails with A. Akinrinade re same (.3); retrieve and circulate objection filed by CF II (.2); update internal calendar in advance of upcoming hearing, emails re same (.3). | 2.8 |
| 09/12/19 | J. Fullmer | B185 | Attention to lease issue. | 0.2 |
| 09/13/19 | A. Bauer | B160 | Confer with R. Kelly on fee application time entries. | 0.5 |
| 09/13/19 | C. Nigro | B110 | Update case calendar. | 0.2 |
| 09/16/19 | A. Bauer | B110 | Review and confer with R. Kelly on pleadings for agenda. | 0.2 |
| 09/16/19 | R. Kelly | B110 | Draft agenda in preparation of omnibus hearing; emails with team re same.; update internal calendar; meet with A. Bauer re same. | 1.4 |
| 09/17/19 | R. Kelly | B110 | Finalize and efile agenda and prepare binder for omnibus hearing | 1.6 |

| | | | | |
|---|---|---|---|---|
| 36173.00002 | Jeffrey Lew Liddle<br>Chapter 11 Case | | | Invoice #  4009953<br>October 21, 2019<br>Page 4 |

This Invoice is for the Period Ending: September 30, 2019

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 09/17/19 | R. Kelly | B160 | Review and finalize edits of billing entries in prep of fee application | 2.4 |
| 09/18/19 | R. Kelly | B160 | Emails and calls with Billing and Finance depts re fee application | 0.5 |
| 09/18/19 | R. Kelly | B110 | Emails with M. Parkinson and review of CourtCall requirements re attendance at omnibus hearing | 0.2 |
| 09/19/19 | A. Bauer | B190 | Confer with J. Fullmer for homestead objection. | 0.4 |
| 09/19/19 | A. Bauer | B230 | Prepare for and attend hearing on CFII decision and work on revised orders. | 1.5 |
| 09/19/19 | W. Gray Jr. | B230 | Prepare for and attend hearing re dispute over nature of order relating to Court's memorandum decision denying secured creditor status to Counsel Financial re lien proceeds; work on revised orders re same. | 2.5 |
| 09/19/19 | J. Fullmer | B185 | Draft proposed orders regarding relief granted in omnibus hearing. | 2.7 |
| 09/19/19 | J. Fullmer | B185 | Attention to case administration matters. | 0.8 |
| 09/19/19 | R. Kelly | B110 | Calls and emails re obtaining transcript of omnibus hearing | 0.2 |
| 09/20/19 | A. Bauer | B160 | Attention to monthly fee applications. | 0.2 |
| 09/20/19 | A. Bauer | B190 | Analysis of issues regarding adversary proceeding. | 0.4 |
| 09/20/19 | R. Kelly | B160 | Emails with A. Bauer and M. Parkinson re fee application; research Pacer for fee application precedents; emails wi th S. Rosenthal and B. Frerichs re billing data; draft monthly fee applications and circulate for review. | 3.4 |

To ensure proper credit to your account,
please include remittance with your payment.

| | | | | |
|---|---|---|---|---|
| 36173.00002 | Jeffrey Lew Liddle<br>Chapter 11 Case | | | Invoice # 4009953<br>October 21, 2019<br>Page 5 |

This Invoice is for the Period Ending: September 30, 2019

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 09/20/19 | R. Kelly | B110 | Emails with J. Fullmer re new hearing dates and file Notice of Schedule to docket (.5); schedule team meeting (.1) | 0.6 |
| 09/22/19 | J. Fullmer | B230 | Attention to cash collateral matters. | 1.0 |
| 09/23/19 | W. Gray Jr. | B190 | Meeting re organization of case agenda. | 0.3 |
| 09/23/19 | J. Fullmer | B230 | Draft papers on cash collateral issue. | 1.4 |
| 09/23/19 | J. Teoh | B110 | Conference with W Gray and R Kelly to discuss agenda and issues for 9/25 meeting with team. | 0.5 |
| 09/23/19 | R. Kelly | B160 | Revise fee applications; emails with M. Parkinson re same (1.4); work with B. Frerichs re fee applications task and expenses break down (.2) | 1.6 |
| 09/23/19 | R. Kelly | B110 | Meet with W. Gray and B. Teoh re case status (.5); revise agenda in advance of upcoming team meeting. | 1.5 |
| 09/24/19 | W. Gray Jr. | B190 | Work on response to Counsel Financial's objection to the homestead exemption. | 0.5 |
| 09/24/19 | J. Fullmer | B185 | Attention to lease matters. | 0.2 |
| 09/24/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.6 |
| 09/24/19 | J. Teoh | B110 | Researched excpetions to the occupancy requirement to the homestead exemption. | 2.4 |
| 09/24/19 | J. Teoh | B110 | Attempted to contact IRS regarding extension of filing deadline. | 0.2 |
| 09/24/19 | R. Kelly | B190 | Emails with W. Gray, J. Fullmer, and A. Reiter re proposed order denying CF2 perfected security interest. | 0.3 |
| 09/24/19 | R. Kelly | B160 | Emails with B. Frerichs re fees and expenses | 0.2 |

To ensure proper credit to your account,
please include remittance with your payment.

| | | | | |
|---|---|---|---|---|
| 36173.00002 | | Jeffrey Lew Liddle<br>Chapter 11 Case | | Invoice #  4009953<br>October 21, 2019<br>Page 6 |

