Alison D. Bauer                         Michael Licker
William F. Gray, Jr.                    Meredith Parkinson
FOLEY HOAG LLP                          FOLEY HOAG LLP
1301 Avenue of the Americas             Seaport West
25th Floor                              155 Seaport Boulevard
New York, New York 10019                Boston, Massachusetts 02210
Tel: (646) 927-5500                     Tel: (617) 832-1000
Fax: (646) 927-5599                     Fax: (617) 832-7000

*Attorneys for Jeffrey Lew Liddle Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                        :   Chapter 11
                                        :
In re                                   :
                                        :   Case No.  19-10747 (SHL)
                                        :
JEFFREY LEW LIDDLE,                     :
                                        :   Jointly Administered with 19-12346 (SHL)
                                        :
                    Debtor              :
------------------------------------------------------- x

**NOTICE OF MONTHLY STATEMENT OF FOLEY HOAG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION FOR THE PERIOD FROM
<u>OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019</u>**

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Services to: | Debtor and Debtor in Possession |
| Date of Retention: | July 23, 2019, *nunc pro tunc* to April 27, 2019 [Docket No. 139] |
| Period for Which Compensation and Expense Reimbursement is Sought: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation Requested: | $                      41,872.95 |
| Less 20% Holdback: | $                        8,374.59 |
| Net of Holdback: | $                      33,498.36 |
| Amount of Expense Reimbursement Requested: | $                           876.63 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $                      34,374.99 |

B5068088.1

In accordance with the *Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 4, 2019 [Docket No. 166] (the "Interim Compensation Order"), Foley Hoag LLP ("Foley Hoag") hereby submits this monthly statement (the "Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from October 1, 2019 through October 31, 2019 (the "Monthly Period"). By this Monthly Statement, Foley Hoag seeks payment in the amount of $34,374.99, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Foley Hoag professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Foley Hoag's current billing rates, (d) amount of fees earned by each Foley Hoag professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Foley Hoag timekeepers during the Monthly Period is approximately $440.77.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Period

4.      Attached hereto as **Exhibit D** are itemized time records of Foley Hoag professionals for the Monthly Period and summary materials related thereto.

5.      Attached hereto as **Exhibit E** is an itemized record of all expenses for the Monthly Period.

6.      Attached hereto as **Exhibit F** is a record showing the history of previous fee statements (with amounts paid).

## NOTICE AND OBJECTION PROCEDURES

7.      Notice of this Monthly Statement shall be given by hand or overnight delivery upon (a) the Debtor, Jeffrey Lew Liddle c/o Liddle & Robinson, L.L.P. 1177 Avenue of the Americas, 5th Floor, New York, New York 10036, (b) William K. Harrington, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn.: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) (collectively, the "Notice Parties"), and (c) creditors who have made an appearance in the Debtor's chapter 11 case.

8.      Objections to this Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon counsel to the Debtor and Debtor in Possession, Foley Hoag, LLP, 1301 Avenue of the Americas, 25th Floor, New York, New York 10019, Attn.: William F. Gray, Jr. (wgray@foleyhoag.com) and Alison Bauer (abauer@foleyhoag.com) no later than December 2, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Foley Hoag 80% of the fees and 100% of the expenses identified in this Monthly Statement.

10.     To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      November 22, 2019

FOLEY HOAG LLP

By: */s/ Alison D. Bauer*
Alison D. Bauer
William F. Gray, Jr.
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
Tel: (646) 927-5500
Fax: (646) 927-5599

Meredith Parkinson
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
Tel: (617) 832-1000
Fax: (617) 832-7000

