DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10022
(212) 557-7200
David H. Wander, Esq.
Alexander R. Tiktin, Esq.
dhw@dhclegal.com
art@dhclegal.com

*Attorneys for Counsel Financial II LLC,
LIG Capital LLC, and Counsel Financial
Holdings LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :  Chapter 11
                                                        :
                                                        :  Case No. 19-10747(SHL)
JEFFREY LEW LIDDLE                                      :
                                                        :  (Jointly Administered with Case No. 19-
          Debtor                                        :  12346)
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, the undersigned attorney at law duly admitted to practice law in the State of New York, respectfully state that I am an attorney for *Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC*.

1. On November 27, 2019, I served the *Motion to Convert Chapter 11 Case to Chapter 7* and the *Declaration of David H. Wander, Esq. in Support of Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC, Pursuant to Section 1112(b) of the Bankruptcy Code, to Convert this Chapter 11 Reorganization to a Chapter 7 Liquidation (related document(s)249) filed by David H. Wander on behalf of Counsel Financial Holdings, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G)* (Doc nos. 249 & 250) via ECF and email on November 27, 2019 upon all parties set forth on Exhibit 1.

2. On December 3, 2019, I served the *Motion to Convert Chapter 11 Case to Chapter 7* and the *Declaration of David H. Wander, Esq. in Support of Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC, Pursuant to Section 1112(b) of the Bankruptcy Code, to Convert this Chapter 11 Reorganization to a Chapter 7 Liquidation (related document(s)249) filed by David H. Wander on behalf of Counsel Financial Holdings, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G)* (Doc nos. 249 & 250) via FedEx upon all parties set forth on Exhibit 2, and via First Class Mail upon all parties set forth on Exhibit 3.

Dated: December 3, 2019                           /s/ Alexander R. Tiktin
                                                  Alexander R. Tiktin

# EXHIBIT 1

Jeffrey Lew Liddle
420 East 54th Street
Apt. 713
New York, NY 10022
jliddle@liddlerobinson.com

Alison D. Bauer
William F. Gray, Jr.
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
abauer@foleyhoag.com
wgray@foleyhoag.com

Andrea B. Schwartz
Office of the United States Trustee (Region 2)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
andrea.b.schwartz@usdoj.gov
USTPRegion02.NYECF@usdoj.gov

Andrea M. Paparella
150 West 28th Street, Ste. 1603
New York, NY 10001
ap@andreapaparella.com

Effat S. Emamian
c/o Andrew Lavoott Bluestone
233 Broadway, Ste. 2702
New York, NY 10279
effatemamian@luxsci.net

Michael Barr
c/o Alan Heller
Garvey Schubert Barer, PC
100 Wall Street, 20th Fl.
New York, NY 10005
aheller@gsblaw.com

M&T Bank
Legal Document Processing
626 Commerce Drive
Amherst, NY 14228
jdubuc@schillerknapp.com

Counsel Financial Holdings LLC
6400 Main Street, Ste. 120
Williamsville, NY 14221
dhw@dhclegal.com

Joseph P. Day Realty
9 East 40th Street, 8th Floor
New York, NY 10016
nick8003rd@aol.com

LIG Capital
6400 Main Street, Ste. 120
Williamsville, NY 14221
dhw@dhclegal.com

800 Third Avenue Associates LLC
c/o Jeffrey Klarsfeld, Esq.
10 East 40th Street
46th Floor
New York, NY 10016
jklarsfeld@plattelaw.com

DeLage Landen Fin'l Services, Inc.
c/o Bryan E. Wolkind, Esq.
Foster & Wolkind, P.C.
80 Fifth Avenue, Suite 1401
New York, NY 10011-8002
bwolkind@foster-wolkind.com

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
rshank@kasowitz.com

Veritext New York Reporting Co
PO Box 71303
Chicago, IL 60694-1303
dneiderfer@veritext.com

Dr. Areta Podhorodecki
44 St. Marks Place
New York, NY 10003
areta.daria@gmail.com

Eisner, LLP
152 West 57th Street
48th Floor
New York, NY 10019-3310
lcorwin@eisnerlaw.com
rfoley@eisnerlaw.com

Bret Losquadro
South Shore Auto Works
19 The Green
Shirley, NY 11967
southshoreautoworks@live.com

Anthony Losquadro
4986 SouthEast Inkwood Way
Hobe Sound, FL 33455
tonmar52@aol.com

