```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :
In re                                                   : Chapter 11
                                                        :
JEFFREY L. LIDDLE,                                      : Case No.  19-10747 (SHL)
                                                        :
                Debtor                                  : (Jointly Administered with Case No. 19-
------------------------------------------------------- x  12346)
```

# ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred during the period commencing April 1, 2019 through October 31, 2019; and a hearing having been held before this court to consider the Application(s) on December 19, 2019; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached Schedule.

Dated: December 30, 2019         */s/ Sean H. Lane*
       New York, New York        _____
                                 HONORABLE SEAN H. LANE
                                 UNITED STATES BANKRUPTCY JUDGE

## Schedule A

Case No: 19-10747 (Jointly Administered with Case No. 19-12346)
Case Name: In re Jeffrey Lew Liddle

| | **CURRENT (FIRST) INTERIM FEE PERIOD** April 1 – October 31 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **(1) Applicant** | **(2) Date/ Document Number of Application** | **(3) Interim Fees Requested on Application** | **(4) Fees Allowed** | **(5) Fees to be Paid for Current Fee Period** | **(6) Holdback Amounts for Fee Periods** | **(7) Total Fees to be Paid** | **(8) Interim Expenses Requested** | **(9) Expenses to be Paid for Current Fee Period** |
| Foley Hoag, LLP  *Attorneys for Jeffrey Lew Liddle* | 12/05/19  Docket No. 254 | $561,953.40 | $441,882.40[1] | $441,882.40 | $110,470.60 | $441,882.40 | $10,539.41 | $9,785.42[2] |

Dated: 12/30/2019                  Initials: SHL USBJ

---

[1] In response to informal objections that the U.S. Trustee raised, Foley Hoag has agreed to reduce its fees by $9,600.40. This amount also reflects a 20% holdback that is not allowed at this time.

[2] In response to informal objections that the U.S. Trustee raised, Foley Hoag has agreed to reduce its expenses by $753.99.

| (1) Applicant | (2) Date/ Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Holdback Amounts for Fee Periods | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| EisnerAmper LLP<br><br>*Accountant for Jeffrey Lew Liddle* | 12/05/19<br><br>Docket No. 255 | $147,485.50 | $117,988.40[1] | $4,636.00[2] | $29,497.10 | $4,636.00 | $324.74 | $0[3] |
| Torys LLP<br><br>*Attorneys for Jeffrey Lew Liddle* | 11/08/19<br><br>Docket No. 228 | $135,783.60 | $108,626.88[4] | $108.626.08 | $27,156.72 | $108,626.08 | $1,282.81 | $1,282.81 |

Dated: 12/30/2019    Initials: SHL USBJ

---

[1] This amount reflects a 20% holdback that is not allowed at this time.

[2] The Debtor previously paid EisnerAmper $113,352.40 of fees requested pursuant to EisnerAmper's April, May, June, July, August, and September fee statements.

[3] The Debtor previously paid EisnerAmper $324.74 of expenses requested pursuant to EisnerAmper's April, May, June, July, August, and September fee statements.

[4] This amount reflects a 20% holdback that is not allowed at this time.