**Adjourned Hearing Date and Time: February 5, 2020 at 2:00 p.m.**

| | |
|---|---|
| Alison D. Bauer | Michael Licker |
| William F. Gray, Jr. | Meredith S. Parkinson |
| Jiun-Wen Bob Teoh | James Fullmer |
| FOLEY HOAG LLP | FOLEY HOAG LLP |
| 1301 Avenue of the Americas | Seaport West |
| 25th Floor | 155 Seaport Boulevard |
| New York, New York 10019 | Boston, Massachusetts 02210 |
| Tel: (646) 927-5500 | Tel: 617.832.1197 |
| Fax: (646) 927-5599 | Fax: 617.832.7000 |

*Attorneys for Jeffrey Lew Liddle, Debtor and Debtor-in-Possession
and Liddle & Robinson, L.L.P., Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                         :  Chapter 11
In re                                                    :
                                                         :  Case No.  19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.,[1]                             :
                                                         :  (Jointly Administered with 19-10747)
                    Debtor                               :
-------------------------------------------------------- x

-------------------------------------------------------- x
                                                         :
In re                                                    :
                                                         :  Chapter 11
JEFFREW LEW LIDDLE,                                       :
                                                         :  Case No.  19-10747(SHL)
                    Debtor                               :
-------------------------------------------------------- x  Jointly Administered with 19-12346

## NOTICE OF ADJOURNMENT OF HEARINGS

    **PLEASE TAKE NOTICE** that the Omnibus Hearing in the above captioned cases

previously scheduled to be held on January 28, 2019, and the hearings on the following matters,

previously scheduled to be held on January 9, 2019 at 2:00 p.m.  (Prevailing Eastern Time), in

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

the above captioned cases, have been adjourned and rescheduled to be held **on February 5, 2020**

**at 2:00 p.m.** or as soon thereafter as counsel may be heard, before the Honorable Sean H. Lane

at Courtroom No. 701 located at the United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, New York, New York 10004:

- Debtor's Application for Entry of an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, [19-12346 ECF No. 161 and 19-10747 ECF No. 261];

- Motion by Debtors Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of Counsel Financial II LLC, and (II) Production of Documents by Counsel Financial II LLC, Along with Related Relief [19-12346 ECF No. 181 and 19-10747 ECF No. 279];

- Motion by Debtors Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of Bank of America, N.A., and (II) Production of Documents by Bank of America, N.A., Along with Related Relief [19-12346 ECF No. 182 and 19-10747 ECF No. 280]; and

- Motion by Debtors Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of James W. Halter, and (II) Production of Documents by James W. Halter, Along with Related Relief, [19-12346 ECF No. 183 and 19-10747 ECF No. 281]

Dated: January 6, 2020
    New York, New York

Respectfully submitted,

*/s/ Alison D. Bauer*

FOLEY HOAG LLP
Alison D. Bauer
William F. Gray, Jr.
Jiun-Wen Bob Teoh
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
jteoh@foleyhoag.com
Tel:  (646) 927-5500
Fax:  (646) 927-5599

Michael Licker
Meredith S. Parkinson
James Fullmer
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
jfullmer@foleyhoag.com
Tel:  (617) 832-1197
Fax:  (617) 832-7000

*Attorneys for Jeffrey Lew Liddle, Debtor and Debtor-in-Possession and Liddle & Robinson, L.L.P., Debtor*