UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re                                                      :  Chapter 11
                                                           :  Case No. 19-10747 (SHL)
JEFFREY LEW LIDDLE,                                        :  Jointly Administered with Case No. 19-
                                                           :  12346 (SHL)
                                                           :
             Debtor                                        :  RE: Docket No. 139
---------------------------------------------------------- x

## DECLARATION OF WILLIAM F. GRAY, JR.
## REGARDING RATE INCREASE OF FOLEY HOAG LLP

William F. Gray, Jr. makes this declaration under 28 U.S.C. § 1746:

1. I am a partner at the firm of Foley Hoag LLP ("Foley Hoag"), an international law firm with an office at 1301 Avenue of the Americas, New York, New York, 10019 and offices in Boston, Massachusetts; Washington, D.C.; and Paris, France. I am duly authorized to make this declaration (the "Declaration") on behalf of Foley Hoag. I am an attorney licensed to practice law in the State of New York and am admitted to practice before this Court. I submit this Declaration to disclose rate increases effective as of January 1, 2020, in compliance with the Order Pursuant to 11 U.S.C. § 327(a), Fed R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of Foley Hoag LLP as Attorneys for the Debtor *Nunc Pro Tunc* to April 27, 2019 (the "Retention Order") [Docket No. 139], which authorized employment of Foley Hoag as attorneys for Jeffrey Lew Liddle, as debtor and debtor-in-possession (the "Debtor"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness would testify competently thereto.

2. Effective as of January 1, 2020, the billing rates for Foley Hoag's attorneys and paraprofessionals have changed. Foley Hoag's hourly rates, subject to the previously agreed 10 percent reduction, effective as of January 1, 2020, are as follows:

B5076437.1

|  | <u>2020 Rates (with discount)</u> | <u>2019 Rates (with discount)</u> |
|---|---|---|
| • Partners: | $585 to $1,148 per hour | $562.50 to $1,075.50 per hour |
| • Counsel: | $563 to $698 per hour | $571.50 to $697.50 per hour |
| • Associates: | $396 to $662 per hour | $396 to $697.50 per hour |
| • Paralegals: | $234 to $333 per hour | $225 to $319.50 per hour |

3.  The rate increases come from annual adjustments applicable to all clients and are part of the ordinary course of Foley Hoag's business. Foley Hoag believes that its fees remain reasonable and customary in accordance with Section 330 of the Bankruptcy Code, and the new rates are comparable to those used in similar circumstances by similarly skilled professionals.

4.  Pursuant to the Retention Order, in addition to filing with this Court, Foley Hoag is providing notice of rate increases to the Debtor and the United States Trustee.

Dated: January 31, 2020
New York, New York

Respectfully submitted,

FOLEY HOAG LLP
William F. Gray, Jr.
1301 Avenue of the Americas
25th Floor
New York, New York 10019
wgray@foleyhoag.com
Tel:  646.927.5500
Fax: 646.927.5599