| | |
|---|---|
| Alison D. Bauer | James Fullmer |
| William F. Gray, Jr. | Meredith S. Parkinson |
| Jiun-Wen Bob Teoh | Michael Licker |
| FOLEY HOAG LLP | FOLEY HOAG LLP |
| 1301 Avenue of the Americas | Seaport West |
| 25th Floor | 155 Seaport Boulevard |
| New York, New York 10019 | Boston, Massachusetts 02210 |
| Tel: (646) 927-5500 | Tel: 617.832.1197 |
| Fax: (646) 927-5599 | Fax: 617.832.7000 |

*Attorneys for Jeffrey Lew Liddle, Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 19-10747(SHL)
JEFFREY LEW LIDDLE, :
: Jointly Administered with 19-12346 (SHL)
          Debtor :
---------------------------------------------------------- x

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON FEBRUARY 5, 2019 AT 2:00 P.M.

Time and Date of Hearing:   February 5, 2019 at 2:00 p.m. (EST)

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, **Room 701**, One Bowling Green, New York, New York 10004

**PLEASE TAKE NOTICE** that an agenda with respect to all matters set for hearing on **February 5, 2019 at 2:00 p.m. (EST)** is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004. Note that a PACER password is required to access documents on the Court's website.

B5092943.3

# AGENDA

**I.    CASE STATUS UPDATE**

**II.   UNCONTESTED MATTERS**

    A.    Debtor's Application for Entry of an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof **[19-10747 ECF No. 261]**

          1.    **Related Documents**: Notice of Filing Revised Proposed Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof **[19-19747 ECF No. 303]**

          2.    **Status**: Going forward

    B.    Motion by Debtor for Entry of an Order Further Extending the Debtor's Exclusive Period to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code **[19-10747 ECF No. 289]**

          1.    **Status**: Going forward

**III.  ADJOURNED ITEMS**

    A.    Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC, Pursuant to Section 1112(b) of the Bankruptcy Code, to Convert this Chapter 11 Reorganization to a Chapter 7 Liquidation **[19-10747 ECF No. 249]**

          1.    **Related Documents**:

              (i)    Declaration of David H. Wander, Esq. in Support of Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC, Pursuant to Section 1112(b) of the Bankruptcy Code, to Convert this Chapter 11 Reorganization to a Chapter 7 Liquidation **[19-10747 ECF No. 250]**

              (ii)    Objection by Debtor Jeffrey Lew Liddle to Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC Pursuant to § 1112(b) of the Bankruptcy Code, to Convert This Chapter 11 Reorganization to a Chapter 7 Liquidation **[19-10747 ECF No. 263]**

                  i.    Affidavit of Jeffrey Lew Liddle in Opposition to the Conversion Motions **[19-10747 ECF No. 263-1]**

    ii.    Declaration of Allen Willen in Support of Omnibus Objection by Debtor Liddle & Robinson, L.L.P. and Objection by Debtor Jeffrey Lew Liddle **[19-10747 ECF No. 263-2]**

(iii)    Reply by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC in Further Support of Their Motions to Convert Debtors' Chapter 11 Reorganizations to Chapter 7 Liquidations **[19-10747 ECF No. 271]**

    i.    Declaration of David H. Wander in Further Support of Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC Pursuant to § 1121(b) of the Bankruptcy Code, to Convert this Chapter 11 Reorganization to a Chapter 7 Liquidation **[19-10747 ECF No. 272]**

    ii.    Declaration of Megan Payne in Further Support of Motions by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC Pursuant to § 1121(b) of the Bankruptcy Code, to Convert these Chapter 11 Reorganizations to Chapter 7 Liquidations **[19-10747 ECF No. 273]**

    iii.    Declaration of Richard Silverstein in Connection with Motions by Counsel Financial Entities to Convert Debtors' Chapter 11 Reorganizations to Chapter 7 Liquidations **[19-10747 ECF No. 274]**

    iv.    Declaration of Ronald J. Soluri, Jr., CPA in Further Support of Motions by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC Pursuant to § 1121(b) of the Bankruptcy Code, to Convert these Chapter 11 Reorganizations to Chapter 7 Liquidations **[19-10747 ECF No. 275]**

    v.    Declaration of Glenn Philips in Further Support of Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC Pursuant to § 1121(b) of the Bankruptcy Code, to Convert this Chapter 11 Reorganization to a Chapter 7 Liquidation **[19-10747 ECF No. 276]**

    vi.    Declaration of Larry Hutcher in Further Support of Motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC Pursuant to § 1121(b) of

        the Bankruptcy Code, to Convert these Chapter 11 Reorganizations to Chapter 7 Liquidations **[19-10747 ECF No. 277]**

    2. **Status**: Motion has been adjourned by consent of all parties until a date to be determined in March 2020.

