**Fill in this information to identify your case:**

Debtor 1: **Jeffrey Lew Liddle**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **19-10747**

☑ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**800 Third Avenue Assoc LLC**
**10 East 40th Street, 46th Fl**
**New York, NY 10016**

What is the nature of the claim?   **landlord-guarantee**   $ **$456,223.09**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**c/o Jeffrey Klarsfeld, Esq.**
Contact
**(212) 726-4423**
Contact phone

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim:   $ _____

**2**
**Andrea M. Paparella**
**150 West 28th St., Suite 1603**
**New York, NY 10001**

What is the nature of the claim?   **equal pay discrim. lawsuit**   $ **$32,000,000.00**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Steven M. Warshawsky**
Contact
**(212) 601-1980**
Contact phone

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim:   $ _____

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jeffrey Lew Liddle | Case number (if known) | 19-10747 |
|---|---|---|---|

### 3

**Anthony Losquadro**
4986 SouthEast Inkwood Way
Hobe Sound, FL 33455

What is the nature of the claim?  **personal loan**   $ **$100,000.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

**Anthony Losquadro**
Contact

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____

**(631) 921-2682**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

### 4

**Blank Rome**
130 North 18th Street
Philadelphia, PA 19103

What is the nature of the claim?  **legal fees**   $ **$83,269.58**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

**Lisa McLeod**
Contact

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____

**(215) 988-3084**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

### 5

**Bret Losquadro**
19 The Green
South Shore Auto Works
Shirley, NY 11967

What is the nature of the claim?  **personal loan**   $ **$12,000.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

**Bret Losquadro**
Contact

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____

**(631) 281-0572**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

### 6

**Citicard Mastercard**
6716 Grade Lane, Bldg. 9
Suite 910
Louisville, KY 40213

What is the nature of the claim?  **credit card balance**   $ **$67,070.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

**Customer Service**
Contact

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____

**(888) 766-2484**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jeffrey Lew Liddle | Case number (if known) | 19-10747 |
|---|---|---|---|

### 7. DeLage Landen Fin'l Services I
80 Fifth Avenue, Ste 1401
New York, NY 10011

**What is the nature of the claim?** guarantor-lease charge — **$197,310.50**

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

Contact: **Bryan E. Wolkind, Esq.**
Contact phone: **(212) 691-2313**

### 8. Diane Nardone
11 Fifth Avenue
New York, NY 10003

**What is the nature of the claim?** legal fees — **$10,000.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

Contact: **Diane Nardone**
Contact phone: **(917) 318-7739**

### 9. DiSalvo Contracting Co., Inc.
4214 Third Avenue
Brooklyn, NY 11232

**What is the nature of the claim?** construction services — **$6,980.79**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

Contact: **John Lentini**
Contact phone: **(718) 832-9400**

### 10. Discover Platinum Card
PO Box 6103
Carol Stream, IL 60197

**What is the nature of the claim?** credit card balance — **$18,860.69**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim: $ _____

Contact: **Lisa Garbrandt**
Contact phone: **(800) 347-5516**

| Debtor 1 | Jeffrey Lew Liddle | Case number (if known) | 19-10747 |
|---|---|---|---|

### 11

**Dr. Areta Podhororecki**
**/Zen Chernyk**
**44 St. Marks Place**
**New York, NY 10003**

**Dr. Areta Podhororecki**
Contact

**(212) 529-5966**
Contact phone

What is the nature of the claim?   **personal loan**   $ **$40,000.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

### 12

**Effat S. Emamian**
**233 Broadway, Suite 2702**
**c/o Andrew Lavoott Bluestone**
**New York, NY 10279**

**Andrew Lavoot Bluestone**
Contact

**(212) 791-5600**
Contact phone

What is the nature of the claim?   **legal malpractice suit**   $ **$2,000,000.00**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

### 13

**Eisner, P.C.**
**152 West 57th St., 48th Floor**
**New York, NY 10019**

**Michael Eisner**
Contact

**(646) 876-2600**
Contact phone

What is the nature of the claim?   **legal fees**   $ **$138,948.42**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jeffrey Lew Liddle | | Case number *(if known)* | 19-10747 |
|---|---|---|---|---|

### 14

**Kasowitz Benson Torres LLP**
1633 Broadway
New York, NY 10019

Joshua Siegel, Esq.
Contact

(212) 506-1700
Contact phone

What is the nature of the claim? **Legal fees**  $ **$208,730.59**

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

### 15

**Kramer Brothers**
580 5th Avenue, #821
New York, NY 10036

Kenneth Burg
Contact

(212) 869-5000
Contact phone

What is the nature of the claim? **jewelry services**  $ **$19,044.38**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

### 16

**Long Island Wine Transporters & Storage**
PO Box 70
East Moriches, NY 11940

Rinaldo Barbarich
Contact

(516) 807-5011
Contact phone

What is the nature of the claim? **wine storage**  $ **$6,851.92**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

| Debtor 1 | **Jeffrey Lew Liddle** | | Case number *(if known)* | **19-10747** |

**17**

**Michael Barr c/o
Garvey Schubert Barer
100 Wall St. 20th Floor
New York, NY 10005**

**Alan A. Heller, Esq.**
Contact

**(212) 965-4526**
Contact phone

What is the nature of the claim?   **Legal Malpractice suit**   $ **$3,135,991.44**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $
    Value of security:   - $
    Unsecured claim   $

**18**

**Quintus Von Bonin
11 Foster Lane
Westhampton Beach, NY 11978**

**Quintus Von Bonin**
Contact

**(917) 913-2730**
Contact phone

What is the nature of the claim?   **personal loan**   $ **$22,000.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $
    Value of security:   - $
    Unsecured claim   $

**19**

**Richard Kates & Carina Rao
47 Mercer Street, 5th Floor
New York, NY 10013**

**Richard Kates**
Contact

**(917) 767-9334**
Contact phone

What is the nature of the claim?   **personal loan**   $ **$26,500.00**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)   $
    Value of security:   - $
    Unsecured claim   $

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Jeffrey Lew Liddle | | Case number *(if known)* | **19-10747** |

| | | | | |
|---|---|---|---|---|
| **20** | Town of Southampton<br>116 Hampton Road<br>Southampton, NY 11968 | What is the nature of the claim? | property taxes | $ $54,553.21 |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply | | |
| | **Clerk's Office** | Does the creditor have a lien on your property? | | |
| | _____<br>Contact | ☑ No<br>☐ Yes. Total claim (secured and unsecured) | | $ _____ |
| | **(631) 702-2470**<br>Contact phone | Value of security:<br>Unsecured claim | -$ _____<br>$ _____ | |

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_        X _____
Jeffrey Lew Liddle                 Signature of Debtor 2
Signature of Debtor 1

Date    Feb. 3, 2020           Date _____