Arnold E. Reiter, LLC
75 Montebello Road
Suffern, New York 10901
845-357-2215
areiter@reiterlawfirm.com
*Attorney for Tara Liddle*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x

In re:

JEFFREY LEW LIDDLE,

          Debtor.

Case No. 19-10747 (shl)

-------------------------------------------------x    Adv. Pro. No. 19-01147

TARA LIDDLE,

          Plaintiff,

  -against-

COUNSEL FINANCIAL II, LLC,

          Defendant.

-------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that by consent of the parties, the return date on the Motion by *Tara Liddle*, pursuant to 11 U.S.C. § 1112(b), to dismiss the Defendant's Counterclaim [Docket #17] has been adjourned from April 16, 2020 at 10:00 a.m. to June 18, 2020 at 10:00 a.m.

Dated: Suffern, New York
       April 1, 2020

                                Respectfully,
                                REITER LAW FIRM

                                By: _____
                                Arnold E. Reiter, Esq.
                                75 Montebello Road
                                Suffern, New York 10901
                                845-357-2215
                                areiter@reiterlawfirm.com
                                *Attorney for Tara Liddle*

TO: **David H. Wander, Esq.**
**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**New York, NY 10158**
*Attorney for Counsel Financial II, LLC*