

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*          *(212) 510-0500*
*Room 1006*                  *Fax: (212) 668-2255*
*New York, New York 10014*

**CONVERTED CASE MEMORANDUM**

TO:            Case Administration-Judge Team for Judge Lane

FROM:          William K. Harrington
               United States Trustee

PREPARED BY:   Mary Moroney

DATE:          June 24, 2020

RE:            Appointment of Chapter 7 Trustee - Converted Case
               From Chapter 11 case to Chapter 7 - And Scheduling
               of Section 341(a) Meeting To Be Noticed by Clerk's
               Office
---------------------------------------------------------------

The below listed case has been reviewed.

**Angela Tese Milner** has been selected as the interim trustee for the case. Her address is **One Minetta Lane, New York, New York, New York 10012. Telephone (212) 475-3673 Fax (212) 598-5846.**

The 341(a) meeting for the case will be held telephonically with Angela Tese Milner as the trustee on **July 30, 2020** at the time indicated below:

CONVERTED CHAPTER (11) CASE TO CHAPTER 7 NO ASSET CASE

**11:00 A.M.**

JEFFREY LEW LIDDLE                          19-10747 (SHL)

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

In Re:

JEFFREY LEW LIDDLE,                      19-10747 (SHL)

    Debtor(s).


```
              APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
                  AND DESIGNATION OF REQUIRED BOND
```

    **Angela Tese-Milner** of New York, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s). See 11 U.S.C. 701(c). If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office. See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a). In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.


Dated:  New York, New York
        June 24, 2020

                                  <u>William K. Harrington</u>
                                  William K. Harrington
                                  United States Trustee
                                  201 Varick Street, Room 1006
                                  New York, New York 10014