**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
  In re:

Jeffrey Lew Liddle,

                           Debtor.
---------------------------------------------------------------x

Chapter 7
Case No. 19-10747 (SHL)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 11 case on behalf of Tara Liddle, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given to and served upon the following:

> White & Wolnerman, PLLC
> Attn: Randolph E. White
> 950 Third Avenue, 11th Floor
> New York, New York 10022
> (212) 308 – 0667
> rwhite@wwlawgroup.com

       **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to any mailing matrix.

       **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly reserved.

Dated: New York, New York
July 16, 2020

**WHITE & WOLNERMAN, PLLC**

By: /s/ Randolph E. White
Randolph E. White
950 Third Avenue, 11th Floor
New York, NY 10022
(212) 308-0667

*Attorneys for Tara Liddle*