UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
In re:

    Jeffrey Lew Liddle,                              Case No. 19-10747 (PB)
                                                          Chapter 7 Case

               Debtor.
───────────────────────────────X

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
AND AUTHORIZING THE TRUSTEE'S FINAL
<u>REPORT AND DISTRIBUTION</u>**

Angela Tese-Milner, Chapter 7 Trustee ("**Trustee**"), in the bankruptcy case of Jeffrey Lew Liddle, ("**Debtor**"), having submitted her Amended Final Report (as defined below) and applications (1) for allowance of final compensation and reimbursement of expenses for professional services rendered and expenses for the Chapter 7 Trustee, and the professionals employed by the Trustee pursuant to orders of retention, and (2) to authorize the Trustee's Amended Final Report ("**Amended Final Report**") and a distribution to creditors (hereinafter, collectively referred to as the "**Applications**") [ECF Nos. 630 and 636]; and notice having been given to all interested parties, pursuant to Rules 2002(a)(6) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and the only objection to the Amended Final Report having been resolved; and, for the reasons stated on the record of the hearing held on May 2, 2023, the objections to the first and final fee application of the law offices of Tese-Milner as counsel to Angela Tese-Milner, Chapter 7 Trustee, and the final application of Archer & Greiner, P.C., counsel for the Chapter 7 Trustee (the "**Objections**"), having been overruled; and the Court having reviewed the Applications and issued its ruling at the hearing on May 2, 2023; and the relief requested

appearing fair and reasonable, and that the fees and expenses of the Attorneys for the Trustee and her professionals should be granted in their entirety; and sufficient cause having been shown; now therefore, it is hereby

**ORDERED** that the Objections are overruled in their entirety; and it is further

**ORDERED**, that the Applications be and they hereby are approved and granted in the amounts set forth in Fee Schedules A and B, annexed hereto; and it is further

**ORDERED**, that the Amended Final Report, and proposed distribution therein, filed by the Trustee, be and it hereby is approved and authorized.

**IT IS SO ORDERED.**

Dated: New York, New York
      May 3, 2023

                                           /s/ Philip Bentley
                                          **Honorable Philip Bentley**
                                          **United States Bankruptcy Judge**

Schedule A

## CURRENT FEE PERIOD

Case Name: **Jeffrey Lew Liddle**   6/18/2020 to 04/01/2023
Case No. 19-10747 (PB)

| (1) Applicant | (2) Date/Document Number of Application | (3) Final Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Final Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| The Law offices of Tese & Milner Counsel for the Trustee | 4/26/2023 ECF 630 & 636 | $208,743.25 Reduced from $220,965.50 | $208,743.25 | $208,743.25 | 0 | $208,743.25 | 0 | 0 |
| Angela Tese-Milner Chapter 7 Trustee | 4/26/2023 ECF 630 & 636 | $153,791.56 | $153,374.56 | $153,374.56 | 0 | $153,374.56 | $2,085.50 | $2,085.50 |
| Gary R. Lampert, CPA Accountant for Trustee | 4/26/2023 ECF 630 & 636 | $22,923.00 | $22,923.00 | $22,923.00 | 0 | $22,923.00 | $531.91 | $531.91 |
| Archer & Greiner, PC | 4/26/2023 ECF 630 & 636 | $179,531.00 | $179,531.00 | $179,531.00 | 0 | $179,531.00 | $807.37 | $807.37 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Attorney for the Trustee | | | | | | | | |
| MYC Associates, Inc. Special Liquidator for Trustee | 4/26/2023 ECF 568 | $13,000.00 | $13,000.00 | $13,000.00 | 0 | $13,000.00 | $1,700.00 | $1,700.00 |

Date On Which Order Was Signed: May 3, 2023      Initials: <u>PB</u> USBJ

Schedule B

# FINAL FEE APPLICATION TOTALS

Case Name: **Jeffrey Lew Liddle**                6/18/2020 to 04/01/2023
Case No. 19-10747 (PB)

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| The Law Firm of Tese & Milner, Attorneys for the Trustee | $208,743.25 Reduced from $220,965.50 | $208,743.25 | $0 | $0 |
| Angela Tese-Milner as Trustee | $153,791.56 | $153,374.56 | $2,085.50 | $2,085.50 |
| Gary R. Lampert, CPA Accountant for the Trustee | $22,923.00 | $22,923.00 | $531.91 | $531.91 |
| Archer & Greiner, PC Attorney for the Trustee | $179,531.00 | $179,531.00 | $807.37 | $807.37 |
| MYC Associates, Inc. Special Liquidator for Trustee | $13,000.00 | $13,000.00 | $1,700.00 | $1,700.00 |

Date on which Order was signed: May 3, 2023            Initials: <u>PB</u> U.S.B.J.