# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
|  | § | |
| Jeffrey Lew Liddle et al | § | Case No. 19-10747 |
|  | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Angela G. Tese-Milner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,822,597.84 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,971,401.82 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 1,342,509.62 | |

3) Total gross receipts of $4,351,385.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $37,473.74 (see **Exhibit 2**), yielded net receipts of $4,313,911.44 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,462,906.33 | $18,321,004.99 | $9,468,519.52 | $2,971,401.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,016,933.47 | 964,579.64 | 964,579.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 1,864,791.17 | 983,339.26 | 377,929.98 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 252,873.89 | 214,517.33 | 214,517.33 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,030,975.62 | 147,653,565.26 | 147,653,565.26 | 0.00 |
| TOTAL DISBURSEMENTS | $77,746,755.84 | $169,070,812.22 | $159,284,521.01 | $4,313,911.44 |

4) This case was originally filed under chapter 11 on 03/11/2019, and it was converted to chapter 7 on 06/24/2020. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2023                   By:/s/Angela G. Tese-Milner
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home  554 Main Street Quiogue NY 11978 Suffolk county | 1110-000 | 899,975.00 |
| Single Family Home  560 Main Street Quiogue NY 11978 Suffolk county | 1110-000 | 2,999,975.00 |
| v. Counsel Financial II, L.L.C. (?CF II?), for violation of N.Y.G.O.L. re: usury; LenderLiability (interference with obtaining other financing); LenderLiability (attempting forced saleof firm to CF II ? backed firm); tortious interference with | 1129-000 | 10,000.00 |
| wine (owned with wife and daughter, and not readily ascertainable value) | 1129-000 | 130,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 471.27 |
| Single Family Home  554 Main Street Quiogue NY 11978 Suffolk county | 1280-000 | 100,000.00 |
| Sellers Credits | 1290-000 | 12,461.39 |
| Wells Fargo Account 1619 | 1290-010 | 144,330.33 |
| Wells Fargo Bank Account 6143 | 1290-010 | 54,172.19 |
| TOTAL GROSS RECEIPTS | | $4,351,385.18 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeffrey Lew Liddle | Exemptions | 8100-000 | 23,573.74 |
| Jeffrey Lew Liddle | Exemptions | 8100-002 | 13,900.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $37,473.74 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Counsel Financial II, LLC | | 6,546,448.83 | NA | NA | 0.00 |
| | DeLage Landen Fin'l Services Inc. | | 197,310.50 | NA | NA | 0.00 |
| | M&T Bank | | 2,672,254.00 | NA | NA | 0.00 |
| | VW Credit, Inc. | | 0.00 | NA | NA | 0.00 |
| | White & Wolnerman, PLLC | | 46,893.00 | NA | NA | 0.00 |
| 14 | M & T Bank | 4110-000 | NA | 3,098,213.77 | 2,900,000.00 | 2,900,000.00 |
| 18 | Counsel Financial Holdings LLC | 4210-000 | NA | 2,157,154.00 | 0.00 | 0.00 |
| 20.2 | Counsel Financial Holdings LLC | 4210-000 | NA | 6,497,117.70 | 6,497,117.70 | 0.00 |
| 20 | Counselor Financial II LLC | 4210-000 | NA | 6,541,925.00 | 44,807.30 | 44,807.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Long Island Wine Transporters & Storage | 4210-000 | NA | 17,357.68 | 17,357.68 | 17,357.68 |
| | Town of Southampton | 4700-000 | NA | 9,236.84 | 9,236.84 | 9,236.84 |
| TOTAL SECURED CLAIMS | | | $9,462,906.33 | $18,321,004.99 | $9,468,519.52 | $2,971,401.82 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Angela G. Tese-Milner | 2100-000 | NA | 153,374.56 | 153,374.56 | 153,374.56 |
| Angela G. Tese-Milner | 2200-000 | NA | 2,085.50 | 2,085.50 | 2,085.50 |
| International Sureties Inc. | 2300-000 | NA | 405.36 | 405.36 | 405.36 |
| International Sureties, LTD. | 2300-000 | NA | 323.33 | 323.33 | 323.33 |
| Vintage Wine Warehouse | 2410-000 | NA | 8,199.25 | 8,199.25 | 8,199.25 |
| MYC & Associates Inc. | 2420-000 | NA | 7,746.23 | 7,746.23 | 7,746.23 |
| MYC & Associates, Inc. | 2420-000 | NA | 0.00 | 16,816.17 | 16,816.17 |
| Phoenix Excess & Surplus Line of NY Inc. | 2420-000 | NA | 20,919.56 | 20,919.56 | 20,919.56 |
| Axos Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| Signature Bank | 2600-000 | NA | 28,121.54 | 28,121.54 | 28,121.54 |
| NYS Income Tax | 2820-000 | NA | 848.00 | 848.00 | 848.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee | 2950-000 | NA | 1,296.56 | 1,296.56 | 1,296.56 |
| Suffolk County Comptroller | 2990-000 | NA | 10,835.19 | 10,835.19 | 10,835.19 |
| Tara Liddle | 2990-000 | NA | 85,920.00 | 16,750.00 | 16,750.00 |
| The Permit Man | 2990-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Tese & Milner | 3110-000 | NA | 208,743.25 | 208,743.25 | 208,743.25 |
| Archer & Greiner, P.C. | 3210-000 | NA | 179,531.00 | 179,531.00 | 179,531.00 |
| P. C. Archer & Greiner | 3220-000 | NA | 807.37 | 807.37 | 807.37 |
| Gary Lampert CPA | 3410-000 | NA | 22,923.00 | 22,923.00 | 22,923.00 |
| Gary Lampert, CPA | 3420-000 | NA | 531.91 | 531.91 | 531.91 |
| Daniel Gale International Realty | 3510-000 | NA | 119,998.50 | 119,998.50 | 119,998.50 |
| MYC & Associates, Inc. | 3510-000 | NA | 143,976.00 | 143,976.00 | 143,976.00 |
| MYC Associates Inc. as Special Liquidator | 3610-000 | NA | 13,000.00 | 13,000.00 | 13,000.00 |
| MYC Associates, Inc. as Special Liquidator | 3620-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| Richard J Lynne | 3731-000 | NA | 4,038.75 | 4,038.75 | 4,038.75 |
| Richard J Lyne, CPA | 3732-000 | NA | 108.61 | 108.61 | 108.61 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $1,016,933.47 | $964,579.64 | $964,579.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Foley Hoag | 6210-000 | NA | 10,808.47 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Foley Hoag LLP | 6210-000 | NA | 1,741,286.88 | 870,643.44 | 334,617.23 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Torys LLP | 6210-000 | NA | 27,156.72 | 27,156.72 | 10,437.23 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): EisnerAmper | 6410-000 | NA | 75,379.10 | 75,379.10 | 28,970.69 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): Richard J Lyne, CPA | 6410-000 | NA | 9,918.75 | 9,918.75 | 3,812.11 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm): EisnerAmper | 6420-000 | NA | 202.50 | 202.50 | 77.83 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm): Richard J Lyne, CPA | 6420-000 | NA | 38.75 | 38.75 | 14.89 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $1,864,791.17 | $983,339.26 | $377,929.98 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept of Treasury - IRS | | 123,195.69 | NA | NA | 0.00 |