This Invoice is for the Period Ending: September 30, 2019

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 09/24/19 | R. Kelly | B110 | Continue revising agenda in preparation of meeting (1.0); update internal calendar with upcoming hearing dates (.1) | 1.1 |
| 09/25/19 | A. Bauer | B110 | Team status meeting. | 0.5 |
| 09/25/19 | W. Gray Jr. | B110 | Team Status Meeting with Bauer, Fullmer, Parkinson, Teoh and Kelly. | 0.5 |
| 09/25/19 | M. Licker | B190 | Attend team strategy meeting. | 0.3 |
| 09/25/19 | J. Fullmer | B110 | Attention to schedules and statements. | 1.4 |
| 09/25/19 | J. Fullmer | B230 | Attention to cash collateral matters. | 0.1 |
| 09/25/19 | J. Fullmer | B110 | Attend team meeting regarding case status. | 0.5 |
| 09/25/19 | M. Parkinson | B110 | Team meeting re status and next steps. | 0.5 |
| 09/25/19 | J. Teoh | B240 | Attempted to contact IRS with W Gray to request extension of deadline to fill J Liddle's tax returns. | 0.7 |
| 09/25/19 | J. Teoh | B240 | Drafted letter to IRS requesting time to extend deadline for filing tax returns. | 0.5 |
| 09/25/19 | J. Teoh | B240 | Revised letter requesting tax return filing deadline extension and coordinated with P Rosehill to effect delivery. | 0.2 |
| 09/25/19 | J. Teoh | B110 | Conference with W Gray, A Bauer, J Fullmer, M Parkinson, M Licker and R Kelly to discuss agenda and ongoing issues. | 0.5 |
| 09/25/19 | J. Teoh | B110 | Researched whether a second motion to extend exclusivity period would incur a higher burden of proof and whether the exclusivity deadlines can be combined in a jointly administered case. | 1.5 |

| 36173.00002 | Jeffrey Lew Liddle Chapter 11 Case | | | Invoice #  4009953 October 21, 2019 Page 7 |

This Invoice is for the Period Ending: September 30, 2019

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 09/26/19 | A. Bauer | B230 | Various communications regarding amount of funds to be released upon entry of Court order (.2); call with J. Fullmer (.1). | 0.3 |
| 09/26/19 | J. Fullmer | B230 | Attention to cash collateral matters. | 1.0 |
| 09/26/19 | J. Fullmer | B230 | Call with A. Bauer regarding cash collateral matters. | 0.1 |
| 09/26/19 | J. Fullmer | B110 | Attention to schedules and statements. | 3.5 |
| 09/27/19 | A. Bauer | B190 | Confer with W. Gray. | 0.1 |
| 09/27/19 | J. Fullmer | B230 | Call with W. Gray regarding cash collateral matters. | 0.3 |
| 09/27/19 | J. Fullmer | B230 | Attention to cash collateral matters. | 1.9 |
| 09/27/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.5 |
| 09/30/19 | W. Gray Jr. | B110 | Review motion for extension of exclusivity. | 0.4 |
| 09/30/19 | J. Fullmer | B110 | Call with W. Gray regarding schedules and statements. | 0.1 |
| 09/30/19 | J. Fullmer | B190 | Legal research regarding litigation issue. | 1.0 |

| Less Discount Applied | (3,267.10) |
|---|---|
| **TOTALS** | **63.4** |

# Exhibit E

# FOLEY HOAG LLP

## Detailed Expense Records

B5067963.1

**Foley Hoag LLP**
**Costs Incurred by Cost Code and Timekeeper on 36173.00002**
**Invoice 4009953**

| Employee | | Costs Billed |
|---|---|---:|
| **029** | **Express Delivery (FEDEX)** | |
| 3152 | Bauer, Alison D. | $136.24 |
| 3177 | Rosehill, Phillip | $18.92 |
| **029** | **Express Delivery (FEDEX) Total:** | **$155.16** |
| **050** | **In-House Photocopying** | |
| 3152 | Bauer, Alison D. | $0.12 |
| **050** | **In-House Photocopying Total:** | **$0.12** |
| **055** | **In-House B&W Printing - Outsourced** | |
| 3218 | Kelly, Rachel | $22.32 |
| **055** | **In-House B&W Printing - Outsourced Total:** | **$22.32** |
| **101B** | **Tabs** | |
| 3218 | Kelly, Rachel | $10.00 |
| **101B** | **Tabs Total:** | **$10.00** |
| **104** | **Stenographic Transcripts** | |
| 3152 | Bauer, Alison D. | $69.60 |
| 3153 | Gray Jr., William F. | $432.35 |
| 3218 | Kelly, Rachel | $326.70 |
| **104** | **Stenographic Transcripts Total:** | **$828.65** |
| **111** | **Filing & Recording Fees** | |
| 2653 | Fullmer, James S. | $200.00 |
| **111** | **Filing & Recording Fees Total:** | **$200.00** |
| **113** | **Outside Professional Fees** | |
| 3218 | Kelly, Rachel | $176.80 |
| **113** | **Outside Professional Fees Total:** | **$176.80** |
| **201** | **Taxi Fare** | |
| 1206 | Evers, Holly | $37.34 |
| **201** | **Taxi Fare Total:** | **$37.34** |
| **Grand Total:** | | **$1,430.39** |

## Exhibit F

## FOLEY HOAG LLP

## History of Previous Fee Statements

| Fee Statement Period | Amount Requested | Amount Paid | Docket No. |
|---|---|---|---|
| 4/27/2019 – 5/31/2019 | $132,105.46 | | 222 |
| 6/1/2019 – 6/30/2019 | $116,668.02 | | 223 |
| 7/1/2019 – 7/31/2019 | $99,982.04 | | 224 |
| 8/1/2019 – 8/31/2019 | $52,018.11 | | 225 |
| | | | |

B5067963.1