*Attorneys for Jeffrey Lew Liddle*
*Debtor and Debtor-in-Possession*

B5068088.1

**Exhibit A**

**FOLEY HOAG LLP**
**Fee Summary for the Period**
**October 1, 2019 through October 31, 2019**

| Employee | Year of Admission | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Bauer, Alison D. | 1996 | 2019 | $900.00 | 8.5 | $7,650.00 |
| Gray Jr., William F. | 1981 | 2019 | $925.00 | 1.9 | $1,757.50 |
| Licker, Michael | 2010 | 2019 | $715.00 | 0.7 | $500.50 |
| *Partner Totals:* | | | | 11.1 | $9,908.00 |
| **Associates** | | | | | |
| Fullmer, James S. | 2016 | 2019 | $505.00 | 37.6 | $18,988.00 |
| Parkinson, Meredith S. | 2011 | 2019 | $595.00 | 4.1 | $2,439.50 |
| Teoh, Jin-Wen | 2018 | 201 | $470.00 | 7.8 | $3,666.00 |
| *Associate Totals:* | | | | | |
| **Paralegals** | | | | | |
| Kelly, Rachel | | 2019 | $335.00 | 34.4 | $11,524.00 |
| *Paralegal Totals:* | | | | 34.4 | $11,524.00 |
| | | | **Total** | 95.0 | $46,525.50 |
| | | **Less Discount Applied** | | | ($4,625.50) |
| | | **Total Fees** | | | $41,872.95 |

**Foley Hoag LLP**
**Hours Worked by Task Code and Timekeeper on 36173.00002**
**Invoice 4013461**

| Employee | | Hours Billed | Amount |
|---|---|---|---|
| **B100.B110 Case Administration** | | | |
| 3152 | Bauer, Alison D. | 3.5 | $2,835.00 |
| 2653 | Fullmer, James S. | 18.9 | $8,590.05 |
| 3153 | Gray Jr., William F. | 0.7 | $582.75 |
| 3218 | Kelly, Rachel | 13.8 | $4,160.70 |
| 2187 | Licker, Michael | 0.7 | $450.45 |
| 3116 | Parkinson, Meredith S. | 2.7 | $1,445.85 |
| 3232 | Teoh, Jiun-Wen Bob | 1.3 | $549.90 |
| **B100.B110 Case Administration Total:** | | **41.6** | **$18,614.70** |
| **B100.B140 Relief from Stay/Adequate Protection Proceedings** | | | |
| 3218 | Kelly, Rachel | 1.0 | $301.50 |
| 3116 | Parkinson, Meredith S. | 0.1 | $53.55 |
| **B100.B140 Relief from Stay/Adequate Protection Proceedings Total:** | | **1.1** | **$355.05** |
| **B100.B160 Fee/Employment Applications** | | | |
| 3152 | Bauer, Alison D. | 2.8 | $2,268.00 |
| 3153 | Gray Jr., William F. | 0.6 | $499.50 |
| 3218 | Kelly, Rachel | 11.5 | $3,467.25 |
| 3116 | Parkinson, Meredith S. | 1.3 | $696.15 |
| 3232 | Teoh, Jiun-Wen Bob | 1.8 | $761.40 |
| **B100.B160 Fee/Employment Applications Total:** | | **18.0** | **$7,692.30** |
| **B100.B185 Assumption/Rejection of Leases and Contracts** | | | |
| 2653 | Fullmer, James S. | 0.8 | $363.60 |
| **B100.B185 Assumption/Rejection of Leases and Contracts Total:** | | **0.8** | **$363.60** |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions)** | | | |
| 3152 | Bauer, Alison D. | 2.2 | $1,782.00 |
| 2653 | Fullmer, James S. | 17.9 | $8,135.55 |
| 3153 | Gray Jr., William F. | 0.6 | $499.50 |
| 3218 | Kelly, Rachel | 8.1 | $2,442.15 |
| 3232 | Teoh, Jiun-Wen Bob | 4.7 | $1,988.10 |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions) Total:** | | **33.5** | **$14,847.30** |
| **Grand Total:** | | **95.0** | **$41,872.95** |

11/22/2019 9:16:13 AM

**Exhibit B**

**FOLEY HOAG LLP**

**Fee Summary for the Period**
**October 1, 2019 through October 31, 2019**

***By Project Category***

| Project Category | Hours Engaged | Total Value |
|---|---|---|
| Assumption/Rejection of Leases and Contracts | 0.8 | $363.60 |
| Case Administration | 41.6 | $18,614.70 |
| Fee/Employment Applications | 18.0 | $7,692.30 |
| Other Contested Matters (excluding assumption/rejection motions) | 33.5 | $14,847.30 |
| Relief from Stay/Adequate Protection Proceedings | 1.1 | $355.05 |
| **Total** | **95.0** | $41,872.95 |