Quintus von Bonin
11 Foster Lane
Westhampton Beach, NY 11978
sqvb@vonbonin.com

Receiver of Taxes
Town of Southampton
116 Hampton Road
Southampton, NY 11968
cwatts@southamptontownny.gov

Blank Rome LLP
Attn. Finance Dept.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-2757
dmbrown@blankrome.com

CitiCard Mastercard
PO Box 9001037
Louisville, KY 40290-1037
citicards@info.citibank.com

Globe Storage & Moving Co.
c/o Law Firm of Elias Schwartz
343 Great Neck Road
Great Neck, NY 11021
afleisher@globemoving.com

Solarus Technologies
14 Penn Plaza, Suite 1402
New York, NY 10122
matthew@solarustech.com

Hon. Melvin L. Schweitzer
1050 Park Avenue, Apt 13A
New York, NY 10028
mschweit715@gmail.com

Canon Financial Services, Inc.
c/o Platzer, Swergold, Levine, Goldberg,
Katz & Jaslow, LLP
475 Park Ave South
New York, NY 10016
stephanielevine@platzerlaw.com

Iron Mountain Records Mgmt
PO Box 27128
New York, NY 10087-7128
curtis.winters@iqor.com

Bloomberg BNA
PO Box 17009
Baltimore, MD 21297-1009
dbrooks@bna.com

Rose Reverendo
811 Floral Avenue
Elizabeth, NJ 07208
rreverendo@liddlerobinson.com

Wilson Elser Moscowitz Edelman
& Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
nyasha.goodyear@wilsonelser.com

US Legal Support – TX
PO Box 4772-99
Houston, TX 77210-4772
jklok@biaprotect.com

West Group
Thomson Reuters – West
PO Box 6292
Carol Stream IL 60197-6292
jodi.newsom@lawmoss.com

Diane Nardone, Esq.
Escrow Agent
11 Fifth Avenue
New York, NY 10003
dcnardone@gmail.com

Arnold E. Reiter, Esq.
Attorney for Tara J. Liddle
Reiter Law Firm
75 Montebello Road
Suffern, NY 10901
areiter@reiterlawfirm.com

Jeffrey K. Cymbler
NYS Department of Taxation & Finance
15 MetroTech Center
Brooklyn, NY 11201
Jeffrey.Cymbler@tax.ny.gov

Wesley T. Kozeny, Esq.
Kozeny & McCubbin, LC
12400 Olive Blvd. Ste. 555
St. Louis, MO 63141
nybk@km-law.com

James Halter, Esq.
Rasco Klock Perez & Nieto, LLC
555 Fifth Avenue, 17th Fl.
New York, NY 10017
jhalter@rascoklock.com

John M. Dubuc, Esq.
Schiller, Knapp, Lefkowitz & Hertzel, LLP
950 New Loudon Road, Suite 109
Latham, NY 12110
jdubuc@schillerknapp.com

Peter B. Foster
80 Fifth Avenue
Suite 1203
New York, NY 10011-8002
pfoster@foster-wolkind.com

David Koch
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
dkoch@kasowitz.com

Joshua Siegel
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
jsiegel@kasowitz.com

Evan J. Zucker
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
ezucker@blankrome.com

Michael Wexelbaum
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
mw@dhclegal.com

Blaine Bortnick
Rasco Klock Perez & Nieto LLC
555 Fifth Avenue, 17th Floor
New York, NY 10017
bbortnick@rascoklock.com

Michael David Katz
Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158
mdk@dhclegal.com

Kara Marie Steger
Foster Garvey P.C.
100 Wall Street, 20th Floor
New York, NY 10005
kara.steger@foster.com

Steven M. Warshawsky
350 Fifth Avenue, 59th Floor
New York, NY 10118
smw@warshawskylawfirm.com

NYS DEPT. OF LABOR
STATE OFFICE CAMPUS
BLDG #12, RM #256
ALBANY, NY 12240
nysdol@labor.state.ny.us

Counsel Financial II, LLC
c/o David H. Wander, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
dhw@dhclegal.com

Randolph E. White
White & Wolnerman, PLLC
950 Third Avenue, 11th Floor
New York, NY 10022
rwhite@wwlawgroup.com

# EXHIBIT 2
# FEDEX SERVICE LIST

Honorable Sean Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York New York 10004-1408

Andrea B. Schwartz
United States Trustee (Region 2)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

# EXHIBIT 3
# FIRST CLASS MAIL SERVICE LIST

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346