B. Motion by Debtors Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of Counsel Financial II LLC, and (II) Production of Documents by Counsel Financial II LLC, Along with Related Relief **[19-10747 ECF No. 279]**

    1. **Related Documents**:

        (i) Objection by Counsel Financial II to Motion for an Order Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code for an Order Directing (I) Examination of Counsel Financial II LLC, and (II) Production of Documents by Counsel Financial II LLC, Along with Related Relief **[19-10747 ECF No. 293]**

    2. **Status**: Motion has been adjourned by consent of all parties until a date to be determined in March 2020.

C. Motion by Debtors Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of Bank of America, N.A., and (II) Production of Documents by Bank of America, N.A., Along with Related Relief **[19-10747 ECF No. 280]**

    1. **Related Documents**:

        (i) Objection by Counsel Financial II to Motion for an Order Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code for an Order Directing (I) Examination of Bank of America, N.A., and (II) Production of Documents by Bank of America, N.A., Along with Related Relief **[19-10747 ECF No. 300]**

        (ii) Joinder/Objection by Bank of America N.A. to Motion for an Order Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code for an Order Directing (I) Examination of Bank of America, N.A., and (II) Production of Documents by Bank of America, N.A. **[19-10747 ECF No. 301]**

    2. **Status**: Motion has been adjourned by consent of all parties until a date to be determined in March 2020.

B5092943.3

D.     Motion by Debtors Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of James W. Halter, and (II) Production of Documents by James W. Halter., Along with Related Relief **[19-10747 ECF No. 281]**

       1.    **Related Documents**: Objection and Declaration by James Halter in Opposition to Motion Pursuant to Bankruptcy Rule 2004 and Section 105(a) of the Bankruptcy Code Directing (I) Examination of James W. Halter, and (II) Production of Documents by James W. Halter, Along with Related Relief **[19-10747 ECF No. 296]**

       2.    **Status**: Motion has been adjourned by consent of all parties until a date to be determined in March 2020.

E.     VW Credit, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) & (2) **[19-10747 ECF No. 77]**

       1.    **Status**: Motion has been adjourned by consent of all parties until the February 20, 2020 omnibus hearing.

F.     Motion by M&T Bank for Relief from Stay re: 560 Main Street, Southampton Town, NY 11978 **[19-10747 ECF No. 107]**

       1.    **Related Documents**:

             (i)    Memorandum of Law in Support of Motion for Relief from Stay re: 560 Main Street, Southampton Town, NY 11978 **[19-10747 ECF No. 108]**

       2.    **Status**: Motion has been adjourned by consent of all parties until the February 20, 2020 omnibus hearing.

G.     Motion by Creditor Michael Barr to Lift Automatic Stay **[19-10747 ECF No. 168]**

       1.    **Related Documents**:

             (i)    Affirmation in Support of Motion of Michael Barr for Entry of and Order Lifting the Automatic Stay **[19-10747 ECF No. 169]**

             (ii)    Notice of Adjournment of Hearing to Consider the Motion to Lift Automatic Stay by Creditor Michael Barr **[19-10747 ECF No. 193]**

             (iii)    Notice of Adjournment of Hearing to Consider the Motion to Lift Automatic Stay by Creditor Michael Barr **[19-10747 ECF No. 230]**

             (iv)    Notice of Adjournment of Hearing to Consider the Motion to Lift Automatic Stay by Creditor Michael Barr **[19-10747 ECF No. 260]**

B5092943.3

2. **Status**: Motion has been adjourned to a date to be determined by the parties.

Dated: February 3, 2019
     New York, New York

Respectfully submitted,

/s/ Alison D. Bauer
FOLEY HOAG LLP
Alison D. Bauer
William F. Gray, Jr.
Jiun-Wen Bob Teoh
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
jteoh@foleyhoag.com
Tel:  646.927.5500
Fax:  646.927.5599

Michael Licker
Meredith S. Parkinson
James Fullmer
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
jfullmer@foleyhoag.com
Tel: 617.832.1197
Fax: 617.832.7000

*Attorneys for Jeffrey Lew Liddle, Debtor and Debtor-in-Possession*

B5092943.3