| | New York State Dept of Labor | | 0.00 | NA | NA | 0.00 |
| | New York State Tax & Finance Dept | | 34,423.26 | NA | NA | 0.00 |
| | Town of Southhampton | | 95,254.94 | NA | NA | 0.00 |
| 7 | Department of the Treasury | 5800-000 | NA | 10,979.96 | 10,979.96 | 0.00 |
| 1 | New York State Department of Taxation & Finance | 5800-000 | NA | 203,537.37 | 203,537.37 | 0.00 |
| 6 | NYS Department of Labor | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $252,873.89 | $214,517.33 | $214,517.33 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 800 Third Avenue Associates LLC | | 426,000.00 | NA | NA | 0.00 |
| | Andrea M. Paprella | | 32,000,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthony Losquadro | | 100,000.00 | NA | NA | 0.00 |
| | Aphrodite Cleaners | | 582.30 | NA | NA | 0.00 |
| | Bank of America | | 2,798.78 | NA | NA | 0.00 |
| | Bellringer Communications | | 404.09 | NA | NA | 0.00 |
| | Benjamin Motors, Inc | | 1,073.16 | NA | NA | 0.00 |
| | Blank Rome | | 83,269.58 | NA | NA | 0.00 |
| | Bret Losquadro c/o South Shore Auto Works | | 105,000.00 | NA | NA | 0.00 |
| | Brooks Brothers | | 373.13 | NA | NA | 0.00 |
| | Citicard Mastercard | | 67,070.00 | NA | NA | 0.00 |
| | Corporate Habitat NY LLC | | 7,500.00 | NA | NA | 0.00 |
| | Counsel Financial Holdings LLC | | 1,908,621.00 | NA | NA | 0.00 |
| | Cousel Financial II, LLC, c/o Davidoff Hutcher Citron | | 6,546,448.83 | NA | NA | 0.00 |
| | DeLage Landen Fin'l Services Inc. | | 197,310.50 | NA | NA | 0.00 |
| | Diane C. Nardone | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DiSalvo Contractoring Co., Inc | | 6,980.79 | NA | NA | 0.00 |
| | Discover Platinum Card | | 18,860.69 | NA | NA | 0.00 |
| | Doubles | | 4,181.97 | NA | NA | 0.00 |
| | Dr Erwin M Siegel | | 440.00 | NA | NA | 0.00 |
| | Dr. Areta Podhororecki/Zen Chernyk | | 140,000.00 | NA | NA | 0.00 |
| | Dr. Gerald Curatola, DDS | | 1,991.20 | NA | NA | 0.00 |
| | Dr. Yale Kroll | | 675.00 | NA | NA | 0.00 |
| | Effat S. Emamian, c/o Andrew Lavcott Bluestone | | 15,000,000.00 | NA | NA | 0.00 |
| | Eisner, P.C. | | 138,948.42 | NA | NA | 0.00 |
| | Excelsior P&H Inc. | | 238.14 | NA | NA | 0.00 |
| | Global Storage & Moving Co., Inc | | 55,556.63 | NA | NA | 0.00 |
| | H.R. Culver Plumbing Company, Inc | | 543.13 | NA | NA | 0.00 |
| | Hampton Pool Works | | 551.82 | NA | NA | 0.00 |
| | HUrricane Irrigation LLC | | 152.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J. Evans Landscape Design & Maintenance | | 2,870.00 | NA | NA | 0.00 |
| | Kasowitz Benson Torres LLP | | 208,730.59 | NA | NA | 0.00 |
| | Kramer Brother | | 19,044.38 | NA | NA | 0.00 |
| | Leslie DiRusso | | 810.00 | NA | NA | 0.00 |
| | LIG Capital | | 634,910.00 | NA | NA | 0.00 |
| | Long Island Wine Transporters & Storage | | 6,851.92 | NA | NA | 0.00 |
| | M&T Bank | | 3,693,181.47 | NA | NA | 0.00 |
| | Michael Barr c/o Garvey Schubert Barer | | 6,500,000.00 | NA | NA | 0.00 |
| | Optimum | | 766.80 | NA | NA | 0.00 |
| | Plantscape Property Design Ixnc. | | 3,125.50 | NA | NA | 0.00 |
| | Potenzano Irrogation & Lighting Inc | | 201.42 | NA | NA | 0.00 |
| | PSEG Log Island | | 4,594.03 | NA | NA | 0.00 |
| | Quintus Von Bonin | | 100,000.00 | NA | NA | 0.00 |
| | Richard Kates & Carina Rao | | 26,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SCWA - 554 Main | | 179.71 | NA | NA | 0.00 |
| | Sea Breeze Tennis, Inc | | 782.10 | NA | NA | 0.00 |
| | Smyth Nora, LLP | | 2,120.00 | NA | NA | 0.00 |
| | South Fork Storage Corp. | | 1,944.39 | NA | NA | 0.00 |
| | Swezey Fuel - 554 Main | | 1,872.23 | NA | NA | 0.00 |
| | Tom Covino | | 1,000.00 | NA | NA | 0.00 |
| | VW Credit, Inc. Asset Resolution | | 4,813.90 | NA | NA | 0.00 |
| | Weigong Zhang | | 1,050.00 | NA | NA | 0.00 |
| | Winters Bros East End | | 55.94 | NA | NA | 0.00 |
| 41 | alexis Liddle | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | American Express National Bank | 7100-000 | NA | 19,652.25 | 19,652.25 | 0.00 |
| 16 | Andrea M. Paparella | 7100-000 | NA | 32,305,000.00 | 32,305,000.00 | 0.00 |
| 43 | Anthony LoSquadro | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 28 | Blaine H Bortnick | 7100-000 | NA | 37,981,812.00 | 37,981,812.00 | 0.00 |
| 17 | Blank Rome LLP | 7100-000 | NA | 83,269.58 | 83,269.58 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Business Intelligence Associates | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 30 | David Greenberger, I | 7100-000 | NA | 32,653,534.00 | 32,653,534.00 | 0.00 |
| 33 | David Marek | 7100-000 | NA | 581,810.81 | 581,810.81 | 0.00 |
| 26 | De Lage Landen Financial Services, Inc. | 7100-000 | NA | 205,484.02 | 205,484.02 | 0.00 |
| 7-3 | Department of the Treasury | 7100-000 | NA | 95,830.58 | 95,830.58 | 0.00 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | NA | 18,860.69 | 18,860.69 | 0.00 |
| 21 | Dr. Areta Podhororecki/Zen Chernyk | 7100-000 | NA | 40,000.00 | 40,000.00 | 0.00 |
| 36 | Effat S Emamian | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | EisnerAmper, LLP | 7100-000 | NA | 138,948.42 | 138,948.42 | 0.00 |
| 32 | Ethan A Brecher | 7100-000 | NA | 456,223.09 | 456,223.09 | 0.00 |
| 24 | Globe Storage & Moving Co. Inc. | 7100-000 | NA | 55,556.63 | 55,556.63 | 0.00 |
| 23 | H.R. Culver Plumbing Co. | 7100-000 | NA | 543.13 | 543.13 | 0.00 |
| 13-2 | James Halter | 7100-000 | NA | 32,127,586.00 | 32,127,586.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31 | Jonathan L Flaxer, Chapter 11 Trustee for L&R | 7100-000 | NA | 6,750,000.00 | 6,750,000.00 | 0.00 |
| 3 | Kasowitz Benson Torres LLP | 7100-000 | NA | 208,730.59 | 208,730.59 | 0.00 |
| 19 | LIG Capital LLC | 7100-000 | NA | 539,007.44 | 539,007.44 | 0.00 |
| 11 | Michael Barr | 7100-000 | NA | 3,135,991.50 | 3,135,991.50 | 0.00 |
| 27 | Plantscape Property Design Inc. | 7100-000 | NA | 2,764.51 | 2,764.51 | 0.00 |
| 4 | PSEG LI | 7100-000 | NA | 4,544.84 | 4,544.84 | 0.00 |
| 29 | Richard W Kates | 7100-000 | NA | 26,850.35 | 26,850.35 | 0.00 |
| 37 | Richard W Kates & Carina Rao | 7100-000 | NA | 27,881.00 | 27,881.00 | 0.00 |
| 22 | South Fork Storage Corp | 7100-000 | NA | 31,385.75 | 31,385.75 | 0.00 |
| 10 | VW Credit Leasing, Ltd | 7100-000 | NA | 15,404.48 | 15,404.48 | 0.00 |
| 9 | White & Wolneman, PLLC | 7100-000 | NA | 46,893.60 | 46,893.60 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $68,030,975.62 | $147,653,565.26 | $147,653,565.26 | $0.00 |

## FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 19-10747 | SHL |
| Case Name: | Jeffrey Lew Liddle et al | |
| For Period Ending: | 09/24/2023 | |

| | |
|---|---|
| Judge: | Sean H. Lane |

| | |
|---|---|
| Trustee Name: | Angela G. Tese-Milner |
| Date Filed (f) or Converted (c): | 06/24/2020 (c) |
| 341(a) Meeting Date: | 07/31/2020 |
| Claims Bar Date: | 02/16/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single Family Home  560 Main Street Quiogue NY 11978 Suffolk county (u) | 3,500,000.00 | 0.00 | | 2,999,975.00 | FA |
| 2.  Single Family Home  554 Main Street Quiogue NY 11978 Suffolk county (u) | 800,000.00 | 999,975.00 | | 999,975.00 | FA |
| 3.  Jeep Wrangler S 2013 (u) | 3,775.00 | 0.00 | OA | 0.00 | FA |
| 4.  Jeep Cherokee 2008 (u) | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 5.  Household goods and furnishings (u) | 12,625.00 | 0.00 | | 0.00 | FA |
| 6.  Electronics | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Wedding ring and several pairs of cufflinks (u) | 1,600.00 | 0.00 | | 0.00 | FA |
| 8.  10 year old family dog owned by Family (myself, wife and 2 children) | 0.00 | 0.00 | | 0.00 | FA |
| 9.  wine (owned with wife and daughter, and not readily ascertainable value)  (u) | 125,000.00 | 130,000.00 | | 130,000.00 | FA |
| 10.  Cash on hand (u) | 700.00 | 0.00 | | 0.00 | FA |
| 11.  Liddle & Robinson, L.L.P. 100% | 0.00 | 0.00 | OA | 0.00 | FA |
| 12.  Principal Financial 401K (u) | 3,352.24 | 0.00 | | 0.00 | FA |
| 13.  Morgan Stanley IRA (u) | 3,093.00 | 0.00 | | 0.00 | FA |
| 14.  Cincinnati Financial (homeowners) | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Liddle & Robinson, L.L.P 100% (Voided) | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Joint ownership of two bath cabins at Swordfish Beach Club. (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 17.  Electronics: at 560 Main Street, 13 televisions each over 14 years old, built-in radio system (all appurtenant to house owned byDebtor), at 554 Main Street, 3 televisions each over 20 years old(valueless); Debtor has Blackberry/cellphone (11 years | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 19-10747 | SHL | Judge: | Sean H. Lane | Trustee Name: | Angela G. Tese-Milner |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Lew Liddle et al | | | | Date Filed (f) or Converted (c): | 06/24/2020 (c) |
| | | | | | 341(a) Meeting Date: | 07/31/2020 |
| For Period Ending: | 09/24/2023 | | | | Claims Bar Date: | 02/16/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 18.  All antiques, figurines, paintings and prints, pictures or other artobjects are owned by wife or jointly by Debtor and wife, with exception of 15 Richard Stone Reeves prints and one painted silkIndian wedding painting, size 13' x 3.5'. Value of (u) | 111,875.00 | 0.00 | OA | 0.00 | FA |
| 19.  Citibank, N.A. (u) | 200.00 | 0.00 | | 0.00 | FA |
| 20.  Citibank, N.A. | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Electric PSEG Long Island (for 560 Main Street) (u) | 1,460.00 | 0.00 | | 0.00 | FA |
| 22.  Electric PSEG Long Island (for 554 Main Street) (u) | 130.00 | 0.00 | | 0.00 | FA |
| 23.  Licensed Attorney NY State (active); District of Columbia (inactive) | 0.00 | 0.00 | | 0.00 | FA |
| 24.  v. Counsel Financial II, L.L.C. (?CF II?), for violation of N.Y.G.O.L. re: usury; LenderLiability (interference with obtaining other financing); LenderLiability (attempting forced saleof firm to CF II ? backed firm); tortious interference with | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 25.  v. LIG Capital, L.L.C. for violation of N.Y.G.O.L. (civil usury for charging interest inexcess of 16); violation of N.Y. Penal Code + N.Y.G.O.L.(§§190.00 and 190.40) for violation of Penal usury statutes for charging interest in excess of 25%;loan | 0.00 | 0.00 | OA | 0.00 | FA |
| 26.  v. Counsel Financial Holdings, L.L.C. for violation of N.Y.G.O.L. (civil usury for charging interest in excess of 16); violation of N.Y. Penal Code + N.Y.G.O.L. (§§190.00 and190.40) for violation of Penal usury statutes for charging interest in | 0.00 | 0.00 | | 0.00 | FA |
| 27.  v. Leslie D. Corwin; Eisner, P.C.; and Blank Rome formal practice by Corwin, for breach of fiduciary duty; and negligence. | 0.00 | 0.00 | | 0.00 | FA |
| 28.  v. Felice Callahan, Paul Cody, Megan Payne, and John Does1-5 who are affiliated with Counsel Financial II, LLC, LIG capital, LLC or Counsel Financial Holdings, LLC, for perpetrating a fraud on the court aimed at harming Debtor and for, upon | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 19-10747          SHL |
| Case Name: | Jeffrey Lew Liddle et al |
| For Period Ending: | 09/24/2023 |