**Exhibit C**

**FOLEY HOAG LLP**

**Expense Summary for the Period**
**October 1, 2019 through October 31, 2019**

| Expense Category | Costs Billed |
|---|---:|
| In-House B&W Printing - Outsourced | $4.32 |
| In-House Photocopying | $73.32 |
| Tabs | $13.60 |
| Document Production 1-999 | $39.36 |
| Secretarial Overtime | $570.00 |
| **Total** | **$876.63** |

**Exhibit D**

**FOLEY HOAG LLP**

**Detailed Time Records October 1, 2019 through October 31, 2019**

36173.00002          Jeffrey Lew Liddle                                    Invoice #  4013461
                     Chapter 11 Case                                       November 21, 2019
                                                                                     Page 2

This Invoice is for the Period Ending: October 31, 2019

**Professional Services Rendered:**

| Date | Timekeeper | Task | Activity | Narrative | Hours |
|------|-----------|------|----------|-----------|-------|
| 10/01/19 | J. Fullmer | B110 | | Attention to schedules and statements. | 1.0 |
| 10/01/19 | M. Parkinson | B160 | | Review and comment on EisnerAmper fee statements and provide notice information re same (.5); discuss status of Foley statements with R. Kelly (.3). | 0.8 |
| 10/01/19 | J. Teoh | B190 | | Drafted motion to further exclusivity deadline and notice of motion. | 2.8 |
| 10/01/19 | R. Kelly | B110 | | Revise agenda and prepare binder of case status documents for W. Gray | 1.0 |
| 10/01/19 | R. Kelly | B160 | | Emails with M. Parkinson and J. Distasio re billing entries | 0.3 |
| 10/01/19 | R. Kelly | B110 | | Update calendar and schedule team meeting | 0.1 |
| 10/03/19 | A. Bauer | B110 | | Foley Hoag team meeting regarding various issues. | 0.2 |
| 10/03/19 | A. Bauer | B190 | | Review and revise motion to extend exclusivity and emails to J. Teoh re same. | 0.6 |
| 10/03/19 | W. Gray Jr. | B110 | | Team meeting re ongoing litigation and case administration matters. | 0.2 |
| 10/03/19 | M. Licker | B110 | | Attend team strategy meeting. | 0.2 |
| 10/03/19 | J. Fullmer | B110 | | Attend team meeting on case status. | 0.2 |
| 10/03/19 | M. Parkinson | B110 | | Attend team planning meeting | 0.2 |
| 10/03/19 | J. Teoh | B110 | | Conference with W Gray, A Bauer, M Licker, M Parkinson, J Fullmer and R Kelly to discuss ongoing issues regarding case administration. | 0.2 |

36173.00002                 Jeffrey Lew Liddle                            Invoice #  4013461
                            Chapter 11 Case                              November 21, 2019
                                                                              Page 3

This Invoice is for the Period Ending: October 31, 2019

| 10/03/19 | R. Kelly | B110 | Update meeting agenda and circulate (.3); Team meeting re case status (.2) | 0.5 |
|---|---|---|---|---|
| 10/04/19 | A. Bauer | B110 | Review and revise notice and motion to extend exclusivity and emails to client, W. Gray and R. Kelly re same. | 0.9 |
| 10/04/19 | J. Fullmer | B190 | Call with W. Gray regarding litigation issue. | 0.1 |
| 10/06/19 | J. Fullmer | B190 | Legal research regarding litigation issue. | 1.1 |
| 10/07/19 | A. Bauer | B110 | Follow up on exclusivity pleadings. | 0.2 |
| 10/07/19 | A. Bauer | B160 | Review monthly fee statements prior to filing. | 0.2 |
| 10/07/19 | J. Fullmer | B190 | Legal research regarding litigation issue. | 2.6 |
| 10/07/19 | M. Parkinson | B160 | Coordinate filing of EisnerAmper fee statements. | 0.2 |
| 10/07/19 | J. Teoh | B110 | Conference with J Liddle about edits to the Motion to Further Extend Exclusivity Period. | 0.6 |
| 10/07/19 | R. Kelly | B190 | Revise and file motion to extend exclusivity | 0.7 |
| 10/08/19 | A. Bauer | B110 | Discuss hearing dates with W. Gray (.1); review and revise notice of adjournment and discuss same with R. Kelly (.1). | 0.2 |
| 10/08/19 | A. Bauer | B110 | Attention to pleadings filed in case including notice of appeal. | 0.2 |
| 10/08/19 | J. Fullmer | B190 | Calls with W. Gray regarding litigation issues. | 0.3 |
| 10/08/19 | J. Teoh | B190 | Researched whether debtor's counsel will need to disclose engagement of a majority owner of an unsecured creditor. | 1.9 |
| 10/08/19 | J. Teoh | B160 | Drafted Gray Supplemental Declaration disclosing representation of majority owner of unsecured creditor. | 1.6 |