| | |
|---|---|
| Judge: | Sean H. Lane |
| Trustee Name: | Angela G. Tese-Milner |
| Date Filed (f) or Converted (c): | 06/24/2020 (c) |
| 341(a) Meeting Date: | 07/31/2020 |
| Claims Bar Date: | 02/16/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 29.  v. Larry Hutcher, Davidoff Hutcher & Citron, LLP, for abuse of process, malicious prosecution, threatening and harassing professionals in the case. | 0.00 | 0.00 | | 0.00 | FA |
| 30.  v. Blaine H. Bortnick for contribution, an accounting, tortious interference with contract and prospective advantage, defamation, breach of partnership obligations and guarantees. | 0.00 | 0.00 | | 0.00 | FA |
| 31.  v. James R. Hubbard for contribution, an accounting, breach of partnership obligations, for reimbursement or personal expenses. | 0.00 | 0.00 | | 0.00 | FA |
| 32.  v. James W. Halter for tortious interference | 0.00 | 0.00 | | 0.00 | FA |
| 33.  v. Christine Palmieri - contribution | 0.00 | 0.00 | | 0.00 | FA |
| 34.  v. Marc Susswein - contribution. | 0.00 | 0.00 | | 0.00 | FA |
| 35.  v. Ethan Brecher - contribution, repayment of negative capitalaccount. | 0.00 | 0.00 | | 0.00 | FA |
| 36.  v. James A. Batson - contribution. | 0.00 | 0.00 | | 0.00 | FA |
| 37.  v. David M. Marek - contribution. | 0.00 | 0.00 | | 0.00 | FA |
| 38.  v. Michael Grenert - contribution and repayment of capitalaccount. | 0.00 | 0.00 | | 0.00 | FA |
| 39.  v. David Greenberger - contribution. | 0.00 | 0.00 | | 0.00 | FA |
| 40.  Liddle & Robinson, Accounts receivable (estimated $2,000,000); Attorney fee liens (estimated $565,000); Prepaid fees (estimated$50,000 - $100,000).  (u) | 2,665,000.00 | 0.00 | | 0.00 | FA |
| 41.  several desk, chairs, furniture and rugs in storage from Liddle &Robinson  (u) | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 42.  Rolodex; Contact List | 0.00 | 0.00 | | 0.00 | FA |
| 43.  Pending cases and matters (value unknown) | 0.00 | 0.00 | | 0.00 | FA |
| 44.  Wells Fargo Bank Account 6143 | 0.00 | 54,172.19 | | 54,172.19 | FA |
| 45.  Wells Fargo Account 1619 | 0.00 | 144,330.33 | | 144,330.33 | FA |
| 46.  Household goods and furnishings (u) | 12,625.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 19-10747 | SHL | Judge: | Sean H. Lane | Trustee Name: | Angela G. Tese-Milner |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Lew Liddle et al | | | | Date Filed (f) or Converted (c): | 06/24/2020 (c) |
| | | | | | 341(a) Meeting Date: | 07/31/2020 |
| For Period Ending: | 09/24/2023 | | | | Claims Bar Date: | 02/16/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 47.  Stipulation resolving claim against creditor (Voided) | 0.00 | 0.00 | | 0.00 | FA |
| 48.  Audi leased (u) | 31,355.60 | 0.00 | | 0.00 | FA |
| 49.  Sellers Credits | 0.00 | 31,419.57 | | 12,461.39 | FA |
| 50.  Social Security Payments and Cares Act Stimulus Payment (u) | 45,608.00 | 0.00 | | 0.00 | FA |
| 51.  Professional Books (u) | 2,375.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 471.27 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $7,329,773.84 | $1,369,897.09 | | $4,351,385.18 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

07/07/2020 The Trustee has obtained an Order Authorizing Shortened Notice For A Motion Authorizing The Trustee To Market And Sell The Debtor's Hampton Properties, and Approving the Form And Method Of Sale. The Trustee has retained bankruptcy counsel and accountants. The Trustee demanded turn-over of the DIP accounts.  Trustee has requested  Clerk's Entry of Notice of Possible Dividends