36173.00002          Jeffrey Lew Liddle                              Invoice #  4013461
                     Chapter 11 Case                                 November 21, 2019
                                                                               Page 4

This Invoice is for the Period Ending: October 31, 2019

| | | | | |
|---|---|---|---|---|
| 10/08/19 | R. Kelly | B110 | Emails with P. Rosehill re hardcopy service of recently filed documents (.2); review of docket re pending/outstanding motions and emails with W. Gray re same (.5); prepare motion tracking spreadsheet (.3); confer with A. Bauer re adjournment (.1) | 1.1 |
| 10/08/19 | R. Kelly | B190 | Draft adjournment of Michael Barr Motion to Lift Stay and circulate to M. Licker, W. Gray, and A. Bauer; finalize and file to docket; call to chambers and emails to opposing counsel re same; prepare and send service email. | 1.0 |
| 10/09/19 | J. Fullmer | B185 | Call with W. Gray regarding lease issue. | 0.1 |
| 10/09/19 | J. Fullmer | B185 | Attention to lease issue. | 0.2 |
| 10/09/19 | J. Fullmer | B190 | Call with M. Parkinson regarding litigation issue. | 0.2 |
| 10/09/19 | J. Fullmer | B190 | Legal research regarding litigation issue. | 2.7 |
| 10/09/19 | J. Fullmer | B190 | Call with W. Gray regarding litigation issue. | 0.1 |
| 10/09/19 | J. Fullmer | B110 | Attention to case administration matters. | 0.1 |
| 10/09/19 | J. Teoh | B160 | Revised Gray Supplemental Declaration and prepared for filing. | 0.2 |
| 10/10/19 | W. Gray Jr. | B160 | Work on Torys fee application, confer with Chris Caparelli re same. | 0.6 |
| 10/10/19 | J. Fullmer | B110 | Attention to case administration matters. | 0.1 |
| 10/10/19 | J. Fullmer | B190 | Call with M. Parkinson regarding litigation issue. | 0.1 |
| 10/10/19 | J. Fullmer | B190 | Legal research regarding litigation issue. | 0.5 |
| 10/11/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.1 |

36173.00002          Jeffrey Lew Liddle                              Invoice #  4013461
                     Chapter 11 Case                                 November 21, 2019
                                                                     Page 5

This Invoice is for the Period Ending: October 31, 2019

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 10/11/19 | J. Fullmer | B185 | Electronic correspondence with creditor regarding lease issue. | 0.4 |
| 10/15/19 | J. Fullmer | B110 | Attention to case administration matters. | 1.4 |
| 10/15/19 | R. Kelly | B190 | Prepare notice of hearing re Counsel Financial 2004 motion; circulate drafts; confer with A. Bauer re revisions; finalize and file to docket. | 1.5 |
| 10/16/19 | A. Bauer | B110 | Team meeting. | 0.5 |
| 10/16/19 | W. Gray Jr. | B110 | Liddle team meeting regarding outstanding litigation matters, cash collateral and related issues in the individual debtor case. | 0.5 |
| 10/16/19 | M. Licker | B110 | Attend team strategy meeting. | 0.5 |
| 10/16/19 | J. Fullmer | B110 | Attend team meeting regarding case status. | 0.5 |
| 10/16/19 | J. Fullmer | B190 | Legal research regarding litigation issue. | 2.4 |
| 10/16/19 | M. Parkinson | B110 | Attend team meeting to discuss strategy and planning. | 0.5 |
| 10/16/19 | J. Teoh | B110 | Team conference with W Gray, A Bauer, M Licker, M Parkinson, J Fullmer, and R Kelly. | 0.5 |
| 10/16/19 | R. Kelly | B190 | Prepare notice of hearing re Counsel Financial 2004 motion; circulate drafts to W. Gray, M. Licker, A. Bauer, and J. Fullmer; finalize notice of hearing and file to docket. | 0.6 |
| 10/16/19 | R. Kelly | B110 | Prepare agenda for meeting and circulate to team (.5); attend team meeting re status of case (.5) | 1.0 |
| 10/16/19 | R. Kelly | B190 | Prepare notice of hearing re LIG Capital 2004 motion and circulate drafts to team | 0.3 |
| 10/17/19 | J. Fullmer | B190 | Call with W. Gray regarding litigation issues. | 0.5 |