11/12/2020: The Trustee has retained professionals in this case and has filed the appropriate motion to liquidate and recover assets. including, Employ MYC Associates, Inc. as Real Estate Broker and Property Custodian for the Trustee and  Gary R. Lampert, CPA as Accountant for the Trustee . The Trustee reviewed the Statement Final Report of Debtor Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(5). Trustee  moved for for reduction of claimed SSI distribution by amount withdrawn by Debtor from the DIP Account at Case Conversion and thereafter and for Document Production as required upon conversion.
3/15/21 The Trustee has retained Co- Counsel and filed an Application pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and obtained an Order  (A) Directing The Production Of Documents And Appearance For Examination Of The Debtor, And (B) Authorizing The Issuance Of Subpoenas For The Production Of Documents And Examination Of Non-Debtor Third Parties.  The Trustee abandoned the Debtor's chapter 11 administrative claims filed the related Chapter 11 case and filed a limited objection to to Motion for compensation of Richard Lynne, CPA. The Trustee filed a Motion to Sell Property Free and Clear of Liens Under Section 363(f).
8/15/21 The Trustee has abandoned the items at Globe storage after consulting with liquidators re value and reviewing the cost of storage.
10/01/21 Motion to Approve Compromise : Chapter 7 Trustee's Motion for an Order, Pursuant to Sections 105 and 362 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9019, Approving the Stipulation Between the Trustee and the Debtor's Pre-Petition Secured Lenders
The Trustee monetized the Debtor's real property and wine collection
12-21-21
The Trustee has monetized all assets and the accountant is gathering documentation for the filing of  tax returns.
4/15/22 The Trustee has abandoned the Debtor's interest in the Law firm of  Liddle & Robinson nunc pro tunc to the Conversion Date.
12/15/22 The Trustee has completed objections to claims, has filed the final tax return and is preparing her final report.

Exhibit 8

| RE PROP # | 1 | -- | The Trustee has obtained an order authorizing her to sell the property and has retained real estate brokers. The Property is actively marketed. |
| RE PROP # | 3 | -- | Daughter's Car, Gift in 2013 |
| RE PROP # | 4 | -- | Son's Car, Gift in 2016 |
| RE PROP # | 6 | -- | Electronics including TVs and radio systems Located at 554 and 560 Main street camera etc. |
| RE PROP # | 15 | -- | duplicate of asset 11 |
| RE PROP # | 17 | -- | old, assumed value $0); Nikon camera with wife - 20 years old (valueless). |
| RE PROP # | 18 | -- | Debtor's individual items about $4,500 (Reeves), $5,000 (Indian Wedding painting), $2,375 (Professional books). ($100,000 Debtor & wife/$11,875 Debtor)amount amended in 7/29/ amende schedules |
| RE PROP # | 24 | -- | See Asset 47 showing proceeds from  so ordered stipulation of settlement  resolving Assets 24, 25,26,27,28, and 29 {employment agreements and partnership offers; breach of contract to keep honest books and records; fraud in the inducement of a loan; fraudulent accounting practices; and defamation (slander) against CF II Executive Felice Callahan; recharacterization.} |
| RE PROP # | 25 | -- | sharking under RICO; breach of contract; tortious interference; recharacterization. |
| RE PROP # | 26 | -- | assets 26 through 29 were satisfied by stipulation.  The Proceeds of the stipulation are listed as asset 47. |
| RE PROP # | 28 | -- | information and belief, violating the L&R Non-Disclosure Agreement by sharing its contents without written authorization and for "selling" an interest in the loans Debtor guaranteed in a securitization without disclosure that certain of the loans' principal has been significantly repaid through such sales; defamation. |
| RE PROP # | 44 | -- | Proceeds for the Debtor' DIP account |
| RE PROP # | 47 | -- | duplicate of asset 24 |
| RE PROP # | 48 | -- | listed on amended schedules at  $31,355.60 |
| RE PROP # | 49 | -- | Seller's credits for oil remaining on premise and payment or RET through June 2021 |
| RE PROP # | 51 | -- | listed in amended schedule exemptions 7/29 |

Initial Projected Date of Final Report (TFR): 09/30/2022          Current Projected Date of Final Report (TFR): 09/30/2023

**FORM 4**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX3092

Money Market

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/20 | 44 | Wells Fargo | turnover of balance in the DIP Account | 1290-010 | $54,172.19 | | $54,172.19 |
| 07/15/20 | 45 | Wells Fargo | turnover of bank balance | 1290-010 | $144,330.33 | | $198,502.52 |
| 07/22/20 | 1001 | Phoenix Excess & Surplus Line of NY Inc. | policy no RMP4700175; Stopped on 08/04/2020 | 2420-000 | | $6,598.85 | $191,903.67 |
| 07/28/20 | 1002 | Jeffrey Lew Liddle | Stopped on 08/14/2020 | 8100-000 | | $1,200.00 | $190,703.67 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $169.22 | $190,534.45 |
| 08/04/20 | | Phoenix Excess & Surplus Line of NY Inc. | policy no RMP4700175; Stopped: Check issued on 07/22/2020 | 2420-000 | | ($6,598.85) | $197,133.30 |
| 08/09/20 | 1003 | Phoenix Excess & Surplus Line of NY Inc. | payment of property insurance premium | 2420-000 | | $6,598.85 | $190,534.45 |
| 08/14/20 | | Jeffrey Lew Liddle | Stopped: Check issued on 07/28/2020 | 8100-000 | | ($1,200.00) | $191,734.45 |
| 08/17/20 | 1004 | Jeffrey Lew Liddle | Refund of exempt stimulus payment | 8100-000 | | $1,200.00 | $190,534.45 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $320.26 | $190,214.19 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $304.03 | $189,910.16 |
| 10/05/20 | 1005 | The Permit Man | permit for 560 Main Street Westhampton New York | 2990-000 | | $1,500.00 | $188,410.16 |
| 10/09/20 | 1006 | Phoenix Excess & Surplus Line of NY Inc. | 2nd quarter | 2420-000 | | $6,498.85 | $181,911.31 |
| 10/09/20 | 1007 | MYC & Associates Inc. | costs for 560 Main Street West Hampton | 2420-000 | | $1,491.68 | $180,419.63 |
| 10/09/20 | 1008 | Jeffrey Lew Liddle | refund of exempt SSI deposit pursuant to order ECF No. 467 | 8100-000 | | $22,373.74 | $158,045.89 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $276.38 | $157,769.51 |
| 11/25/20 | 1009 | MYC Associates Inc. | Expenses for maintenance of Hampton Properties October 5, 2020 invoice | 2420-000 | | $2,241.87 | $155,527.64 |