This Invoice is for the Period Ending: October 31, 2019

| | | | | |
|---|---|---|---|---|
| 10/17/19 | J. Fullmer | B110 | Attention to schedules and statements (1.1); emails with R. Kelly re case status (.3). | 1.4 |
| 10/17/19 | J. Fullmer | B190 | Legal research regarding litigation issues. | 1.9 |
| 10/17/19 | R. Kelly | B190 | Finalize, circulate, and file notice of hearing re LIG Capital 2004 motion | 0.5 |
| 10/17/19 | R. Kelly | B110 | Emails with J. Fullmer re case management (.3); draft and circulate certificate of service of recent filings (.7). | 1.0 |
| 10/18/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.6 |
| 10/18/19 | J. Fullmer | B110 | Call with A. Bauer regarding case administration matters. | 0.4 |
| 10/18/19 | J. Fullmer | B110 | Attention to case administration matters. | 1.0 |
| 10/18/19 | R. Kelly | B110 | Confer with P. Rosehill to confirm service dates (.3); finalize and file certificate of service (.3) | 0.6 |
| 10/18/19 | R. Kelly | B110 | Draft and circulate notice of appearance re M. Licker | 0.5 |
| 10/18/19 | R. Kelly | B110 | Draft agenda for 10/24 omnibus hearing; emails with team re same. | 0.2 |
| 10/19/19 | J. Fullmer | B110 | Attention to schedules and statements. | 1.3 |
| 10/20/19 | J. Fullmer | B110 | Attention to schedules and statements. | 5.6 |
| 10/21/19 | A. Bauer | B110 | Analysis of issues regarding amended schedules (.7); call with M. Parkinson (.1). | 0.8 |
| 10/21/19 | J. Fullmer | B110 | Attention to schedules and statements. | 4.1 |
| 10/21/19 | J. Fullmer | B110 | Call with A. Bauer regarding case administration matters. | 0.1 |
| 10/21/19 | J. Fullmer | B110 | Call with M. Parkinson regarding case administration matters. | 0.2 |

36173.00002                 Jeffrey Lew Liddle                          Invoice #  4013461
                            Chapter 11 Case                            November 21, 2019
                                                                              Page 7

                    This Invoice is for the Period Ending: October 31, 2019

| 10/21/19 | R. Kelly | B110 | Draft and circulate agenda for 10/24 omnibus hearing | 1.2 |
|---|---|---|---|---|
| 10/22/19 | A. Bauer | B110 | Emails to and from D. Wander and FH team re hearing dates and filings (.1); revision of agenda (.2). | 0.3 |
| 10/22/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.1 |
| 10/22/19 | M. Parkinson | B160 | Review and comment on EisnerAmper fee statement. | 0.3 |
| 10/22/19 | R. Kelly | B110 | Revise agenda per emails with A. Bauer and M. Parkinson; Finalize and file to docket | 2.0 |
| 10/22/19 | R. Kelly | B160 | Finalize and file notice of appearance of M. Licker | 0.2 |
| 10/23/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.3 |
| 10/23/19 | J. Fullmer | B190 | Attention to litigation issue. | 2.0 |
| 10/23/19 | J. Fullmer | B190 | Call with A. Bauer regarding litigation issue. | 0.1 |
| 10/23/19 | M. Parkinson | B110 | Preparation for 10/24 ominbus hearing. | 2.0 |
| 10/23/19 | R. Kelly | B110 | Prepare index and prep documents for omnibus hearing binder | 1.5 |
| 10/23/19 | R. Kelly | B110 | Emails with M. Licker and A. Bauer re 2004 Motion reply brief; finalize and file to docket; revise agenda and filed Amended Agenda to docket; prepare hardcopies to bring to court; draft certificates of service for recent filings. | 1.0 |
| 10/24/19 | J. Fullmer | B190 | Attention to litigation matters. | 0.9 |
| 10/24/19 | R. Kelly | B190 | Review appeal designations; confirm receipt of transcripts designated; review Local Rules and FRBP re appeals | 1.2 |