Page Subtotals: $198,502.52    $42,974.88

FORM 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX3092

Money Market

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/20 | 1010 | MYC Associates Inc. | expenses for the maintenance of the Hampton Properties invoice November 17, 2020 | 2420-000 | | $2,990.26 | $152,537.38 |
| 11/25/20 | 1011 | MYC Associates Inc. | expenses for the maintenance of the Hampton Properties Invoice 10/29/2020 | 2420-000 | | $2,482.31 | $150,055.07 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $260.62 | $149,794.45 |
| 12/22/20 | 1012 | Suffolk County Comptroller | payment of real estate taxes | 2820-000 | | $10,835.19 | $138,959.26 |
| 12/22/20 | 1013 | Receiver of Taxes | 2020 431 272 473689  item no 60648.00 | 2820-000 | | $9,236.84 | $129,722.42 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $247.16 | $129,475.26 |
| 01/22/21 | 1014 | Phoenix Excess & Surplus Line of NY Inc. | january and february insurance premium | 2420-000 | | $3,010.00 | $126,465.26 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $200.26 | $126,265.00 |
| 02/03/21 | 1015 | MYC Associates Inc. | maintenance of Hampton Properties unpaid invoice as of 2/21 | 2420-000 | | $5,280.30 | $120,984.70 |
| 02/03/21 | 1016 | MYC Associates Inc. | invoice for maintenance of Hampton Properties unpaid as of February 2021 | 2420-000 | | $3,821.43 | $117,163.27 |
| 02/15/21 | 2 | Lily and Michael Herzog | earnest money deposit | 1280-000 | $100,000.00 | | $217,163.27 |
| 02/25/21 | 1017 | Phoenix Excess & Surplus Line of NY Inc. | insurance for the Hampton Properties | 2420-000 | | $900.92 | $216,262.35 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $234.52 | $216,027.83 |
| 02/26/21 | | To Account# 1504295075 | Earnest funds | 9999-000 | | $100,000.00 | $116,027.83 |
| 03/14/21 | 1018 | Phoenix Excess & Surplus Line of NY Inc. | Insurance Premium | 2420-000 | | $1,955.46 | $114,072.37 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $214.99 | $113,857.38 |

Page Subtotals:                    $100,000.00        $141,670.26

**FORM 4 33**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX3092

Money Market

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/21 | 1019 | Phoenix Excess & Surplus Line of NY Inc. | last insurance premium | 2420-000 | | $1,955.48 | $111,901.90 |
| 04/16/21 | | Nicholas and Nancy Sander | sellers credits for preclosing costs | | $2,724,965.10 | | $2,836,867.00 |
| | | | Gross Receipts                 $2,724,965.10 | | | | |
| | 49 | | Sellers Credits                      $24,990.10 | 1290-000 | | | |
| | 1 | | Single Family Home  560 Main  $2,699,975.00 Street Quiogue NY 11978 Suffolk county | 1110-000 | | | |
| 04/16/21 | | Nicholas and Nancy Sander | sale of 554 Main Street with adjustments | | $906,404.47 | | $3,743,271.47 |
| | | | Gross Receipts                   $906,404.47 | | | | |
| | 49 | | Sellers Credits                        $6,429.47 | 1290-000 | | | |
| | 2 | | Single Family Home  554 Main   $899,975.00 Street Quiogue NY 11978 Suffolk county | 1110-000 | | | |
| 04/17/21 | | Transfer from Acct # xxxxxx5539 | transfer earnest money deposit to sale account. earnest money deposit for sale of Hampton Properties 560 and 554 Main Street | 9999-000 | $399,273.51 | | $4,142,544.98 |
| 04/19/21 | | Signature Bank | Bank and Technology Services Fee - refund Fee taken out of account #1504295539 before the balance of account #1504295539 was transferred into Account #1503893092. Adjustment Credit Bank and Technology Services Fees-refund. Fee taken out of account # ending 5539 before the balance of account was transferred into account ending in 3092 | 2600-000 | | ($726.49) | $4,143,271.47 |

Page Subtotals:                                          $4,030,643.08          $1,228.99

**FORM 4 33**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX3092

Money Market

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/19/21 | 1020 | M & T Bank as s/h/m tp Hundson Ciry Savings Bank | payment of lien pursuant to final sale order | 4110-000 | | $2,900,000.00 | $1,243,271.47 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $2,528.15 | $1,240,743.32 |
| 05/06/21 | 1021 | MYC & Associates Inc. | payment for expenses to maintain Hampton Properties | 2420-000 | | $591.55 | $1,240,151.77 |
| 05/06/21 | 1022 | MYC & Associates Inc. | For maintenance expenses of Hampton Properties | 2420-000 | | $5,663.00 | $1,234,488.77 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $3,138.79 | $1,231,349.98 |
| 06/05/21 | 1023 | MYC & Associates Inc. | commsisions and fees as custodian of property | 3991-000 | | $143,976.00 | $1,087,373.98 |
| 06/05/21 | 1024 | Daniel Gale Sotheby's International Realty | Realtor Commissions per order | 3510-000 | | $119,998.50 | $967,375.48 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,890.11 | $965,485.37 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,547.42 | $963,937.95 |
| 07/31/21 | 9 | Surya Insurance | deposit for purchase of wine | 1129-000 | $32,500.00 | | $996,437.95 |
| 08/24/21 | 9 | Surya Insurance | final payment wine collection | 1129-000 | $97,500.00 | | $1,093,937.95 |
| 08/24/21 | 1025 | Long Island Wine Transporters & Storage | Payment of storage facility in connection with the sale of wine. | 6920-000 | | $17,357.68 | $1,076,580.27 |
| 08/24/21 | 1026 | Vintage Wine Warehouse | payment of storage fee | 2410-000 | | $8,199.25 | $1,068,381.02 |
| 08/27/21 | 24 | Archer & Greiner | Settlement with Counsel Financial per Court order | 1129-000 | $10,000.00 | | $1,078,381.02 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,727.42 | $1,076,653.60 |
| 09/05/21 | 1027 | International Sureties, LTD. | Surety bond | 2300-000 | | $323.33 | $1,076,330.27 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Page Subtotals:                    $140,000.00    $3,206,941.20