36173.00002         Jeffrey Lew Liddle                    Invoice #  4013461
                    Chapter 11 Case                       November 21, 2019
                                                          Page 8

This Invoice is for the Period Ending: October 31, 2019

| Date | Timekeeper | Code | Description | Hours |
|------|-----------|------|-------------|-------|
| 10/24/19 | R. Kelly | B160 | Review remaining time entries; emails with Billing Dep't, Data team, and P. Rosehill re same; revise monthly fee statemets for April, May, June, July, and August; confirm revisions with A. Bauer. | 1.7 |
| 10/25/19 | J. Fullmer | B190 | Attention to litigation matters. | 0.2 |
| 10/25/19 | J. Fullmer | B190 | Call with A. Bauer regarding litigation matters. | 0.2 |
| 10/25/19 | R. Kelly | B140 | Emails with M. Parkinson, C. Nigro, C. Escher, and A. Bauer re real estate title search (.3); research re title search and calls to prospective vendors (.4) | 0.7 |
| 10/25/19 | R. Kelly | B160 | Work on monthly fee statements; review backup data and add to fee statements; emails with B. Frerichs re same; review with A. Bauer. | 4.0 |
| 10/25/19 | R. Kelly | B160 | File and serve EisnerAmper monthly fee statement to docket | 0.3 |
| 10/25/19 | R. Kelly | B110 | Update internal calendar per new deadlines | 0.2 |
| 10/26/19 | J. Fullmer | B190 | Attention to litigation issue. | 0.3 |
| 10/27/19 | J. Fullmer | B190 | Attention to litigation issue. | 0.6 |
| 10/28/19 | A. Bauer | B160 | Review of fee application materials. | 0.6 |
| 10/28/19 | A. Bauer | B190 | Review and analysis of research on claim on firm assets and guarantee thereof. | 0.6 |
| 10/28/19 | W. Gray Jr. | B190 | Review Tara Liddle motion to dismiss counterclaim, particularly argument that counterclaim is property of the estate and Counsel Financial lacks standing. | 0.6 |
| 10/28/19 | J. Fullmer | B190 | Attention to litigation matters. | 0.8 |
| 10/28/19 | J. Fullmer | B190 | Call with W. Gray regarding litigation issue. | 0.1 |

36173.00002              Jeffrey Lew Liddle                                    Invoice #  4013461
                         Chapter 11 Case                                       November 21, 2019
                                                                              Page 9

This Invoice is for the Period Ending: October 31, 2019

| | | | | |
|---|---|---|---|---|
| 10/28/19 | R. Kelly | B160 | Continue work on monthly fee statements; emails with B. Frerichs re back up data; discussions with A. Bauer re same | 3.6 |
| 10/28/19 | R. Kelly | B110 | Emails with team re December omnibus hearing | 0.1 |
| 10/28/19 | R. Kelly | B190 | Further research re appeals process; draft outline of process; emails with J. Fullmer re same | 1.2 |
| 10/29/19 | A. Bauer | B190 | Attention to appeal by CF including review of statement of issues and designation and draft cross designation of items (1.0). | 1.0 |
| 10/29/19 | A. Bauer | B160 | Review FoleyHoag monthly statements for May- August. | 1.4 |
| 10/29/19 | A. Bauer | B160 | Confer with R. Kelly on May fee statement. | 0.4 |
| 10/29/19 | J. Fullmer | B190 | Call with W. Gray regarding litigation issue. | 0.1 |
| 10/29/19 | R. Kelly | B110 | Prepare agenda in advance of team meeting | 0.7 |
| 10/29/19 | R. Kelly | B160 | Meeting with A. Bauer re further revisions | 0.4 |
| 10/30/19 | J. Fullmer | B110 | Attention to schedules and statements. | 0.2 |
| 10/30/19 | M. Parkinson | B140 | Correspondence with counsel to M&T re sale process for Hamptons property. | 0.1 |
| 10/30/19 | R. Kelly | B160 | Further revisions to billing entries per A. Bauer | 1.0 |
| 10/30/19 | R. Kelly | B190 | NY Dep't of State research and calls; confer with A. Bauer; prepare request letter to obtain law firm creation documents. | 1.1 |
| 10/30/19 | R. Kelly | B110 | Emails with M. Parkinson and A. Bauer re title search; calls and emails with title search vendor re same. | 0.4 |
| 10/30/19 | R. Kelly | B110 | Retrieve and circulate orders entered on docket | 0.2 |

| 36173.00002 | Jeffrey Lew Liddle<br>Chapter 11 Case | | | Invoice #  4013461<br>November 21, 2019<br>Page 10 |