# FORM 4
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX3092

Money Market

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,728.93 | $1,074,601.34 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,664.90 | $1,072,936.44 |
| 11/01/21 | | Counselor Financial II LLC | OUTGOING WIRE REF# 20211101B6B7261F005139 TO: COUNSEL FINANCIAL HOLDINGS, LLC ABA: 026009593 BANK: BK AMER NYC ACCT# 483025966924 | 7100-000 | | $44,807.30 | $1,028,129.14 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,764.86 | $1,026,364.28 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,699.83 | $1,024,664.45 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,697.01 | $1,022,967.44 |
| 02/28/22 | INT | Signature Bank | Interest for 2/1/2022-2/25/2022 | 1270-000 | $7.00 | | $1,022,974.44 |
| 02/28/22 | INT | Signature Bank | Interest for 7/30/2021 - 1/31/2022 | 1270-000 | $303.46 | | $1,023,277.90 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,530.25 | $1,021,747.65 |
| 03/04/22 | INT | Signature Bank | Interest for 2/26/2022-2/28/2022 | 1270-000 | $32.25 | | $1,021,779.90 |
| 03/31/22 | INT | Signature Bank | Interest | 1270-000 | $43.39 | | $1,021,823.29 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,692.23 | $1,020,131.06 |
| 04/29/22 | INT | Signature Bank | Interest | 1270-000 | $41.92 | | $1,020,172.98 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,651.39 | $1,018,521.59 |
| 05/31/22 | INT | Signature Bank | Interest | 1270-000 | $43.25 | | $1,018,564.84 |

Page Subtotals:  $471.27   $58,236.70

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

**FORM 4**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-10747    Trustee Name: Angela G. Tese-Milner    Exhibit 9
Case Name: Jeffrey Lew Liddle et al    Bank Name: Signature Bank
Account Number/CD#: XXXXXX3092
Money Market
Taxpayer ID No: XX-XXX6440    Blanket Bond (per case limit): $98,755,305.00
For Period Ending: 09/24/2023    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $1,655.10 | $1,016,909.74 |
| 06/21/22 | | Transfer to Acct # xxxxxx0069 | Transfer of Funds | 9999-000 | | $1,016,909.74 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,469,616.87 | $4,469,616.87 |
| Less: Bank Transfers/CD's | $399,273.51 | $1,116,909.74 |
| Subtotal | $4,070,343.36 | $3,352,707.13 |
| Less: Payments to Debtors | $0.00 | $23,573.74 |
| Net | $4,070,343.36 | $3,329,133.39 |

Page Subtotals: $0.00 $1,018,564.84

**FORM 4 33**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX5075

Earnest Funds

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/21 | | From Account# 1503893092 | Earnest funds | 9999-000 | $100,000.00 | | $100,000.00 |
| 03/31/21 | 1001 (2) | Lily & Michael Herzog | Return of Earnest Money deposit | 1110-000 | ($100,000.00) | | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $100,000.00 | $0.00 |
| Subtotal | ($100,000.00) | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | ($100,000.00) | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

Page Subtotals:                              $0.00        $0.00

**FORM 4**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 19-10747 | | | Trustee Name: Angela G. Tese-Milner |
| Case Name: Jeffrey Lew Liddle et al | | | Bank Name: Signature Bank |
| | | | Account Number/CD#: XXXXXX5539 |
| | | | Earnest Funds |
| Taxpayer ID No: XX-XXX6440 | | | Blanket Bond (per case limit): $98,755,305.00 |
| For Period Ending: 09/24/2023 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/21 | | Nicholas and Nancy B. Sander | applied after closing in 2021 April | | $400,000.00 | | $400,000.00 |
| | | | Gross Receipts   $400,000.00 | | | | |
| | 1 | | Single Family Home  560 Main Street Quiogue NY 11978 Suffolk county   $300,000.00 | 1110-000 | | | |
| | 2 | | Single Family Home  554 Main Street Quiogue NY 11978 Suffolk county   $100,000.00 | 1110-000 | | | |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $64.11 | $399,935.89 |
| 03/22/21 | | Signature Bank | Bank and Technology Services Fee - refund | 2600-000 | | ($64.11) | $400,000.00 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $726.49 | $399,273.51 |
| 04/17/21 | | Transfer to Acct # xxxxxx3092 | transfer earnest money deposit to sale account. earnest money deposit for sale of Hampton Properties 560 and 554 Main Street | 9999-000 | | $399,273.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $400,000.00 | $400,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $399,273.51 |
| Subtotal | $400,000.00 | $726.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400,000.00 | $726.49 |

| Page Subtotals: | $400,000.00 | $400,000.00 |
|---|---|---|

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0069

Checking Account

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/22 | | Transfer from Acct # xxxxxx3092 | Transfer of Funds | 9999-000 | $1,016,909.74 | | $1,016,909.74 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $362.19 | $1,016,547.55 |
| 07/21/22 | | Signature Bank | Bank and Technology Services Fee - refund | 2600-000 | | ($22.29) | $1,016,569.84 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,122.39 | $1,015,447.45 |
| 08/01/22 | 2001 (49) | Nicholas and Nancy Sanders 560 Main Street Quiogue, New York 11978 | refund of overpayment per court order ECF No. 600 refund of overpayment of purchase price | 1290-000 | ($18,958.18) | | $996,489.27 |
| 08/08/22 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Bank Service Fee Refund | 2600-000 | | ($362.19) | $996,851.46 |
| 08/08/22 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Bank Service Fee Refund | 2600-000 | | ($1,122.39) | $997,973.85 |
| 09/15/22 | 2002 | NYS Income Tax | Final tax payment 2021 IT-205-V tax payment | 2820-000 | | $848.00 | $997,125.85 |
| 10/03/22 | 2003 | International Sureties Inc. | Blanket bond Payment | 2300-000 | | $405.36 | $996,720.49 |
| 05/04/23 | 2005 | Angela G. Tese-Milner Law Offices of Angela Tese-Milner, Esq. 735 Wickham Avenue P.O. Box 35 Mattituck, NY 11952 | Distribution | | | $155,460.06 | $841,260.43 |
| | | Angela G. Tese-Milner | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($153,374.56) 2100-000 | | | |
| | | Angela G. Tese-Milner | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($2,085.50) 2200-000 | | | |