This Invoice is for the Period Ending: October 31, 2019

| 10/31/19 | A. Bauer | B110 | Emails re property lien search. | 0.1 |
|---|---|---|---|---|
| 10/31/19 | A. Bauer | B160 | Attention to need for supplemental affidavit for rate adjustments. | 0.2 |
| 10/31/19 | A. Bauer | B110 | Attention to omnibus hearing date, review of draft pleadings and other scheduling matters. | 0.1 |
| 10/31/19 | J. Fullmer | B185 | Attention to lease issue. | 0.1 |
| 10/31/19 | J. Fullmer | B110 | Attention to case administration matters. | 0.2 |
| 10/31/19 | J. Fullmer | B190 | Attention to litigation matters. | 0.1 |
| 10/31/19 | R. Kelly | B140 | Emails with A. Bauer, M. Parkinson, and CSC Global re real estate title search | 0.3 |
| 10/31/19 | R. Kelly | B110 | Call to chambers re December omnibus hearing; enter hearing date on calendar and circulate to team; prepare and file notice of hearing; emails with A. Bauer and M. Parkinson re same. | 0.5 |

| Less Discount Applied | (4,652.55) |
|---|---|
| **TOTALS** | **95.0** |

**<u>Exhibit E</u>**

**FOLEY HOAG LLP**

**<u>Detailed Expense Records</u>**

**Foley Hoag LLP**
**Costs Incurred by Cost Code and Timekeeper on 36173.00002**
**Invoice 4013461**

| Employee | | Costs Billed |
|---|---|---|
| **029** | **Express Delivery (FEDEX)** | |
| 3152 | Bauer, Alison D. | $141.58 |
| 3218 | Kelly, Rachel | $34.45 |
| **029** | **Express Delivery (FEDEX) Total:** | **$176.03** |
| **050** | **In-House Photocopying** | |
| 3232 | Teoh, Jiun-Wen Bob | $4.32 |
| **050** | **In-House Photocopying Total:** | **$4.32** |
| **055** | **In-House B&W Printing - Outsourced** | |
| 3218 | Kelly, Rachel | $73.32 |
| **055** | **In-House B&W Printing - Outsourced Total:** | **$73.32** |
| **101B** | **Tabs** | |
| 3218 | Kelly, Rachel | $13.60 |
| **101B** | **Tabs Total:** | **$13.60** |
| **101G** | **Document Production 1-999** | |
| 3218 | Kelly, Rachel | $39.36 |
| **101G** | **Document Production 1-999 Total:** | **$39.36** |
| **122** | **Secretarial Overtime** | |
| 3153 | Gray Jr., William F. | $570.00 |
| **122** | **Secretarial Overtime Total:** | **$570.00** |
| **206** | **Meals** | |
| 3218 | Kelly, Rachel | $0.00 |
| 3128 | Rodriguez, May | $0.00 |
| 3177 | Rosehill, Phillip | $0.00 |
| **206** | **Meals Total:** | **$0.00** |
| **Grand Total:** | | **$876.63** |

11/22/2019 9:16:13 AM

**Exhibit F**

**FOLEY HOAG LLP**

**History of Previous Fee Statements**

| Fee Statement Period | Amount Requested | Amount Paid | Docket No. |
|---|---|---|---|
| 4/27/2019 – 5/31/2019 | $132,105.46 | | 222 |
| 6/1/2019 – 6/30/2019 | $116,668.02 | | 223 |
| 7/1/2019 – 7/31/2019 | $99,982.04 | | 224 |
| 8/1/2019 – 8/31/2019 | $52,018.11 | | 225 |
| 9/1/2019 – 9/30/2019 | $27,567.19 | | 242 |