Page Subtotals:                    $997,951.56         $156,691.13

## FORM 4
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0069

Checking Account

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/23 | 2006 | Office of the United States Trustee U.S. Trustee Portland, OR  97228 | Final distribution to claim 35 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $1,296.56 | $839,963.87 |
| 05/04/23 | 2007 | Tara Liddle | Final distribution to claim 40 creditor account # representing a payment of 100.00 % per court order. | 2990-000 | | $16,750.00 | $823,213.87 |
| 05/04/23 | 2008 | Tese & Milner Law Offices of Angela Tese-Milner, Esq. 735 Wickham Avenue P.O. Box 35 Mattituck, NY 11952 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $208,743.25 | $614,470.62 |
| 05/04/23 | 2009 | Archer & Greiner, P.C. 630 Third Av New York, NY  10007 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $179,531.00 | $434,939.62 |
| 05/04/23 | 2010 | P. C. Archer & Greiner | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $807.37 | $434,132.25 |
| 05/04/23 | 2011 | Gary Lampert, CPA | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $22,923.00 | $411,209.25 |
| 05/04/23 | 2012 | Gary Lampert, CPA | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3420-000 | | $531.91 | $410,677.34 |
| 05/04/23 | 2013 | MYC Associates Inc. as Special Liquidator | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3610-000 | | $13,000.00 | $397,677.34 |
| 05/04/23 | 2014 | MYC Associates, Inc. as Special Liquidator | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3620-000 | | $1,700.00 | $395,977.34 |

Page Subtotals:                    $0.00          $445,283.09

Pg 31 of 33
**FORM 4 33**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-10747
Case Name: Jeffrey Lew Liddle et al

Trustee Name: Angela G. Tese-Milner
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0069
Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX6440
For Period Ending: 09/24/2023

Blanket Bond (per case limit): $98,755,305.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/23 | 2015 | Richard J Lynne 2 Weschester Park Drive Suite 106 White Plains New York 10604 | Final distribution to claim 45 creditor account # representing a payment of 100.00 % per court order. | 3731-000 | | $4,038.75 | $391,938.59 |
| 05/04/23 | 2016 | Richard J Lyne, CPA | Distribution | | | $3,935.61 | $388,002.98 |
| | | Richard J Lyne, CPA | Final distribution to claim 45 ($108.61) creditor account # representing a payment of 100.00 % per court order. | 3732-000 | | | |
| | | Richard J Lyne, CPA | Final distribution to claim 45 ($3,812.11) creditor account # representing a payment of 38.43 % per court order. | 6410-000 | | | |
| | | Richard J Lyne, CPA | Final distribution to claim 45 ($14.89) creditor account # representing a payment of 38.43 % per court order. | 6420-000 | | | |
| 05/04/23 | 2017 | Torys LLP Attn: Laura Kim 79 Wellington St W, 30th Fl. B Toronto IN , M5k  1N2 | Final distribution to claim 38 creditor account # representing a payment of 38.43 % per court order. | 6210-000 | | $10,437.23 | $377,565.75 |
| 05/04/23 | 2018 | Foley Hoag LLP 733 Third Avenue NY NY 10017 | Final distribution to claim 44 creditor account # representing a payment of 38.43 % per court order. | 6210-000 | | $334,617.23 | $42,948.52 |
| 05/04/23 | 2019 | EisnerAmper | Final distribution to claim 42 creditor account # representing a payment of 38.43 % per court order. | 6410-000 | | $28,970.69 | $13,977.83 |
| 05/04/23 | 2020 | EisnerAmper | Final distribution creditor account # representing a payment of 38.43 % per court order. | 6420-000 | | $77.83 | $13,900.00 |
| 05/04/23 | 2004 | Jeffrey Lew Liddle | exempt amount | 8100-002 | | $13,900.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 31)*

Page Subtotals: $0.00  $395,977.34

# FORM 4
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10747

Case Name: Jeffrey Lew Liddle et al

Taxpayer ID No: XX-XXX6440

For Period Ending: 09/24/2023

Trustee Name: Angela G. Tese-Milner

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0069

Checking Account

Blanket Bond (per case limit): $98,755,305.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/23 | 2016 | Richard J Lyne, CPA | Distribution Reversal this should be three separate checks claim 45-1 $108.61 45-2 $3,812.11 45-3 $14.89 | | | ($3,935.61) | $3,935.61 |
| | | Richard J Lyne, CPA | Final distribution to claim 45 creditor account # representing a payment of 100.00 % per court order. $108.61 | 3732-000 | | | |
| | | Richard J Lyne, CPA | Final distribution to claim 45 creditor account # representing a payment of 38.43 % per court order. $3,812.11 | 6410-000 | | | |
| | | Richard J Lyne, CPA | Final distribution to claim 45 creditor account # representing a payment of 38.43 % per court order. $14.89 | 6420-000 | | | |
| 05/05/23 | 2021 | Richard J. Lynne CPA | Cash deposit | 3732-000 | | $108.61 | $3,827.00 |
| 05/05/23 | 2022 | Richard J. Lynne CPA | Distribution | 6410-000 | | $3,812.11 | $14.89 |
| 05/05/23 | 2023 | Richard K. Lynne | Distribution | 6420-000 | | $14.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $997,951.56 | $997,951.56 |
| Less: Bank Transfers/CD's | $1,016,909.74 | $0.00 |
| Subtotal | ($18,958.18) | $997,951.56 |
| Less: Payments to Debtors | $0.00 | $13,900.00 |
| Net | ($18,958.18) | $984,051.56 |

UST Form 101-7-TDR (10/1/2010) (Page: 32)

Page Subtotals:    $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0069 - Checking Account | ($18,958.18) | $984,051.56 | $0.00 |
| XXXXXX3092 - Money Market | $4,070,343.36 | $3,329,133.39 | $0.00 |
| XXXXXX5075 - Earnest Funds | ($100,000.00) | $0.00 | $0.00 |
| XXXXXX5539 - Earnest Funds | $400,000.00 | $726.49 | $0.00 |
| | $4,351,385.18 | $4,313,911.44 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,351,385.18 |
| Total Gross Receipts: | $4,351,385.18 |

Page Subtotals:                                          $0.00                $0.00